Consolidated Case Nos. 23-9514, 23-9521, 23-9533, 23-9534

# In the United States Court of Appeals for the Tenth Circuit

———

STATE OF OKLAHOMA, BY AND THROUGH ITS ATTORNEY GENERAL, GENTNER DRUMMOND, OKLAHOMA DEPARTMENT OF ENVIRONMENTAL QUALITY, OKLAHOMA GAS AND ELECTRIC COMPANY, TULSA CEMENT LLC, D/B/A CENTRAL PLAINS CEMENT COMPANY LLC, REPUBLIC PAPER-board COMPANY, WESTERN FARMERS ELECTRIC COOPERATIVE,

*Petitioners,*

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. RE-GAN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents.*

———

On Petition for Review

———

**JOINT DEFERRED APPENDIX VOLUME I**

———

Oral Argument Requested

[Counsel listed on inside cover]

TODD KIM
*Assistant Attorney General*

ALEX J. HARDEE
ALEXANDRA L. ST. ROMAIN
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 305-5105
alex.hardee@usdoj.gov

Of Counsel:
ROSEMARY HAMBRIGHT KABAN
DANIEL P. SCHRAMM
JEANHEE HONG
U.S. Environmental Protection Agency

*Counsel for U.S. Environmental Protection Agency and Michael S. Regan, Administrator, U.S. EPA*

**Gentner Drummond**
 *Attorney General*
**Garry M. Gaskins, II**
 *Solicitor General*
**Zach West**
 *Director of Special Litigation*
**Jennifer L. Lewis**
 *Deputy Attorney General*
OFFICE OF ATTORNEY GENERAL
State of Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105
Main: (405) 521-3921
garry.gaskins@oag.ok.gov

**Mithun Mansinghani**
LEHOTSKY KELLER COHN LLP
629 W. Main Street
Oklahoma City, OK 73102
(512) 693-8350
mithun@lkcfirm.com

**Michael B. Schon**
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave NW
Washington, DC 20001
(202) 436-4811
(512) 693-8350
mike@lkcfirm.com

*Counsel for State of Oklahoma, by and through its Attorney General, Gentner Drummond, and Oklahoma Department of Environmental Quality*

**Megan H. Berge**
**Sarah Douglas**
BAKER BOTTS L.L.P.
700 K Street N.W.
Washington, D.C. 20001
(415) 291-6233
(202) 639-7733
megan.berge@bakerbotts.com

**J. Mark Little**
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
(713) 229-1489

*Counsel for Oklahoma Gas and Electric Company, Tulsa Cement, and Western Farmers Electric Cooperative*

| VOLUME I (J.A. 0001 – J.A. 0198) | | |
|---|---|---|
| **Document** | **Admin. Record No.** | **Page No.** |
| Air Quality Modeling Technical Support Document for the 2015 Ozone NAAQS Preliminary Interstate Transport Assessment (Jan. 5, 2017) | EPA-HQ-OAR-2016-0751-0036 | J.A. 0001 |
| Information on the Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards under Clean Air Act Section 110(a)(2)(D)(i)(I) (Mar. 27, 2018) | EPA-HQ-OAR-2021-0663-0003 | J.A. 0066 |
| Texas State Implementation Plan (Aug. 17, 2018) (excerpts) | EPA-R06-OAR-2021-0801-0006 | J.A. 0086 |
| Analysis of Contribution Thresholds for Use in Clean Air Act Section 110(a)(2)(D)(i)(I) Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards (Aug. 31, 2018) | EPA-HQ-OAR-2021-0663-0004 | J.A. 0098 |
| Considerations for Identifying Maintenance Receptors for Use in Clean Air Act Section 110(a)(2)(D)(i)(I) Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards (Oct. 19, 2018) | EPA-R08-OAR-2022-0315-0005 | J.A. 0106 |
| Oklahoma State Implementation Plan (Oct. 25, 2018) | EPA-R06-OAR-2021-0801-0005 | J.A. 0133 |

| Technical Support Document: Preparation of Emissions Inventories for the 2016v1 North American Emissions Modeling Platform (Mar. 2021) (excerpts) | EPA-HQ-OAR-2021-0663-0007 | J.A. 0182 |
|---|---|---|



# Air Quality Modeling Technical Support Document for the 2015 Ozone NAAQS Preliminary Interstate Transport Assessment

Office of Air Quality Planning and Standards
United States Environmental Protection Agency
December 2016

## 1. Introduction

In this technical support document (TSD) we describe the air quality modeling performed to support the 2015 ozone National Ambient Air Quality Standards (NAAQS)[1] preliminary interstate transport assessment Notice of Data Availability (NODA). For this assessment, air quality modeling is used to project ozone concentrations at individual monitoring sites to 2023[2] and to estimate state-by-state contributions to those 2023 concentrations. The projected 2023 ozone concentrations are used to identify ozone monitoring sites that are projected to be nonattainment or have maintenance problems for the 2015 ozone NAAQS in 2023. Ozone contribution information is then used to quantify projected interstate contributions from emissions in each upwind state to ozone concentrations at projected 2023 nonattainment and maintenance sites in other states (i.e., in downwind states).

The remaining sections of this TSD are as follows. Section 2 describes the air quality modeling platform and the evaluation of model predictions using measured concentrations. Section 3 defines the procedures for projecting ozone design value concentrations to 2023 and the approach for identifying monitoring sites projected to have nonattainment and/or maintenance problems in 2023. Section 4 describes (1) the source contribution (i.e., source apportionment) modeling and (2) the procedures for quantifying contributions to individual monitoring sites including nonattainment and/or maintenance sites. For questions about the information in this TSD please contact Norm Possiel at possiel.norm@epa.gov or (919) 541-5692. An electronic copy of the 2009 – 2013 base period and projected 2023 ozone design values and 2023 ozone contributions can be obtained from docket for this NODA. An electronic copy of the ozone design values and contributions can also be obtained at www.epa.gov/airtransport.

---

[1] The EPA revised the levels of the primary and secondary 8-hour ozone standards to 0.070 parts per million (ppm). 80 FR 65292 (October 26, 20015).

[2] The rationale for using 2023 as the future analytic year for this transport assessment is described in the NODA.

## 2.  Air Quality Modeling Platform

The EPA used a 2011-based air quality modeling platform which includes emissions, meteorology and other inputs for 2011 as the base year for the modeling described in this NODA. The 2011 base year emissions were projected to a future year base case scenario, 2023. The 2011 modeling platform and projected 2023 emissions were used to drive the 2011 base year and 2023 base case air quality model simulations. The 2011 base year emissions and methods for projecting these emissions to 2023 are in large part similar to the data and methods used by EPA in the final Cross-State Air Pollution Rule (CSAPR) Update. The 2011 and 2023 emissions used for the 2015 NAAQS transport assessment are described in the documents, "Preparation of Emissions Inventories for the Version 6.3, 2011 Emissions Modeling Platform"; "Updates to Emissions Inventories for the Version 6.3 2011 Emissions Modeling Platform, Emission Inventories for the Year 2023"; and "EPA Base Case v.5.16 for 2023 Ozone Transport NODA Using IPM Incremental Documentation"; all of which are available in the docket for this notice. The meteorological data and initial and boundary concentrations used for the 2015 NAAQS transport assessment, as described below, are the same as those used for the Final CSAPR Update air quality modeling.

### 2.1 Air Quality Model Configuration

The photochemical model simulations performed for this ozone transport assessment used the Comprehensive Air Quality Model with Extensions (CAMx version 6.32) which is a version of CAMx v6.30 (Ramboll Environ, 2016) with updated Carbon Bond chemistry (CB6r4).[3] CAMx is a three-dimensional grid-based Eulerian air quality model designed to simulate the formation and fate of oxidant precursors, primary and secondary particulate matter concentrations, and deposition over regional and urban spatial scales (e.g., the contiguous U.S.). Consideration of the different processes (e.g., transport and deposition) that affect primary (directly emitted) and secondary (formed by atmospheric processes) pollutants at the regional scale in different locations is fundamental to understanding and assessing the effects of emissions on air quality concentrations.

---

[3] The updates to the Carbon Bond chemical mechanism in CB6r4 are described in a Technical Memorandum "EMAQ4-07_Task7_TechMemo_1Aug16.pdf" which can be found in the docket for this NODA. CAMx v6.32 is a pre-release version of CAMx v6.40.

Figure 2-1 shows the geographic extent of the modeling domain that was used for air quality modeling in this analysis. The domain covers the 48 contiguous states along with the southern portions of Canada and the northern portions of Mexico. This modeling domain contains 25 vertical layers with a top at about 17,550 meters, or 50 millibars (mb), and horizontal grid resolution of 12 km x 12 km. The model simulations produce hourly air quality concentrations for each 12 km grid cell across the modeling domain.

CAMx requires a variety of input files that contain information pertaining to the modeling domain and simulation period. These include gridded, hourly emissions estimates and meteorological data, and boundary concentrations. Separate emissions inventories were prepared for the 2011 base year and the 2023 base case. All other inputs (i.e. meteorological fields, initial concentrations, and boundary concentrations) were specified for the 2011 base year model application and remained unchanged for the future-year model simulations.[4]



Figure 2-1. Map of the CAMx modeling domain used for transport modeling.

---

[4] The CAMx annual simulations for 2011 and 2023 were each performed using two time segments (January 1 through April 30, 2011 with a 10-day ramp-up period at the end of December 2010 and May 1 through December 31, 2011 with a 10-day ramp-up period at the end of April 2011). The CAMx 2023 contribution modeling was performed for the period May 1 through September 30, 2011 with a 10-day ramp-up period at the end of April 2011.

*2.2 Meteorological Data for 2011*

The 2011 meteorological data for the air quality modeling of 2011 and 2023 were derived from running Version 3.4 of the Weather Research Forecasting Model (WRF) (Skamarock, et al., 2008). The meteorological outputs from WRF include hourly-varying horizontal wind components (i.e., speed and direction), temperature, moisture, vertical diffusion rates, and rainfall rates for each vertical layer in each grid cell. Selected physics options used in the WRF simulation include Pleim-Xiu land surface model (Xiu and Pleim, 2001; Pleim and Xiu, 2003), Asymmetric Convective Model version 2 planetary boundary layer scheme (Pleim 2007a,b), Kain-Fritsch cumulus parameterization (Kain, 2004) utilizing the moisture-advection trigger (Ma and Tan, 2009), Morrison double moment microphysics (Morrison, et al., 2005; Morrison and Gettelman, 2008), and RRTMG longwave and shortwave radiation schemes (Iacono, et.al., 2008).

The WRF model simulation was initialized using the 12km North American Model (12NAM) analysis product provided by the National Climatic Data Center (NCDC). Where 12NAM data were unavailable, the 40km Eta Data Assimilation System (EDAS) analysis (ds609.2) from the National Center for Atmospheric Research (NCAR) was used. Analysis nudging for temperature, wind, and moisture was applied above the boundary layer only. The model simulations were conducted in 5.5 day blocks with soil moisture and temperature carried from one block to the next via the "ipxwrf" program (Gilliam and Pleim, 2010). Landuse and land cover data were based on the 2006 National Land Cover Database (NLCD2006) data.[5] Sea surface temperatures at 1 km resolution were obtained from the Group for High Resolution Sea Surface Temperatures (GHRSST) (Stammer, et al., 2003). As shown in Table 2-1, the WRF simulations were performed with 35 vertical layers up to 50 mb, with the thinnest layers being nearest the surface to better resolve the planetary boundary layer (PBL).  The WRF 35-layer structure was collapsed to 25 layers for the CAMx air quality model simulations, as shown in Table 2-2.

---

[5] The 2006 NLCD data are available at http://www.mrlc.gov/nlcd06_data.php

Table 2-1. WRF and CAMx layers and their approximate height above ground level.

| CAMx Layers | WRF Layers | Sigma P | Pressure (mb) | Approximate Height (m AGL) |
|---|---|---|---|---|
| 25 | 35 | 0.00 | 50.00 | 17,556 |
|  | 34 | 0.05 | 97.50 | 14,780 |
| 24 | 33 | 0.10 | 145.00 | 12,822 |
|  | 32 | 0.15 | 192.50 | 11,282 |
| 23 | 31 | 0.20 | 240.00 | 10,002 |
|  | 30 | 0.25 | 287.50 | 8,901 |
| 22 | 29 | 0.30 | 335.00 | 7,932 |
|  | 28 | 0.35 | 382.50 | 7,064 |
| 21 | 27 | 0.40 | 430.00 | 6,275 |
|  | 26 | 0.45 | 477.50 | 5,553 |
| 20 | 25 | 0.50 | 525.00 | 4,885 |
|  | 24 | 0.55 | 572.50 | 4,264 |
| 19 | 23 | 0.60 | 620.00 | 3,683 |
| 18 | 22 | 0.65 | 667.50 | 3,136 |
| 17 | 21 | 0.70 | 715.00 | 2,619 |
| 16 | 20 | 0.74 | 753.00 | 2,226 |
| 15 | 19 | 0.77 | 781.50 | 1,941 |
| 14 | 18 | 0.80 | 810.00 | 1,665 |
| 13 | 17 | 0.82 | 829.00 | 1,485 |
| 12 | 16 | 0.84 | 848.00 | 1,308 |
| 11 | 15 | 0.86 | 867.00 | 1,134 |
| 10 | 14 | 0.88 | 886.00 | 964 |
| 9 | 13 | 0.90 | 905.00 | 797 |
|  | 12 | 0.91 | 914.50 | 714 |
| 8 | 11 | 0.92 | 924.00 | 632 |
|  | 10 | 0.93 | 933.50 | 551 |
| 7 | 9 | 0.94 | 943.00 | 470 |
|  | 8 | 0.95 | 952.50 | 390 |
| 6 | 7 | 0.96 | 962.00 | 311 |
| 5 | 6 | 0.97 | 971.50 | 232 |
| 4 | 5 | 0.98 | 981.00 | 154 |
|  | 4 | 0.99 | 985.75 | 115 |
| 3 | 3 | 0.99 | 990.50 | 77 |
| 2 | 2 | 1.00 | 995.25 | 38 |
| 1 | 1 | 1.00 | 997.63 | 19 |

5

Details of the annual 2011 meteorological model simulation and evaluation are provided in a separate technical support document (US EPA, 2014a) which can be obtained at http://www.epa.gov/ttn/scram/reports/MET_TSD_2011_final_11-26-14.pdf

The meteorological data generated by the WRF simulations were processed using wrfcamx v4.3 (Ramboll Environ, 2014) meteorological data processing program to create model-ready meteorological inputs to CAMx.[6] In running wrfcamx, vertical eddy diffusivities (Kv) were calculated using the Yonsei University (YSU) (Hong and Dudhia, 2006) mixing scheme. We used a minimum Kv of 0.1 $m^2$/sec except for urban grid cells where the minimum Kv was reset to 1.0 $m^2$/sec within the lowest 200 m of the surface in order to enhance mixing associated with the nighttime "urban heat island" effect. In addition, we invoked the subgrid convection and subgrid stratoform cloud options in our wrfcamx run for 2011.

### 2.3 Initial and Boundary Concentrations

The lateral boundary and initial species concentrations are provided by a three-dimensional global atmospheric chemistry model, GEOS-Chem (Yantosca, 2004) standard version 8-03-02 with 8-02-01 chemistry. The global GEOS-Chem model simulates atmospheric chemical and physical processes driven by assimilated meteorological observations from the NASA's Goddard Earth Observing System (GEOS-5; additional information available at: http://gmao.gsfc.nasa.gov/GEOS/ and http://wiki.seas.harvard.edu/geos-chem/index.php/GEOS-5). This model was run for 2011 with a grid resolution of 2.0 degrees x 2.5 degrees (latitude-longitude). The predictions were used to provide one-way dynamic boundary concentrations at one-hour intervals and an initial concentration field for the CAMx simulations. The 2011 boundary concentrations from GEOS-Chem were used for the 2011 and 2023 model simulations.[7] The procedures for translating GEOS-Chem predictions to initial and boundary concentrations are described elsewhere (Henderson, 2014). More information about the GEOS-

---

[6] The meteorological data used for the preliminary 2015 ozone transport assessment modeling are the same as the meteorological data EPA used for the final CSAPR Update air quality modeling.

[7] The initial and boundary concentration data used for the preliminary 2015 ozone transport assessment modeling are the same as the initial and boundary condition data EPA used for the final CSAPR Update air quality modeling.

Chem model and other applications using this tool is available at: http://www-as.harvard.edu/chemistry/trop/geos.

### 2.4 Emissions Inventories

CAMx requires detailed emissions inventories containing temporally allocated (i.e., hourly) emissions for each grid-cell in the modeling domain for a large number of chemical species that act as primary pollutants and precursors to secondary pollutants. Annual emission inventories for 2011 and 2023 were preprocessed into CAMx-ready inputs using the Sparse Matrix Operator Kernel Emissions (SMOKE) modeling system (Houyoux et al., 2000).[8] Information on the emissions inventories used as input to the CAMx model simulations can be found in the emissions inventory technical support documents identified above.

### 2.5 Air Quality Model Evaluation

An operational model performance evaluation for ozone was conducted to examine the ability of the CAMx v6.32 modeling system to simulate 2011 measured concentrations. This evaluation focused on graphical analyses and statistical metrics of model predictions versus observations. Details on the evaluation methodology, the calculation of performance statistics, and results are provided in Appendix A. Overall, the ozone model performance statistics for the CAMx v6.32 2011 simulation are similar to those from the CAMx v6.20 2011 simulation performed by EPA for the final CSAPR Update. The 2011 CAMx model performance statistics are within or close to the ranges found in other recent peer-reviewed applications (e.g., Simon et al, 2012). As described in Appendix A, the predictions from the 2011 modeling platform correspond closely to observed concentrations in terms of the magnitude, temporal fluctuations, and geographic differences for 8-hour daily maximum ozone. Thus, the model performance results demonstrate the scientific credibility of our 2011 modeling platform. These results provide confidence in the ability of the modeling platform to provide a reasonable projection of expected future year ozone concentrations and contributions.

---

[8] The SMOKE output emissions case name for the 2011 base year is "2011el_cb6v2_v6_11g" and the emissions case name for the 2023 base case is "2023el_cb6v2_v6_11g".

J.A. 0008

### 3. Identification of Future Nonattainment and Maintenance Receptors

*3.1 Definition of Nonattainment and Maintenance Receptors*

The ozone predictions from the 2011 and 2023 CAMx model simulations were used to project 2009-2013 average and maximum ozone design values[9] to 2023 following the approach described in the EPA's draft guidance for attainment demonstration modeling (US EPA, 2014b).[10] Using the approach in the final CSAPR Update, we evaluated the 2023 projected average and maximum design values in conjunction with the most recent measured ozone design values (i.e., 2013-2015) to identify sites that may warrant further consideration as potential nonattainment or maintenance sites in 2023. If the approach in the CSAPR Update is applied to evaluate the projected design values, those sites with 2023 average design values that exceed the NAAQS (i.e., 2023 average design values of 71 ppb or greater)[11] and that are currently measuring nonattainment would be considered to be nonattainment receptors in 2023. Similarly, with the CSAPR Update approach, monitoring sites with a projected 2023 maximum design value that exceeds the NAAQS would be projected to be maintenance receptors in 2023. In the CSAPR Update approach, maintenance-only receptors include both those monitoring sites where the projected 2023 average design value is below the NAAQS, but the maximum design value is above the NAAQS, and monitoring sites with projected 2023 average design values that exceed the NAAQS, but for which current design values based on measured data do not exceed the NAAQS.

The procedures for calculating projected 2023 average and maximum design values are described below. The monitoring sites that we project to be nonattainment and maintenance-only receptors for the ozone NAAQS in the 2023 base case are used for assessing the contribution of emissions in upwind states to downwind nonattainment and maintenance of the 2015 ozone NAAQS as part of this transport assessment.

---

[9] The ozone design value for a monitoring site is the 3-year average of the annual fourth-highest daily maximum 8-hour average ozone concentration.

[10] EPA's ozone attainment demonstration modeling guidance is referred to as "the modeling guidance" in the remainder of this document.

[11] In determining compliance with the NAAQS, ozone design values are truncated to integer values. For example, a design value of 70.9 parts per billion (ppb) is truncated to 70 ppb which is attainment. In this manner, design values at or above 71.0 ppb are considered to be violations of the NAAQS.

J.A. 0009

*3.2 Approach for Projecting 2023 Ozone Design Values*

The ozone predictions from the 2011 and 2023 CAMx model simulations were used to project ambient (i.e., measured) ozone design values (DVs) to 2023 following the approach described in the modeling guidance as summarized here. The modeling guidance recommends using 5-year weighted average ambient design values[12] centered on the base modeling year as the starting point for projecting average design values to the future. Because 2011 is the base emissions year, we used the average ambient 8-hour ozone design values for the period 2009 through 2013 (i.e., the average of design values for 2009-2011, 2010-2012 and 2011-2013) to calculate the 5-year weighted average design values. The 5-year weighted average ambient design value at each site was projected to 2023 using the Model Attainment Test Software program (Abt Associates, 2014). This program calculates the 5-year weighted average design value based on observed data and projects future year values using the relative response predicted by the model. Equation (3-1) describes the recommended model attainment test in its simplest form, as applied for monitoring site $i$:

$$(\text{DVF})_i = (RRF)_i * (DVB)_i \qquad\qquad \text{Equation 3-1}$$

$\text{DVF}_i$ is the estimated design value for the future year at monitoring site $i$; $\text{RRF}_i$ is the relative response factor for monitoring site $i$; and $\text{DVB}_i$ is the base period design value monitored at site $i$. The relative response factor for each monitoring site $(RRF)_i$ is the fractional change in 8-hour daily maximum ozone between the base and future year. The RRF is based on the average ozone on model-predicted "high" ozone days in grid cells in the vicinity of the monitoring site. The modeling guidance recommends calculating RRFs based on the highest 10 modeled ozone days in the base year simulation at each monitoring site. Specifically, the RRF was calculated based on the 10 highest days in the 2011 base year modeling in the vicinity of each monitor location.

As recommended by the modeling guidance, we considered model response in grid cells immediately surrounding the monitoring site along with the grid cell in which the monitor is located. The RRF was based on a 3 x 3 array of 12 km grid cells centered on the location of the grid cell containing the monitor. On each day, the grid cell with the highest 2011 base year ozone value in the 3 x 3 array surrounding the location of the monitoring site was used to identify the top 10 modeled ozone concentration days within the 3 x 3 array of grid cells. These top 10 days

---

[12] The air quality design value for a site is the 3-year average of the annual fourth-highest daily maximum 8-hour average ozone concentration.

J.A. 0010

were used to calculate the base year top 10-day average concentration for each site. The 2023 ozone concentrations from these same days and grid cells were used to calculate the future year 10-day average. Thus, the base year and future year components of the RRF calculation were paired in space and time. In cases for which the base year model simulation did not have 10 days with ozone values greater than or equal to 60 ppb at a site, we used all days with ozone >= 60 ppb, as long as there were at least 5 days that meet that criteria. At monitor locations with less than 5 days with modeled 2011 base year ozone >= 60 ppb, no RRF or DVF was calculated for the site and the monitor in question was not included in this analysis.

The approach for calculating 2023 maximum design values is similar to the approach for calculating 2023 average design values. To calculate the 2023 maximum design value we start with the highest (i.e., maximum) ambient design value from the 2011-centered 5-year period (i.e., the maximum of design values from 2009-2011, 2010-2012, and 2011-2013). The base period maximum design value at each site was projected to 2023 using the site-specific RRFs, as determined using the procedures for calculating RRFs described above.

The base period 2009-2013 ambient and projected 2023 average and maximum design values and 2013-2015 and preliminary 2014-2016 measured design values at the projected 2023 nonattainment receptor sites and maintenance-only receptor sites are provided in Tables 1 and 2, respectively.[13] The 2009-2013 base period and 2023 base case average and maximum design values for individual monitoring sites in the U.S. are provided in the docket for this NODA.[14]

---

[13] The preliminary 2014-2016 design values are based on ozone data from the Air Quality System (AQS) and AirNow as of December 20, 2016. These data have not been certified by state agencies. Note that for some sites the preliminary 2014-2016 design values are higher than the corresponding data for 2013-2015.

[14] There are 7 sites in 3 counties in the West that were excluded from this listing because the ambient design values at these sites were dominated by wintertime ozone episodes and not summer season conditions that are the focus of this transport assessment. High winter ozone concentrations that have been observed in certain parts of the Western U.S. are believed to result from the combination of strong wintertime inversions, large NOx and VOC emissions from nearby oil and gas operations, increased UV intensity due to reflection off of snow surfaces and potentially still uncharacterized sources of free radicals. The 7 sites excluded from this analysis are in Rio Blanco County, CO (site ID 081030006), Fremont County, WY (site ID 560130099), and Sublette County, WY (site IDs 560350097, 560350099, 560350100, 560350101, and 560351002). Information on the analysis to identify these sites as influenced by wintertime ozone episodes can be found in Appendix 3A of the Regulatory Impact Analysis of the Proposed Revisions to the National Ambient Air Quality Standards for Ground-Level Ozone (EPA, 2014d) (http://www.epa.gov/ttn/ecas/ria.html)

Table 3-1a. 2009-2013 and 2023 average and maximum design values and 2013-2015 and preliminary 2014-2016 design values at projected nonattainment receptor sites in the East[15] (units are ppb).

| Site ID | County | St | 2009-2013 Average DV | 2009-2013 Maximum DV | 2023 Average DV | 2023 Maximum DV | 2013-2015 DV | 2014-2016 DV |
|---------|--------|-----|------|------|------|------|------|------|
| 240251001 | Harford | MD | 90.0 | 93 | 71.3 | 73.7 | 71 | 73 |
| 360850067 | Richmond | NY | 81.3 | 83 | 71.2 | 72.7 | 74 | 76 |
| 361030002 | Suffolk | NY | 83.3 | 85 | 71.3 | 72.7 | 72 | 72 |
| 480391004 | Brazoria | TX | 88.0 | 89 | 74.4 | 75.3 | 80 | 75 |
| 482010024 | Harris | TX | 80.3 | 83 | 71.1 | 73.5 | 79 | 79 |
| 482011034 | Harris | TX | 81.0 | 82 | 71.6 | 72.5 | 74 | 73 |
| 484392003 | Tarrant | TX | 87.3 | 90 | 73.9 | 76.2 | 76 | 73 |
| 484393009 | Tarrant | TX | 86.0 | 86 | 72.0 | 72.0 | 78 | 75 |
| 551170006 | Sheboygan | WI | 84.3 | 87 | 71.0 | 73.3 | 77 | 79 |

Table 3-1b. 2009-2013 and 2023 average and maximum design values and 2013-2015 and preliminary 2014-2016 design values at projected nonattainment receptor sites in the West (units are ppb).

| Site ID | County | St | 2009-2013 Average DV | 2009-2013 Maximum DV | 2023 Average DV | 2023 Maximum DV | 2013-2015 DV | 2014-2016 DV |
|---------|--------|-----|------|------|------|------|------|------|
| 60190007 | Fresno | CA | 94.7 | 95 | 78.9 | 79.1 | 86 | 86 |
| 60190011 | Fresno | CA | 93.0 | 96 | 77.8 | 80.3 | 85 | 88 |
| 60190242 | Fresno | CA | 91.7 | 95 | 79.2 | 82.0 | 86 | 86 |
| 60194001 | Fresno | CA | 90.7 | 92 | 73.0 | 74.0 | 89 | 91 |
| 60195001 | Fresno | CA | 97.0 | 99 | 79.1 | 80.8 | 88 | 94 |
| 60250005 | Imperial | CA | 74.7 | 76 | 72.8 | 74.1 | 77 | 76 |
| 60251003 | Imperial | CA | 81.0 | 82 | 78.5 | 79.5 | 78 | 76 |
| 60290007 | Kern | CA | 91.7 | 96 | 76.9 | 80.5 | 81 | 87 |
| 60290008 | Kern | CA | 86.3 | 88 | 71.2 | 72.6 | 78 | 81 |
| 60290014 | Kern | CA | 87.7 | 89 | 72.7 | 73.8 | 84 | 84 |
| 60290232 | Kern | CA | 87.3 | 89 | 72.7 | 74.1 | 78 | 77 |
| 60311004 | Kings | CA | 87.0 | 90 | 71.0 | 73.5 | 80 | 84 |
| 60370002 | Los Angeles | CA | 80.0 | 82 | 73.9 | 75.7 | 82 | 86 |
| 60370016 | Los Angeles | CA | 94.0 | 97 | 86.8 | 89.6 | 92 | 95 |

---

[15] In this notice the East includes all states from Texas northward to North Dakota and eastward to the East Coast. All states in the contiguous U.S. from New Mexico northward to Montana and westward to the West Coast are considered, for this notice, to be in the West.

J.A. 0012

| Site ID | County | St | 2009-2013 Average DV | 2009-2013 Maximum DV | 2023 Average DV | 2023 Maximum DV | 2013-2015 DV | 2014-2016 DV |
|---|---|---|---|---|---|---|---|---|
| 60371201 | Los Angeles | CA | 90.0 | 90 | 80.3 | 80.3 | 84 | 85 |
| 60371701 | Los Angeles | CA | 84.0 | 85 | 78.3 | 79.2 | 89 | 90 |
| 60376012 | Los Angeles | CA | 97.3 | 99 | 86.5 | 88.0 | 94 | 96 |
| 60379033 | Los Angeles | CA | 90.0 | 91 | 76.7 | 77.5 | 89 | 90 |
| 60392010 | Madera | CA | 85.0 | 86 | 71.7 | 72.6 | 81 | 83 |
| 60650012 | Riverside | CA | 97.3 | 99 | 83.0 | 84.4 | 92 | 93 |
| 60651016 | Riverside | CA | 100.7 | 101 | 85.1 | 85.3 | 98 | 97 |
| 60652002 | Riverside | CA | 84.3 | 85 | 72.2 | 72.8 | 81 | 81 |
| 60655001 | Riverside | CA | 92.3 | 93 | 79.4 | 80.0 | 87 | 87 |
| 60656001 | Riverside | CA | 94.0 | 98 | 78.4 | 81.7 | 90 | 91 |
| 60658001 | Riverside | CA | 97.0 | 98 | 86.7 | 87.6 | 92 | 95 |
| 60658005 | Riverside | CA | 92.7 | 94 | 82.9 | 84.1 | 85 | 91 |
| 60659001 | Riverside | CA | 88.3 | 91 | 73.3 | 75.6 | 84 | 86 |
| 60670012 | Sacramento | CA | 93.3 | 95 | 74.1 | 75.4 | 80 | 83 |
| 60710005 | San Bernardino | CA | 105.0 | 107 | 96.3 | 98.1 | 102 | 108 |
| 60710012 | San Bernardino | CA | 95.0 | 97 | 84.4 | 86.2 | 88 | 91 |
| 60710306 | San Bernardino | CA | 83.7 | 85 | 75.5 | 76.7 | 86 | 86 |
| 60711004 | San Bernardino | CA | 96.7 | 98 | 89.7 | 91.0 | 96 | 100 |
| 60712002 | San Bernardino | CA | 101.0 | 103 | 92.9 | 94.7 | 97 | 97 |
| 60714001 | San Bernardino | CA | 94.3 | 97 | 86.0 | 88.5 | 88 | 91 |
| 60714003 | San Bernardino | CA | 105.0 | 107 | 94.1 | 95.9 | 101 | 101 |
| 60719002 | San Bernardino | CA | 92.3 | 94 | 79.8 | 81.2 | 86 | 86 |
| 60719004 | San Bernardino | CA | 98.7 | 99 | 88.5 | 88.7 | 99 | 104 |
| 60990006 | Stanislaus | CA | 87.0 | 88 | 73.6 | 74.5 | 82 | 83 |
| 61070009 | Tulare | CA | 94.7 | 96 | 75.8 | 76.9 | 89 | 89 |
| 61072010 | Tulare | CA | 89.0 | 90 | 72.6 | 73.4 | 81 | 82 |

J.A. 0013

Table 3-2a. 2009-2013 and 2023 average and maximum design values and 2013-2015 and preliminary 2014-2016 design values at projected maintenance-only receptor sites in the East (units are ppb).

| Site ID | County | St | 2009-2013 Average DV | 2009-2013 Maximum DV | 2023 Average DV | 2023 Maximum DV | 2013-2015 DV | 2014-2016 DV |
|---|---|---|---|---|---|---|---|---|
| 90013007 | Fairfield | CT | 84.3 | 89 | 69.4 | 73.2 | 83 | 81 |
| 90019003 | Fairfield | CT | 83.7 | 87 | 70.5 | 73.3 | 84 | 85 |
| 90099002 | New Haven | CT | 85.7 | 89 | 69.8 | 72.5 | 78 | 76 |
| 260050003 | Allegan | MI | 82.7 | 86 | 68.8 | 71.5 | 75 | 74 |
| 261630019 | Wayne | MI | 78.7 | 81 | 69.6 | 71.7 | 70 | 72 |
| 360810124 | Queens | NY | 78.0 | 80 | 69.9 | 71.7 | 69 | 69 |
| 481210034 | Denton | TX | 84.3 | 87 | 70.8 | 73.0 | 83 | 80 |
| 482010026 | Harris | TX | 77.3 | 80 | 68.6 | 71.0 | 68 | 68 |
| 482011039 | Harris | TX | 82.0 | 84 | 73.0 | 74.8 | 69 | 67 |
| 482011050 | Harris | TX | 78.3 | 80 | 69.5 | 71.0 | 71 | 70 |

Table3- 2b. 2009-2013 and 2023 average and maximum design values and 2013-2015 and preliminary 2014-2016 design values at projected maintenance-only receptor sites in the West (units are ppb).

| Site ID | County | St | 2009-2013 Average DV | 2009-2013 Maximum DV | 2023 Average DV | 2023 Maximum DV | 2013-2015 DV | 2014-2016 DV |
|---|---|---|---|---|---|---|---|---|
| 60295002 | Kern | CA | 84.3 | 91 | 70.4 | 76.0 | 85 | 88 |
| 60296001 | Kern | CA | 84.3 | 86 | 70.6 | 72.0 | 79 | 81 |
| 60372005 | Los Angeles | CA | 78.0 | 82 | 70.6 | 74.3 | 74 | 83 |
| 61070006 | Tulare | CA | 81.7 | 85 | 69.1 | 71.8 | 84 | 84 |
| 61112002 | Ventura | CA | 81.0 | 83 | 70.7 | 72.4 | 77 | 77 |
| 80350004 | Douglas | CO | 80.7 | 83 | 69.6 | 71.6 | 79 | 77 |
| 80590006 | Jefferson | CO | 80.3 | 83 | 70.5 | 72.9 | 79 | 77 |
| 80590011 | Jefferson | CO | 78.7 | 82 | 69.7 | 72.7 | 80 | 80 |

### 4. Ozone Contribution Modeling

*4.1 Methodology*

The EPA performed nationwide, state-level ozone source apportionment modeling using the CAMx Ozone Source Apportionment Technology/Anthropogenic Precursor Culpability Analysis (OSAT/APCA) technique[16] to provide information regarding the expected contribution of 2023 base case $NO_X$ and VOC emissions from all anthropogenic sources in each state to projected 2023 ozone concentrations at each air quality monitoring site. In the source apportionment model run, we tracked the ozone formed from each of the following contribution categories (i.e., "tags"):

• States – anthropogenic $NO_X$ and VOC emissions from each of the contiguous 48 states and the District of Columbia tracked individually (emissions from all anthropogenic sectors in a given state were combined);

• Biogenics – biogenic $NO_X$ and VOC emissions domain-wide (i.e., not by state);

• Boundary Concentrations – concentrations transported into the modeling domain from the lateral boundaries;

• Tribes – the emissions from those tribal lands for which we have point source inventory data in the 2011 NEI (we did not model the contributions from individual tribes);

• Canada and Mexico – anthropogenic emissions from sources in the portions of Canada and Mexico included in the modeling domain (contributions from Canada and Mexico were not modeled separately);

• Fires – combined emissions from wild and prescribed fires domain-wide (i.e., not by state); and

• Offshore – combined emissions from offshore marine vessels and offshore drilling platforms (i.e., not by state).

As noted above, the contribution modeling provided contributions to ozone from anthropogenic $NO_X$ and VOC emissions in each state, individually. The contributions to ozone from chemical reactions between biogenic $NO_X$ and VOC emissions were modeled and assigned to the "biogenic" category. The contributions from wild fire and prescribed fire $NO_X$ and VOC

---

[16] As part of this technique, ozone formed from reactions between biogenic VOC and $NO_X$ with anthropogenic $NO_X$ and VOC are assigned to the anthropogenic emissions.

emissions were modeled and assigned to the "fires" category. The contributions from the "biogenic", "offshore", and "fires" categories are not assigned to individual states nor are they included in the state contributions.

CAMx OSAT/APCA model run was performed for the period May 1 through September 30 using the projected 2023 base case emissions and 2011 meteorology for this time period. The hourly contributions[17] from each tag were processed to calculate an 8-hour average contribution metric. The contributions to ozone at an individual monitoring site are calculated using model predictions for the grid cell containing the monitoring site. The process for calculating the contribution metric uses the contribution modeling outputs in a "relative sense" to apportion the projected 2023 average design value at each monitoring location into contributions from each individual tag. This process is similar in concept to the relative approach described above for using model predictions to calculate 2023 ozone design values. The approach used to calculate the contribution metric is described by the following steps:

**Step 1.** Modeled hourly ozone concentrations are used to calculate the 8-hour daily maximum ozone (MDA8) concentration in each grid cell on each day.

**Step 2.** The gridded hourly ozone contributions from each tag are subtracted from the corresponding gridded hourly total ozone concentrations to create a "pseudo" hourly ozone value for each tag for each hour in each grid cell.

**Step 3.** The hourly "pseudo" concentrations from Step 2 are used to calculate 8-hour average "pseudo" concentrations for each tag for the time period that corresponds to the MDA8 concentration from Step 1.  Step 3 results in spatial fields of 8-hour average "pseudo" concentrations for each grid cell for each tag on each day.

**Step 4.**  The 8-hour average "pseudo" concentrations for each tag and the MDA8 concentrations are extracted for those grid cells containing ozone monitoring sites. We used the data for all days with 2023 MDA8 concentrations >=71 ppb (i.e., projected 2023 exceedance days) in the downstream calculations. If there were fewer than five 2023 exceedance days at a particular

---

[17] Contributions from anthropogenic emissions under "NO$_X$-limited" and "VOC-limited" chemical regimes were combined to obtain the net contribution from NO$_X$ and VOC anthropogenic emissions in each state.

J.A. 0016

monitoring site then the data from the top five 2023 MDA8 concentration days are extracted and used in the calculations.[18]

**Step 5.** For each monitoring site and each tag, the 8-hour "pseudo" concentrations are then averaged across the days selected in Step 4 to create a multi-day average "pseudo" concentration for tag at each site. Similarly, the MDA8 concentrations were average across the days selected in Step 4.

**Step 6.** The multi-day average "pseudo" concentration and the corresponding multi-day average MDA8 concentration are used to create a Relative Contribution Factor (RCF) for each tag at each monitoring site.

**Step 7.** The RCF for each tag is multiplied by the 2023 average ozone design value to create the ozone contribution metrics for each tag at each site. Note that the sum of the contributions from each tag equals the 2023 average design value for that site.

**Step 8.** The contributions calculated from Step 7 are truncated to two digits to the right of the decimal (e.g., a calculated contribution of 0.78963… is truncated to 0.78 ppb). As a result of truncation, the tabulated contributions may not always sum to the 2023 average design value.

The average contribution metric calculated in this manner is intended to provide a reasonable representation of the contribution from individual states to the projected 2023 design value, based on modeled transport patterns and other meteorological conditions generally associated with modeled high ozone concentrations in the vicinity of the monitoring site. This average contribution metric is beneficial since the magnitude of the contributions is directly related to the magnitude of the design value at each site.

*4.2 Contribution Modeling Results*

The contributions from each tag to individual nonattainment and maintenance-only sites are provided in Appendix B. The largest contributions from each state to 2023 downwind nonattainment sites and to downwind maintenance-only sites are provided in Tables 4-1 and 4-2, respectively. The 2023 contributions from each tag to individual monitoring sites are provided in a file in the docket.[19]

---

[18] If there were fewer than 5 days with a modeled 2023 MDA8 concentration ≥ 60 ppb for the location of a particular monitoring site, then contributions were not calculated at that monitor.

[19] The file containing the contributions is named: "2015 O3 NAAQS Transport Assessment_Design Values & Contributions."

Table 4-1. Largest Contribution from Each State to Downwind 8-Hour Ozone Nonattainment Receptors (units are ppb).

| Upwind States | Largest Contribution to a Downwind Nonattainment Receptor | Upwind States | Largest Contribution to a Downwind Nonattainment Receptor |
|---|---|---|---|
| Alabama | 0.37 | Montana | 0.09 |
| Arizona | 0.74 | Nebraska | 0.37 |
| Arkansas | 1.16 | Nevada | 0.62 |
| California | 0.19 | New Hampshire | 0.01 |
| Colorado | 0.32 | New Jersey | 11.73 |
| Connecticut | 0.43 | New Mexico | 0.18 |
| Delaware | 0.55 | New York | 0.19 |
| District of Columbia | 0.70 | North Carolina | 0.43 |
| Florida | 0.49 | North Dakota | 0.15 |
| Georgia | 0.38 | Ohio | 2.38 |
| Idaho | 0.07 | Oklahoma | 2.39 |
| Illinois | 14.92 | Oregon | 0.61 |
| Indiana | 7.14 | Pennsylvania | 9.11 |
| Iowa | 0.43 | Rhode Island | 0.00 |
| Kansas | 1.01 | South Carolina | 0.16 |
| Kentucky | 2.15 | South Dakota | 0.08 |
| Louisiana | 2.87 | Tennessee | 0.52 |
| Maine | 0.01 | Texas | 1.92 |
| Maryland | 1.73 | Utah | 0.24 |
| Massachusetts | 0.05 | Vermont | 0.00 |
| Michigan | 1.77 | Virginia | 5.04 |
| Minnesota | 0.43 | Washington | 0.15 |
| Mississippi | 0.56 | West Virginia | 2.59 |
| Missouri | 1.20 | Wisconsin | 0.47 |
| - | - | Wyoming | 0.31 |

Table 4-2. Largest Contribution from Each State to Downwind 8-Hour Ozone Maintenance Receptors (units are ppb).

| Upwind States | Largest Contribution to a Downwind Maintenance Receptor | Upwind States | Largest Contribution to a Downwind Maintenance Receptor |
|---|---|---|---|
| Alabama | 0.48 | Montana | 0.11 |
| Arizona | 0.52 | Nebraska | 0.41 |
| Arkansas | 2.20 | Nevada | 0.43 |
| California | 2.03 | New Hampshire | 0.02 |
| Colorado | 0.25 | New Jersey | 8.65 |
| Connecticut | 0.36 | New Mexico | 0.41 |
| Delaware | 0.38 | New York | 15.36 |
| District of Columbia | 0.08 | North Carolina | 0.43 |
| Florida | 0.22 | North Dakota | 0.13 |
| Georgia | 0.31 | Ohio | 3.82 |
| Idaho | 0.16 | Oklahoma | 1.30 |
| Illinois | 21.69 | Oregon | 0.17 |
| Indiana | 6.45 | Pennsylvania | 6.39 |
| Iowa | 0.60 | Rhode Island | 0.02 |
| Kansas | 0.64 | South Carolina | 0.15 |
| Kentucky | 1.07 | South Dakota | 0.06 |
| Louisiana | 3.37 | Tennessee | 0.69 |
| Maine | 0.00 | Texas | 2.49 |
| Maryland | 2.20 | Utah | 1.32 |
| Massachusetts | 0.11 | Vermont | 0.01 |
| Michigan | 1.76 | Virginia | 2.03 |
| Minnesota | 0.34 | Washington | 0.11 |
| Mississippi | 0.65 | West Virginia | 0.92 |
| Missouri | 2.98 | Wisconsin | 1.94 |
| - | - | Wyoming | 0.92 |

*4.3 Upwind/Downwind Linkages*

In CSAPR and the CSAPR Update, the EPA used a contribution screening threshold of 1 percent of the NAAQS to identify upwind states that may significantly contribute to downwind nonattainment and/or maintenance problems and which warrant further analysis to determine if emissions reductions might be required from each state to address the downwind air quality problem. The EPA determined that 1 percent was an appropriate threshold to use in the analysis for those rulemakings because there were important, even if relatively small, contributions to identified nonattainment and maintenance receptors from multiple upwind states mainly in the eastern U.S. The agency has historically found that the 1 percent threshold is appropriate for identifying interstate transport linkages for states collectively contributing to downwind ozone nonattainment or maintenance problems because that threshold captures a high percentage of the total pollution transport affecting downwind receptors.

Based on the approach used in CSAPR and the CSAPR Update, upwind states that contribute ozone in amounts at or above the 1 percent of the NAAQS threshold to a particular downwind nonattainment or maintenance receptor would be considered to be "linked" to that receptor in step 2 of the CSAPR framework for purposes of further analysis in step 3 to determine whether and what emissions from the upwind state contribute significantly to downwind nonattainment and interfere with maintenance of the NAAQS at the downwind receptors. For the 2015 ozone NAAQS the value of a 1 percent threshold would be 0.70 ppb.

The EPA notes that, when applying the CSAPR framework, an upwind state's linkage to a downwind receptor alone does not determine whether the state significantly contributes to nonattainment or interferes with maintenance of a NAAQS to a downwind state. While the 1 percent screening threshold has been traditionally applied to evaluate upwind state linkages in eastern states where such collective contribution was identified, the EPA noted in the CSAPR Update that, as to western states, there may be geographically specific factors to consider in determining whether the 1 percent screening threshold is appropriate. For certain receptors, where the collective contribution of emissions from one or more upwind states may not be a considerable portion of the ozone concentration at the downwind receptor, the EPA and states have considered, and could continue to consider other factors to evaluate those states' planning

obligation pursuant to the Good Neighbor provision.[20] However, where the collective contribution of emissions from one or more upwind states is responsible for a considerable portion of the downwind air quality problem, the CSAPR framework treats a contribution from an individual state at or above 1 percent of the NAAQS as significant, and this reasoning applies regardless of where the receptor is geographically located.

The linkages between upwind states and downwind nonattainment receptors and maintenance-only receptors are provided by receptor site in Table 4-3. The linkages between individual upwind states and counties containing downwind nonattainment and maintenance receptors are provided by upwind state in Table 4-4.

Table 4-3. Upwind states that are "linked" to each downwind nonattainment and maintenance-only receptors.

| Site ID | State | County | # Linked States | Linked Upwind States | | | | | | | | | | |
|---------|-------|--------|-----------------|------|------|------|------|------|------|------|------|------|------|
| 60250005 | CA | Imperial | 1 | AZ | | | | | | | | | | |
| 60251003 | CA | Imperial | 1 | AZ | | | | | | | | | | |
| 80350004 | CO | Douglas | 3 | CA | UT | WY | | | | | | | | |
| 80590006 | CO | Jefferson | 3 | CA | UT | WY | | | | | | | | |
| 80590011 | CO | Jefferson | 4 | CA | TX | UT | WY | | | | | | | |
| 90013007 | CT | Fairfield | 10 | IL | IN | KY | MD | NJ | NY | OH | PA | VA | WV |
| 90019003 | CT | Fairfield | 9 | IN | KY | MD | NJ | NY | OH | PA | VA | WV | |
| 90099002 | CT | New Haven | 8 | IN | MD | NJ | NY | OH | PA | VA | WV | | |
| 240251001 | MD | Harford | 10 | DC | IL | IN | KY | MO | OH | PA | TX | VA | WV |
| 260050003 | MI | Allegan | 8 | AR | IL | IN | LA | MO | OK | TX | WI | | |
| 261630019 | MI | Wayne | 5 | IL | IN | KY | OH | WI | | | | | |
| 360810124 | NY | Queens | 8 | IL | IN | MD | MI | NJ | OH | PA | VA | | |
| 360850067 | NY | Richmond | 11 | IL | IN | KY | MD | MI | NJ | OH | PA | TX | VA | WV |
| 361030002 | NY | Suffolk | 10 | IL | IN | MD | MI | NJ | OH | PA | TX | VA | WV |
| 480391004 | TX | Brazoria | 5 | AR | IL | LA | MO | OK | | | | | |
| 481210034 | TX | Denton | 3 | AR | LA | OK | | | | | | | |
| 482010024 | TX | Harris | 1 | LA | | | | | | | | | |
| 482010026 | TX | Harris | 5 | AR | IL | LA | MO | OK | | | | | |
| 482011034 | TX | Harris | 3 | LA | MO | OK | | | | | | | |

[20] *See, e.g.*, 81 FR 31513 (May 19, 2016) (approving Arizona Good Neighbor SIP addressing 2008 ozone NAAQS based on determination that upwind states would not collectively contribute to a considerable portion of the downwind air quality problem).

20

| Site ID | State | County | # Linked States | Linked Upwind States | | | | | | | | | | |
|---------|-------|--------|-----------------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 482011039 | TX | Harris | 5 | AR | IL | LA | MO | OK | | | | | |
| 482011050 | TX | Harris | 4 | AR | IL | LA | MO | | | | | | |
| 484392003 | TX | Tarrant | 4 | AR | KS | LA | OK | | | | | | |
| 484393009 | TX | Tarrant | 3 | AR | LA | OK | | | | | | | |
| 551170006 | WI | Sheboygan | 10 | IL | IN | KS | KY | LA | MI | MO | OH | OK | TX |

21

Table 4-4. Linkages between individual upwind states and counties with downwind nonattainment and maintenance-only receptors.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AZ | Imperial Co., CA | | | | | | |
| AR | | | | Allegan Co., MI | Denton & Tarrant Co. TX | Brazoria & Harris Co., TX | Sheboygan Co., WI |
| CA | Douglas & Jefferson Co., CO | | | | | | |
| DC | | | Harford Co., MD | | | | |
| IL | Fairfield Co., CT | Queens, Richmond, & Suffolk Co., NY | Harford Co., MD | Allegan & Wayne Co., MI | | Brazoria & Harris Co., TX | Sheboygan Co., WI |
| IN | Fairfield & New Haven Co., CT | Queens, Richmond, & Suffolk Co., NY | Harford Co., MD | Allegan & Wayne Co., MI | | | Sheboygan Co., WI |
| KS | | | | | Tarrant Co., TX | | Sheboygan Co., WI |
| KY | Fairfield Co., CT | Richmond Co., NY | Harford Co., MD | Wayne Co., MI | | | |
| LA | | | | Allegan Co., MI | Denton & Tarrant Co., TX | Brazoria & Harris Co., TX | Sheboygan Co., WI |
| MD | Fairfield & New Haven Co., CT | Queens, Richmond, & Suffolk Co., NY | | | | | |
| MI | | Queens, Richmond, & Suffolk Co., NY | | | | | Sheboygan Co., WI |
| MO | | | Harford Co., MD | Allegan Co., MI | | | Sheboygan Co., WI |
| NJ | Fairfield & New Haven Co., CT | Queens, Richmond, & Suffolk Co., NY | | | | | |
| NY | Fairfield & New Haven Co., CT | | | | | | |
| OH | Fairfield & New Haven Co., CT | Queens, Richmond, & Suffolk Co., NY | Harford Co., MD | Wayne Co., MI | | | Sheboygan Co., WI |
| OK | | | | Allegan Co., MI | Denton & Tarrant Co., TX | Brazoria & Harris Co., TX | Sheboygan Co., WI |
| PA | Fairfield & New Haven Co., CT | Queens, Richmond, & Suffolk Co., NY | Harford Co., MD | | | | |
| TX | Jefferson Co., CO | Richmond & Suffolk Co., NY | Harford Co., MD | Allegan Co., MI | | | Sheboygan Co., WI |
| UT | Douglas & Jefferson Co., CO | | | | | | |
| VA | Fairfield & New Haven Co., CT | Queens, Richmond, & Suffolk Co., NY | Harford Co., MD | | | | |
| WV | Fairfield & New Haven Co., CT | Richmond & Suffolk Co., NY | Harford Co., MD | | | | |
| WI | | | | Allegan & Wayne Co., MI | | | |
| WY | Douglas & Jefferson Co., CO | | | | | | |

## 6. References

Abt Associates, 2014. User's Guide: Modeled Attainment Test Software.
http://www.epa.gov/scram001/modelingapps_mats.htm

Gilliam, R.C. and J.E. Pleim, 2010. Performance Assessment of New Land Surface and
Planetary Boundary Layer Physics in the WRF-ARW. *J. Appl. Meteor. Climatol.*, **49**, 760–774.

Henderson, B.H., F. Akhtar, H.O.T. Pye, S.L. Napelenok, W.T. Hutzell, 2014.  A Database and
Tool for Boundary Conditions for Regional Air Quality Modeling: Description and
Evaluations, *Geoscientific Model Development*, **7**, 339-360.

Hong, S-Y, Y. Noh, and J. Dudhia, 2006. A New Vertical Diffusion Package with an Explicit
Treatment of Entrainment Processes. *Mon. Wea. Rev.*, **134**, 2318–2341.

Houyoux, M.R., Vukovich, J.M., Coats, C.J., Wheeler, N.J.M., Kasibhatla, P.S.,2000. Emissions
Inventory Development and Processing for the Seasonal Model for Regional Air Quality
(SMRAQ) project, *Journal of Geophysical Research – Atmospheres*, **105(D7)**, 9079-9090.

Iacono, M.J., J.S. Delamere, E.J. Mlawer, M.W. Shephard, S.A Clough, and W.D. Collins, 2008.
Radiative Forcing by Long-Lived Greenhouse Gases: Calculations with the AER Radiative
Transfer Models, *J. Geophys. Res.,* **113**, D13103.

Kain, J.S., 2004. The Kain-Fritsch Convective Parameterization: An Update, *J. Appl. Meteor.,*
**43**, 170-181.

Ma, L-M. and Tan Z-M, 2009. Improving the Behavior of Cumulus Parameterization for
Tropical Cyclone Prediction: Convective Trigger, *Atmospheric Research*, **92**, 190-211.

Morrison, H.J., A. Curry, and V.I. Khvorostyanov, 2005. A New Double-Moment Microphysics
Parameterization for Application in Cloud and Climate Models. Part I: Description, *J. Atmos.
Sci.*, **62**, 1665–1677.

Morrison, H. and A. Gettelman, 2008. A New Two-Moment Bulk Stratiform Cloud
Microphysics Scheme in the Community Atmosphere Model, version 3 (CAM3). Part I:
Description and Numerical Tests, *J. Climate,* **21**, 3642-3659.

Pleim, J.E. and A. Xiu, 2003. Development of a Land-Surface Model. Part II: Data
Assimilation, *J. Appl. Meteor.*, **42**, 1811–1822

Pleim, J.E., 2007a. A Combined Local and Nonlocal Closure Model for the Atmospheric
Boundary Layer. Part I: Model Description and Testing, *J. Appl. Meteor. Climatol.*, **46**, 1383–
1395.

Pleim, J.E., 2007b. A Combined Local and Nonlocal Closure Model for the Atmospheric Boundary Layer. Part II: Application and Evaluation in a Mesoscale Meteorological Model, *J. Appl. Meteor. Climatol.*, **46,** 1396–1409.

Ramboll Environ, 2016. User's Guide Comprehensive Air Quality Model with Extensions version 6.30, www.camx.com. Ramboll Environ International Corporation, Novato, CA.

Ramboll Environ, 2014. wrfcamx version 4.3 Release Notes. December 17, 2014. www.camx.com. Ramboll Environ International Corporation, Novato, CA.

Skamarock, W.C., J.B. Klemp, J. Dudhia, et al., 2008. A Description of the Advanced Research WRF Version 3. NCAR Tech. Note NCAR/TN-475+STR. http://wwww.mmm.ucar.edu/wrf/users/docs/arw_v3.pdf

Simon, H., K.R. Baker, and S.B. Phillips, 2012. Compilation and Interpretation of Photochemical Model Performance Statistics Published between 2006 and 2012, *Atmospheric Environment*, **61**, 124-139.

Stammer, D., F.J. Wentz, and C.L. Gentemann**,** 2003. Validation of Microwave Sea Surface Temperature Measurements for Climate Purposes, *J. of Climate*, **16(1)**, 73-87.

U.S. Environmental Protection Agency, 2014a. Meteorological Model Performance for Annual 2011 Simulation WRF v3.4, Research Triangle Park, NC. (http://www.epa.gov/scram001/)

U.S. Environmental Protection Agency, 2014b. Modeling Guidance for Demonstrating Attainment of Air Quality Goals for Ozone, PM2.5, and Regional Haze, Research Triangle Park, NC. (http://www.epa.gov/ttn/scram/guidance/guide/Draft_O3-PM-RH_Modeling_Guidance-2014.pdf)

Xiu, A., and J.E. Pleim, 2001, Development of a Land Surface Model. Part I: Application in a Meso scale Meteorological Model, *J. Appl. Meteor.,* **40**, 192-209.

Yantosca, B. 2004. GEOS-CHEMv7-01-02 User's Guide, Atmospheric Chemistry Modeling Group, Harvard University, Cambridge, MA.

This page intentionally left blank

Appendix A

2011 Model Performance Evaluation

J.A. 0027

An operational model evaluation was conducted for the 2011 base year CAMx v6.32 simulation performed for the 12 km U.S. modeling domain. The purpose of this evaluation is to examine the ability of the 2011 air quality modeling platform to represent the magnitude and spatial and temporal variability of measured (i.e., observed) ozone concentrations within the modeling domain. The evaluation presented here is based on model simulations using the 2011 emissions platform (i.e., scenario name 2011el_cb6r4_v6_11g). The model evaluation for ozone focuses on comparisons of model predicted 8-hour daily maximum concentrations to the corresponding observed data at monitoring sites in the EPA Air Quality System (AQS) and the Clean Air Status and Trends Network (CASTNet). The locations of the ozone monitoring sites in these two networks are shown in Figures A-1a and A-1b.

Included in the evaluation are statistical measures of model performance based upon model-predicted versus observed concentrations that were paired in space and time. Model performance statistics were calculated for several spatial scales and temporal periods. Statistics were calculated for individual monitoring sites, and in aggregate for monitoring sites within each state and within each of nine climate regions of the 12 km U.S. modeling domain. The regions include the Northeast, Ohio Valley, Upper Midwest, Southeast, South, Southwest, Northern Rockies, Northwest and West[1,2], which are defined based upon the states contained within the National Oceanic and Atmospheric Administration (NOAA) climate regions (Figure A-2)[3] as defined in Karl and Koss (1984).

---

[1] The nine climate regions are defined by States where: Northeast includes CT, DE, ME, MA, MD, NH, NJ, NY, PA, RI, and VT; Ohio Valley includes IL, IN, KY, MO, OH, TN, and WV; Upper Midwest includes IA, MI, MN, and WI; Southeast includes AL, FL, GA, NC, SC, and VA; South includes AR, KS, LA, MS, OK, and TX; Southwest includes AZ, CO, NM, and UT; Northern Rockies includes MT, NE, ND, SD, WY; Northwest includes ID, OR, and WA; and West includes CA and NV.

[2] Note most monitoring sites in the West region are located in California (see Figures 2A-2a and 2A-2b), therefore statistics for the West will be mostly representative of California ozone air quality.

[3] NOAA, National Centers for Environmental Information scientists have identified nine climatically consistent regions within the contiguous U.S., http://www.ncdc.noaa.gov/monitoring-references/maps/us-climate-regions.php.

J.A. 0028

For maximum daily average 8-hour (MDA8) ozone, model performance statistics were created for the period May through September.[4] The aggregate statistics by state and by climate region are presented in this appendix. Model performance statistics for MDA8 ozone at individual monitoring sites based on days with observed values $\geq$ 60 ppb can be found in the docket in the file named "2015 O3 NAAQS Preliminary Transport Assessment_2011 Ozone Model Performance Statistics by Site".

In addition to the above performance statistics, we prepared several graphical presentations of model performance for MDA8 ozone. These graphical presentations include: (1) maps that show the mean bias and error as well as normalized mean bias and error calculated for MDA8 $\geq$ 60 ppb for May through September at individual AQS and CASTNet monitoring sites;

(2) bar and whisker plots that show the distribution of the predicted and observed MDA8 ozone concentrations by month (May through September) and by region and by network; and

(3) time series plots (May through September) of observed and predicted MDA8 ozone concentrations for the 2023 nonattainment and maintenance-only sites for which upwind states contribute at or above the 1 percent of the NAAQS screening threshold (see Table A-3).

The Atmospheric Model Evaluation Tool (AMET) was used to calculate the model performance statistics used in this document (Gilliam et al., 2005). For this evaluation we have selected the mean bias, mean error, normalized mean bias, and normalized mean error to characterize model performance, statistics which are consistent with the recommendations in Simon et al. (2012) and the draft photochemical modeling guidance (U.S. EPA, 2014a).

Mean bias (MB) is the average of the difference (predicted – observed) divided by the total number of replicates ($n$). Mean bias is given in units of ppb and is defined as:

MB $= \frac{1}{n}\sum_{1}^{n}(P - O)$ , where P = predicted and O = observed concentrations

---

[4] In calculating the ozone season statistics we limited the data to those observed and predicted pairs with observations that are $\geq$ 60 ppb in order to focus on concentrations at the upper portion of the distribution of values.

Mean error (ME) calculates the absolute value of the difference (predicted - observed) divided by the total number of replicates ($n$). Mean error is given in units of ppb and is defined as:

$$ME = \frac{1}{n} \sum_1^n |P - O|$$

Normalized mean bias (NMB) is the average the difference (predicted - observed) over the sum of observed values. NMB is a useful model performance indicator because it avoids over inflating the observed range of values, especially at low concentrations. Normalized mean bias is given in percentage units and is defined as:

$$NMB = \frac{\sum_1^n (P - O)}{\sum_1^n (O)} * 100$$

Normalized mean error (NME) is the absolute value of the difference (predicted - observed) over the sum of observed values. Normalized mean error is given in percentage units and is defined as:

$$NME = \frac{\sum_1^n |P - O|}{\sum_1^n (O)} * 100$$

As described in more detail below, the model performance statistics indicate that the 8-hour daily maximum ozone concentrations predicted by the 2011 CAMx modeling platform closely reflect the corresponding 8-hour observed ozone concentrations in each region of the 12 km U.S. modeling domain. The acceptability of model performance was judged by considering the 2011 CAMx performance results in light of the range of performance found in recent

regional ozone model applications (NRC, 2002; Phillips et al., 2007; Simon et al., 2012; U.S. EPA, 2005; U.S. EPA, 2009; U.S. EPA, 2010).[5] These other modeling studies represent a wide range of modeling analyses that cover various models, model configurations, domains, years and/or episodes, chemical mechanisms, and aerosol modules. Overall, the ozone model performance results for the 2011 CAMx simulations are within the range found in other recent peer-reviewed and regulatory applications. The model performance results, as described in this document, demonstrate that the predictions from the 2011 modeling platform correspond closely to observed concentrations in terms of the magnitude, temporal fluctuations, and geographic differences for 8-hour daily maximum ozone.

The 8-hour ozone model performance bias and error statistics by network for the period May-September for each region and each state are provided in Tables A-1 and A-2, respectively. The statistics shown were calculated using data pairs on days with observed 8-hour ozone of $\geq$ 60 ppb. The distributions of observed and predicted 8-hour ozone by month in the period May through September for each region are shown in Figures A-3 through A-11. Spatial plots of the mean bias and error as well as the normalized mean bias and error for individual monitors are shown in Figures A-12 through A-15. Time series plots of observed and predicted MDA 8-hour ozone during the period May through September at the projected 2023 nonattainment and

---

[5] National Research Council (NRC), 2002. Estimating the Public Health Benefits of Proposed Air Pollution Regulations, Washington, DC: National Academies Press.

U.S. Environmental Protection Agency; Technical Support Document for the Final Clean Air Interstate Rule: Air Quality Modeling; Office of Air Quality Planning and Standards; RTP, NC; March 2005 (CAIR Docket OAR-2005-0053-2149).

U.S. Environmental Protection Agency, Proposal to Designate an Emissions Control Area for Nitrogen Oxides, Sulfur Oxides, and Particulate Matter: Technical Support Document. EPA-420-R-007, 329pp., 2009. (http://www.epa.gov/otaq/regs/nonroad/marine/ci/420r09007.pdf)

Phillips, S., K. Wang, C. Jang, N. Possiel, M. Strum, T. Fox, 2007. Evaluation of 2002 Multi-pollutant Platform: Air Toxics, Ozone, and Particulate Matter, 7th Annual CMAS Conference, Chapel Hill, NC, October 6-8, 2008. (http://www.cmascenter.org/conference/2008/agenda.cfm).

U.S. Environmental Protection Agency, 2010, Renewable Fuel Standard Program (RFS2) Regulatory Impact Analysis. EPA-420-R-10-006. February 2010. Sections 3.4.2.1.2 and 3.4.3.3. Docket EPA-HQ-OAR-2009-0472-11332. (http://www.epa.gov/oms/renewablefuels/420r10006.pdf)

Simon, H., Baker, K.R., and Phillips, S. (2012) Compilation and interpretation of photochemical model performance statistics published between 2006 and 2012. *Atmospheric Environment* **61**, 124-139.

maintenance-only sites listed in Table A-3 are provided in Figure A-16, (a) through (x). Overall, model performance for MDA8 ozone concentrations for the 2011 CAMx v6.32 simulation is similar to what was found in the model performance evaluation conducted for the 2011 CAMx v6.20 simulation performed for the final CSAPR Update.

As indicated by the statistics in Table A-1, bias and error for 8-hour daily maximum ozone are relatively low in each region. Generally, mean bias for 8-hour ozone $\geq$ 60 ppb during the period May through September is within $\pm$ 5 ppb[6] at AQS and CASTNet sites in four of the eastern climate regions (i.e., Northeast, Ohio Valley, Upper Midwest, and Southeast). The mean error is 10 ppb or less in all regions, except the West. Normalized mean bias is within $\pm$ 5 percent for AQS sites in the Northeast, Ohio Valley, Southeast, with somewhat larger values in the Upper Midwest and South where the normalized mean bias is also relatively low at -5.9 percent and -7.6 percent, respectively. The mean bias and normalized mean bias statistics indicate a tendency for the model to under predict MDA8 ozone concentrations in the western regions for AQS and CASTNet sites. The normalized mean error is less than 15 percent for both networks in all regions, except for the CASTNet sites in the Northern Rockies and West regions. Looking at model performance for individual states (Table A-2) indicates that mean bias is within $\pm$ 5 ppb for a majority of the states and within $\pm$ 10 ppb for all but two states. The mean error is less than 10 ppb for nearly all states. The normalized mean bias is within $\pm$ 10 percent in except for California, Idaho, Nevada, North Dakota, South Dakota, and Wyoming where the normalized mean bias ranges from - 10.3 percent (Nevada) to - 23.7 percent (North Dakota) . The normalized mean error is within 15 percent for all but three states (Idaho, North Dakota, and South Dakota) and the District of Columbia.

The monthly distributions of 8-hour daily maximum model predicted ozone generally corresponds well with that of the observed concentrations, as indicated by the graphics in Figures A-3 through A-11. The distribution of predicted concentrations tends to be close to that of the observed data at the 25th percentile, median and 75th percentile values for each region, although there is a persistent overestimation bias in the Northeast, Ohio Valley, and Southeast regions,

---

[6] Note that "within $\pm$ 5 ppb" includes values that are greater than or equal to -5 ppb and less than or equal to 5 ppb.

and a tendency for under-prediction in some months for the western regions (i.e., Southwest, Northern Rockies, Northwest,[7] and West), particularly at CASTNet sites in the West region.

Figures A-12 through A-15 show the spatial variability in bias and error at monitor locations. Mean bias, as seen from Figure A-12, is within ± 5 ppb at many sites across the East with over-prediction of 5 to 10 ppb or more at some of the sites from the Southeast into the Northeast. Elsewhere in the U.S., mean bias is generally in the range of -5 to -10 ppb. The most notable exception is in portions of California where the mean bias is in the range of -10 to -15 ppb at a number of interior sites. Figure A-13 indicates that the normalized mean bias for days with observed 8-hour daily maximum ozone ≥ 60 ppb is within ± 10 percent at the vast majority of monitoring sites across the modeling domain. There are regional differences in model performance, where the model tends to over-predict at some sites from the Southeast into the Northeast and generally under predict, mainly within the range of - 10 to - 20 percent, at sites in the Southwest, Northern Rockies, and West. Model performance in the Ohio Valley and Upper Midwest states shows that most sites are within ± 10 percent with only a relatively few sites outside of this range.

Model error, as seen from Figure A-14, is generally 10 ppb or less at most of the sites across the modeling domain. Figure A-15 indicates that the normalized mean error for days with observed 8-hour daily maximum ozone ≥ 60 ppb is within 15 percent at the vast majority of monitoring sites across the modeling domain. Somewhat greater error (i.e., 15 to 20 percent) is evident at sites in several areas of the domain, most notably within portions of interior California.

In addition to the above analysis of overall model performance, we also examine how well the modeling platform replicates day to day fluctuations in observed 8-hour daily maximum concentrations using data for the sites identified in Table A-3. For this site-specific analysis we present the time series of observed and predicted 8-hour daily maximum concentrations by site over the period May through September. The results, as shown in Figures A-16 (a) through (x), indicate that the modeling platform generally replicates the day-to-day variability in ozone

---

[7] Note that the over-prediction at CASTNet sites in the Northwest seen in Figure A-10 may not be representative of performance in rural areas of this region because there are so few observed and predicted data values in this region.

J.A. 0033

during this time period at these sites. That is, days with high modeled concentrations are generally also days with high measured concentrations and, conversely, days with low modeled concentrations are also days with low measured concentrations in most cases.[8] For example, model predictions at several sites not only accurately capture the day-to-day variability in the observations, but also appear to have relatively low bias on individual days: Queens County, NY; Richmond County, NY; and Suffolk County, NY. The sites in Fairfield County, CT, New Haven County, CT, Harford County, MD, and Allegan County, MI each track closely with the observations, but there is a tendency to over predict on several of the observed high ozone days. Other sites generally track well and capture day-to-day variability but underestimate ozone on some of the days with measured high ozone concentrations: Imperial County, CA; Douglas County, CO; Jefferson County, CO; Wayne County, MI; Brazoria County, TX; Denton County, TX; Harris County, TX; Tarrant County, TX; and Sheboygan County, WI. Note that at the site in Brazoria County, TX and at the Harris County, TX sites, the model tends to over predict ozone on days with low observed concentrations.  In particular, there is an extended period from mid-July to mid-August with very low observed ozone concentrations, mainly in the range of 30 to 40 ppb. The model also predicts generally low ozone concentrations at these sites during this period, but the modeled values were in the range of 40 to 60 ppb which is not quite as low as the observed values. Looking across all 24 sites indicates that the modeling platform is able to capture both the site-to-site differences in the short-term (i.e., day-to-day) variability and the general magnitude of the observed ozone concentrations.

---

[8] At site 060250005 in Imperial County, CA, the model predicted MDA8 concentrations were generally within the range of the corresponding observed values from May through early July. The monitor may have been offline during much of July since there are no measured data in AQS during this time period. When data became available again in late July, the measurements were notably lower than the predictions and also lower than the observations during May and June.  The reasons for the difference in observed concentrations and model performance before versus after the break in the data record are not clear.



CIRCLE=AQS_Daily;

Figure A-1a. AQS ozone monitoring sites.



TRIANGLE=CASTNET;

Figure A-1b. CASTNet ozone monitoring sites.

Figure A-2. NOAA climate regions (source: http://www.ncdc.noaa.gov/monitoring-references/maps/us-climate-regions.php#references)

Table A-1. Performance statistics for MDA8 ozone ≥ 60 ppb for May through September by climate region, for AQS and CASTNet networks.

| Network | Climate Region | No. of Obs | MB (ppb) | ME (ppb) | NMB (%) | NME (%) |
|---|---|---|---|---|---|---|
| AQS | Northeast | 4085 | 1.2 | 7.3 | 1.8 | 10.7 |
| | Ohio Valley | 6325 | -0.6 | 7.5 | -0.9 | 11.1 |
| | Upper Midwest | 1162 | -4.0 | 7.6 | -5.9 | 11.1 |
| | Southeast | 4840 | 2.3 | 6.8 | 3.4 | 10.2 |
| | South | 5694 | -5.3 | 8.4 | -7.6 | 12.2 |
| | Southwest | 6033 | -6.2 | 8.5 | -9.4 | 12.9 |
| | Northern Rockies | 380 | -7.2 | 8.4 | -11.4 | 13.4 |
| | Northwest | 79 | -5.6 | 9 | -8.7 | 14.0 |
| | West | 8655 | -8.6 | 10.3 | -12.2 | 14.5 |
| | | | | | | |
| CASTNet | Northeast | 264 | 1.2 | 5.9 | 1.9 | 8.8 |
| | Ohio Valley | 433 | -3.0 | 6.5 | -4.5 | 9.7 |
| | Upper Midwest | 38 | -4.6 | 6.0 | -6.8 | 9.0 |
| | Southeast | 201 | 0.1 | 5.2 | 0.2 | 8.1 |
| | South | 215 | -8.2 | 8.8 | -12.3 | 13.2 |
| | Southwest | 382 | -8.8 | 9.6 | -13.4 | 14.6 |
| | Northern Rockies | 110 | -9.7 | 10.0 | -15.3 | 15.7 |
| | Northwest | - | - | - | - | - |
| | West | 425 | -13.6 | 13.9 | -18.7 | 19.1 |

A-10

Table A-2. Performance statistics for MDA8 ozone $\geq$ 60 ppb for May through September by state based on data at AQS network sites.

| State | No. of Obs | MB (ppb) | ME (ppb) | NMB (%) | NME (%) |
|---|---|---|---|---|---|
| AL | 739 | 2.9 | 6.9 | 4.4 | 10.4 |
| AZ | 2334 | -5.8 | 9.1 | -8.8 | 13.7 |
| AR | 252 | -4.2 | 8.7 | -6.1 | 12.9 |
| CA | 7533 | -8.9 | 10.6 | -12.4 | 14.8 |
| CO | 2067 | -6.6 | 8.4 | -9.9 | 12.6 |
| CT | 245 | 1.5 | 9.7 | 2.1 | 13.6 |
| DE | 232 | 1.3 | 6.5 | 1.9 | 9.5 |
| DC | 87 | 1.8 | 11.4 | 2.6 | 16.4 |
| FL | 581 | 1.2 | 7.4 | 1.8 | 11.1 |
| GA | 829 | 3.0 | 7.5 | 4.4 | 11.2 |
| ID | 51 | -10.0 | 10.3 | -15.7 | 16.3 |
| IL | 782 | -3.3 | 8.6 | -4.8 | 12.8 |
| IN | 1142 | -0.5 | 6.8 | -0.8 | 10.1 |
| IA | 126 | -3.4 | 6.7 | -5.3 | 10.4 |
| KS | 352 | -5.1 | 7.8 | -7.6 | 11.7 |
| KY | 845 | 0.4 | 7.5 | 0.6 | 11.3 |
| LA | 711 | 0.2 | 7.4 | 0.3 | 10.8 |
| ME | 101 | -4.1 | 7.2 | -6.2 | 10.9 |
| MD | 766 | 2.5 | 7.9 | 3.6 | 11.2 |
| MA | 197 | 1.5 | 7.3 | 2.2 | 10.8 |
| MI | 638 | -4.0 | 7.9 | -5.9 | 11.4 |
| MN | 35 | 0.5 | 6.9 | 0.7 | 10.4 |
| MS | 260 | 0.6 | 8.1 | 0.9 | 12.3 |
| MO | 719 | -1.9 | 7.8 | -2.7 | 11.4 |
| MT* | - | - | - | - | - |
| NE | 41 | -2.6 | 5.5 | -4.1 | 8.7 |
| NV | 1122 | -6.8 | 8.1 | -10.3 | 12.2 |
| NH | 98 | -6.0 | 8.7 | -9.1 | 13.3 |
| NJ | 439 | 1.4 | 7.2 | 2.0 | 10.3 |
| NM | 961 | -5.9 | 7.9 | -9.1 | 12.1 |
| NY | 504 | -0.7 | 7.2 | -1.1 | 10.5 |
| NC | 1496 | 2.4 | 6.2 | 3.5 | 9.3 |
| ND | 10 | -14.8 | 14.8 | -23.7 | 23.7 |
| OH | 1624 | -0.4 | 7.7 | -0.6 | 11.3 |
| OK | 1475 | -6.7 | 8.4 | -9.7 | 12.3 |
| OR | 21 | 2.6 | 6.3 | 4.0 | 9.7 |
| PA | 1336 | 2.1 | 6.5 | 3.1 | 9.6 |
| RI | 75 | -0.6 | 7.8 | -0.8 | 11.5 |

| State | No. of Obs | MB (ppb) | ME (ppb) | NMB (%) | NME (%) |
|-------|-----------|----------|----------|---------|---------|
| SC | 545 | 1.7 | 6.1 | 2.6 | 9.3 |
| SD | 21 | -11.9 | 12.1 | -18.9 | 19.2 |
| TN | 993 | 0.5 | 7.2 | 0.8 | 10.8 |
| TX | 2644 | -6.6 | 8.8 | -9.5 | 12.6 |
| UT | 671 | -6.4 | 7.7 | -9.9 | 11.9 |
| VT | 5 | -6.4 | 8.5 | -9.6 | 12.6 |
| VA | 650 | 2.0 | 7.4 | 2.9 | 11.1 |
| WA | 7 | 2.2 | 7.0 | 3.4 | 10.9 |
| WV | 220 | 2.2 | 6.1 | 3.3 | 9.3 |
| WI | 363 | -4.7 | 7.5 | -6.8 | 10.9 |
| WY | 308 | -7.3 | 8.4 | -11.5 | 13.3 |

*No statistics were calculated for Montana because there were no days with observed MDA8 ozone $\geq$ 60 ppb in the ambient data set used for these calculations.



Figure A-3. Distribution of observed and predicted MDA8 ozone by month for the period May through September for the Northeast region, AQS Network (left) and CASTNet (right). [symbol = median; top/bottom of box = 75th/25th percentiles; top/bottom line = max/min values]

A-12



Figure A-4. Distribution of observed and predicted MDA8 ozone by month for the period May through September for the Ohio Valley region, AQS Network (left) and CASTNet (right).



Figure A-5. Distribution of observed and predicted MDA8 ozone by month for the period May through September for the Upper Midwest region, AQS Network (left) and CASTNet (right).

J.A. 0039



Figure A-6. Distribution of observed and predicted MDA8 ozone by month for the period May through September for the Southeast region, AQS Network (left) and CASTNet (right).



Figure A-7. Distribution of observed and predicted MDA8 ozone by month for the period May through September for the South region, AQS Network (left) and CASTNet (right).

A-14



Figure A-8. Distribution of observed and predicted MDA8 ozone by month for the period May through September for the Southwest region, AQS Network (left) and CASTNet (right).



Figure A-9. Distribution of observed and predicted MDA8 ozone by month for the period May through September for the Northern Rockies region, AQS Network (left) and CASTNet (right).

A-15



Figure A-10. Distribution of observed and predicted MDA8 ozone by month for the period May through September for the Northwest region, AQS Network (left) and CASTNet (right).



Figure A-11. Distribution of observed and predicted MDA8 ozone by month for the period May through September for the West region, AQS Network (left) and CASTNet (right).

A-16



Figure A-12. Mean Bias (ppb) of MDA8 ozone ≥ 60 ppb over the period May-September 2011 at AQS and CASTNet monitoring sites.



Figure A-13. Normalized Mean Bias (%) of MDA8 ozone ≥ 60 ppb over the period May-September 2011 at AQS and CASTNet monitoring sites.

J.A. 0043



Figure A-14. Mean Error (ppb) of MDA8 ozone $\geq$ 60 ppb over the period May-September 2011 at AQS and CASTNet monitoring sites.



Figure A-15. Normalized Mean Error (%) of MDA8 ozone $\geq$ 60 ppb over the period May-September 2011 at AQS and CASTNet monitoring sites.

J.A. 0044

Table A-3. Monitoring sites included in the ozone time series analysis.[9]

| Site | County | State |
|---|---|---|
| 90013007 | Fairfield | CT |
| 90019003 | Fairfield | CT |
| 90099002 | New Haven | CT |
| 360810124 | Queens | NY |
| 360850067 | Richmond | NY |
| 361030002 | Suffolk | NY |
| 240251001 | Harford | MD |
| 261630019 | Wayne | MI |
| 260050003 | Allegan | MI |
| 551170006 | Sheboygan | WI |

| Site | County | State |
|---|---|---|
| 480391004 | Brazoria | TX |
| 481210034 | Denton | TX |
| 482010024 | Harris | TX |
| 482010026 | Harris | TX |
| 482011034 | Harris | TX |
| 482011039 | Harris | TX |
| 482011050 | Harris | TX |
| 484392003 | Tarrant | TX |
| 484393009 | Tarrant | TX |
| 60250005 | Imperial | CA |
| 60251003 | Imperial | CA |
| 80350004 | Douglas | CO |
| 80590006 | Jefferson | CO |
| 80590011 | Jefferson | CO |

---

[9] Note that the monitoring site identification number for site 90099002 in Fairfield County, CT was previously 90093002. The latter site identification number for this site is used in Figure A-16c and in the model performance statistics file "2015 O3 NAAQS Preliminary Transport Assessment_2011 Ozone Model Performance Statistics by Site", which can be found in the docket for this notice.



Figure A-16a.    Time series of observed (black) and predicted (red) MDA8 ozone for May
through September 2011 at site 090013007 in Fairfield Co., Connecticut.



Figure A-16b.    Time series of observed (black) and predicted (red) MDA8 ozone for May
through September 2011 at site 090019003 in Fairfield Co., Connecticut.



Figure A-16c.    Time series of observed (black) and predicted (red) MDA8 ozone for May through September 2011 at site 090099002 in New Haven Co., Connecticut.



Figure A-16d.    Time series of observed (black) and predicted (red) MDA8 ozone for May through September 2011 at site 36810124 in Queens Co., New York.

J.A. 0047



Figure A-16e.    Time series of observed (black) and predicted (red) MDA8 ozone for May
through September 2011 at site 360850067 in Richmond Co., New York.



Figure A-16f.    Time series of observed (black) and predicted (red) MDA8 ozone for May
through September 2011 at site 361030002 in Suffolk Co., New York.



Figure A-16g.    Time series of observed (black) and predicted (red) MDA8 ozone for May through September 2011 at site 240251001 in Harford Co., Maryland.



Figure A-16h.   Time series of observed (black) and predicted (red) MDA8 ozone for May through September 2011 at site 261630019 in Wayne Co., Michigan.

J.A. 0049



Figure A-16i.    Time series of observed (black) and predicted (red) MDA8 ozone for May through September 2011 at site 26005003 in Allegan Co., Michigan.



Figure A-16j.    Time series of observed (black) and predicted (red) MDA8 ozone for May through September 2011 at site 551170006 in Sheboygan Co., Wisconsin.



Figure A-16k.    Time series of observed (black) and predicted (red) MDA8 ozone for May through September 2011 at site 480391004 in Brazoria Co., Texas.



Figure A-16l.    Time series of observed (black) and predicted (red) MDA8 ozone for May through September 2011 at site 482010024 in Harris Co., Texas.

J.A. 0051



Figure A-16m.   Time series of observed (black) and predicted (red) MDA8 ozone for May
through September 2011 at site 482010026 in Harris Co., Texas.



Figure A-16n.   Time series of observed (black) and predicted (red) MDA8 ozone for May
through September 2011 at site 482011034 in Harris Co., Texas.

J.A. 0052



Figure A-16o.    Time series of observed (black) and predicted (red) MDA8 ozone for May through September 2011 at site 482011039 in Harris Co., Texas.



Figure A-16p.    Time series of observed (black) and predicted (red) MDA8 ozone for May through September 2011 at site 482011050 in Harris Co., Texas.

A-27



Figure A-16q.    Time series of observed (black) and predicted (red) MDA8 ozone for May through September 2011 at site 481210034 in Denton Co., Texas.



Figure A-16r.    Time series of observed (black) and predicted (red) MDA8 ozone for May through September 2011 at site 484392003 in Tarrant Co., Texas.

J.A. 0054



Figure A-16s.    Time series of observed (black) and predicted (red) MDA8 ozone for May through September 2011 at site 484393009 in Tarrant Co., Texas.



Figure A-16t.    Time series of observed (black) and predicted (red) MDA8 ozone for May through September 2011 at site 060250005 in Imperial Co., California.

J.A. 0055



Figure A-16u.   Time series of observed (black) and predicted (red) MDA8 ozone for May through September 2011 at site 060251003 in Imperial Co., California.



Figure A-16v.   Time series of observed (black) and predicted (red) MDA8 ozone for May through September 2011 at site 080350004 in Douglas Co., Colorado.

J.A. 0056



Figure A-16w.   Time series of observed (black) and predicted (red) MDA8 ozone for May through September 2011 at site 080590006 in Jefferson Co., Colorado.



Figure A-16x.   Time series of observed (black) and predicted (red) MDA8 ozone for May through September 2011 at site 080590011 in Jefferson Co., Colorado.

J.A. 0057

This page intentionally left blank

Appendix B

Contributions to 2023 8-Hour Ozone Design Values at
Projected 2023 Nonattainment and Maintenance-Only Sites

J.A. 0059

This appendix contains tables with the projected ozone contributions from 2023 anthropogenic NOx and VOC emissions in each state to the projected 2023 nonattainment receptor and maintenance-only receptors. In addition to the state contributions, we have included the contributions from each of the other categories tracked in the contribution modeling including point source emissions on Tribal lands, anthropogenic emissions in Canada and Mexico, emissions from Offshore sources, Fires, Biogenics, as well as contributions from Initial and Boundary concentrations.

For each monitoring site we provide the site ID, state name, and county name in the first three columns of the table. This information is followed by columns containing the projected 2023 average and maximum design values. Next we provide the contributions from each state and the District of Columbia, individually. Lastly, we provide the contributions from the Tribal, Canada and Mexico, Offshore, Fires, Initial and Boundary concentrations, and Biogenics categories. The units of the 2023 design values and contributions are "ppb". Note that the contributions presented in these tables may not sum exactly to the 2023 average design value due to truncation of the contributions to two places to the right of the decimal.

## Contributions to 2023 Nonattainment and Maintenance-Only Sites in the East (Part 1)

| Monitor ID | State | County | 2023 Average DV | 2023 Maximum DV | AL | AZ | AR | CA | CO | CT | DE | DC | FL | GA | ID | IL | IN | IA | KS | KY | LA | ME | MD | MA | MI | MN | MS | MO | MT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90013007 | Connecticut | Fairfield | 69.4 | 73.2 | 0.14 | 0.03 | 0.18 | 0.05 | 0.07 | 4.78 | 0.36 | 0.08 | 0.03 | 0.18 | 0.01 | 0.79 | 1.08 | 0.15 | 0.14 | 1.04 | 0.07 | 0.00 | 2.20 | 0.04 | 0.61 | 0.15 | 0.07 | 0.44 | 0.02 |
| 90019003 | Connecticut | Fairfield | 70.5 | 73.3 | 0.13 | 0.03 | 0.15 | 0.05 | 0.06 | 3.69 | 0.38 | 0.08 | 0.03 | 0.10 | 0.00 | 0.68 | 0.93 | 0.12 | 0.12 | 0.89 | 0.06 | 0.00 | 2.12 | 0.05 | 0.51 | 0.13 | 0.06 | 0.37 | 0.02 |
| 90099002 | Connecticut | New Haven | 69.8 | 72.5 | 0.09 | 0.05 | 0.10 | 0.05 | 0.10 | 6.44 | 0.36 | 0.70 | 0.04 | 0.10 | 0.00 | 0.65 | 0.80 | 0.11 | 0.15 | 0.65 | 0.09 | 0.00 | 1.57 | 0.11 | 0.54 | 0.10 | 0.04 | 0.35 | 0.02 |
| 240251001 | Maryland | Harford | 71.3 | 73.7 | 0.37 | 0.09 | 0.22 | 0.08 | 0.13 | 0.00 | 0.00 | 0.00 | 0.15 | 0.38 | 0.02 | 1.00 | 1.69 | 0.23 | 0.30 | 2.15 | 0.24 | 0.00 | 23.35 | 0.00 | 0.50 | 0.11 | 0.24 | 0.71 | 0.09 |
| 260050003 | Michigan | Allegan | 68.8 | 71.5 | 0.41 | 0.07 | 2.20 | 0.06 | 0.11 | 0.00 | 0.00 | 0.00 | 0.15 | 0.23 | 0.00 | 21.69 | 6.45 | 0.60 | 0.64 | 0.39 | 0.79 | 0.00 | 0.01 | 0.00 | 2.77 | 0.04 | 0.44 | 2.98 | 0.08 |
| 261630019 | Michigan | Wayne | 69.6 | 71.7 | 0.11 | 0.03 | 0.24 | 0.13 | 0.13 | 0.00 | 0.00 | 0.00 | 0.10 | 0.10 | 0.05 | 1.61 | 2.31 | 0.23 | 0.34 | 1.07 | 0.20 | 0.04 | 0.00 | 0.00 | 21.58 | 0.34 | 0.10 | 0.46 | 0.03 |
| 360810124 | New York | Queens | 69.9 | 71.7 | 0.05 | 0.06 | 0.12 | 0.08 | 0.12 | 0.36 | 0.36 | 0.05 | 0.12 | 0.09 | 0.04 | 1.00 | 0.88 | 0.32 | 0.26 | 0.38 | 0.13 | 0.00 | 1.56 | 0.00 | 1.76 | 0.22 | 0.04 | 0.48 | 0.03 |
| 360850067 | New York | Richmond | 71.2 | 72.7 | 0.32 | 0.09 | 0.14 | 0.13 | 0.13 | 0.43 | 0.55 | 0.04 | 0.36 | 0.36 | 0.02 | 0.98 | 1.22 | 0.20 | 0.20 | 1.31 | 0.17 | 0.00 | 1.73 | 0.00 | 0.85 | 0.11 | 0.04 | 0.47 | 0.03 |
| 361030002 | New York | Suffolk | 71.3 | 72.7 | 0.16 | 0.07 | 0.09 | 0.09 | 0.12 | 0.00 | 0.22 | 0.04 | 0.14 | 0.15 | 0.03 | 0.72 | 0.85 | 0.21 | 0.25 | 0.68 | 0.15 | 0.01 | 1.15 | 0.02 | 1.06 | 0.18 | 0.07 | 0.45 | 0.04 |
| 480391004 | Texas | Brazoria | 74.4 | 75.3 | 0.36 | 0.06 | 1.16 | 0.19 | 0.21 | 0.00 | 0.00 | 0.00 | 0.14 | 0.19 | 0.07 | 1.27 | 0.32 | 0.43 | 0.47 | 2.87 | 2.56 | 0.00 | 0.01 | 0.00 | 0.21 | 0.08 | 0.33 | 0.36 | 0.09 |
| 481210034 | Texas | Denton | 70.8 | 73.0 | 0.48 | 0.07 | 0.94 | 0.15 | 0.25 | 0.00 | 0.00 | 0.00 | 0.22 | 0.31 | 0.06 | 0.32 | 0.31 | 0.11 | 0.13 | 0.20 | 2.24 | 0.00 | 0.00 | 0.00 | 0.14 | 0.43 | 0.26 | 0.48 | 0.05 |
| 482010024 | Texas | Harris | 71.1 | 73.5 | 0.19 | 0.02 | 0.31 | 0.11 | 0.11 | 0.00 | 0.00 | 0.00 | 0.49 | 0.14 | 0.04 | 1.00 | 0.05 | 0.16 | 0.15 | 0.06 | 2.04 | 0.00 | 0.00 | 0.00 | 0.02 | 0.56 | 0.37 | 1.31 | 0.09 |
| 482010026 | Texas | Harris | 68.6 | 71.0 | 0.02 | 0.02 | 1.43 | 0.08 | 0.20 | 0.00 | 0.00 | 0.00 | 0.01 | 0.05 | 0.01 | 1.11 | 0.16 | 0.42 | 0.50 | 0.03 | 3.29 | 0.00 | 0.00 | 0.00 | 0.05 | 0.33 | 0.37 | 0.69 | 0.09 |
| 482011034 | Texas | Harris | 71.6 | 72.5 | 0.09 | 0.02 | 0.64 | 0.13 | 0.13 | 0.00 | 0.00 | 0.00 | 0.35 | 0.11 | 0.05 | 0.66 | 0.10 | 0.41 | 0.49 | 0.05 | 2.06 | 0.00 | 0.00 | 0.00 | 0.18 | 0.40 | 0.23 | 0.89 | 0.08 |
| 482011039 | Texas | Harris | 73.0 | 74.8 | 0.27 | 0.03 | 0.35 | 0.09 | 0.10 | 0.00 | 0.00 | 0.00 | 0.13 | 0.14 | 0.04 | 1.04 | 0.24 | 0.38 | 0.41 | 0.24 | 3.37 | 0.00 | 0.01 | 0.00 | 0.44 | 0.30 | 0.65 | 1.29 | 0.08 |
| 482011050 | Texas | Harris | 69.5 | 71.0 | 0.26 | 0.02 | 0.96 | 0.12 | 0.12 | 0.00 | 0.00 | 0.00 | 0.16 | 0.14 | 0.01 | 0.96 | 0.18 | 0.23 | 0.21 | 0.07 | 2.72 | 0.00 | 0.00 | 0.00 | 0.45 | 0.28 | 0.52 | 0.77 | 0.09 |
| 484392003 | Texas | Tarrant | 73.9 | 76.2 | 0.10 | 0.09 | 1.16 | 0.13 | 0.13 | 0.00 | 0.00 | 0.00 | 0.06 | 0.14 | 0.07 | 0.05 | 0.25 | 0.28 | 0.28 | 0.11 | 1.74 | 0.00 | 0.02 | 0.00 | 0.15 | 0.24 | 0.24 | 0.48 | 0.09 |
| 484393009 | Texas | Tarrant | 72.0 | 72.0 | 0.32 | 0.08 | 0.83 | 0.15 | 0.24 | 0.00 | 0.00 | 0.00 | 0.49 | 0.21 | 0.06 | 0.43 | 0.25 | 0.07 | 0.30 | 0.13 | 2.12 | 0.00 | 0.02 | 0.00 | 0.05 | 0.06 | 0.17 | 0.31 | 0.06 |
| 551170006 | Wisconsin | Sheboygan | 71.0 | 73.3 | 0.22 | 0.07 | 0.39 | 0.13 | 0.10 | 0.00 | 0.00 | 0.00 | 0.11 | 0.11 | 0.04 | 14.92 | 7.14 | 0.43 | 0.70 | 0.71 | 1.03 | 0.00 | 0.00 | 0.00 | 1.77 | 0.30 | 0.45 | 1.20 | 0.12 |

## Contributions to 2023 Nonattainment and Maintenance-Only Sites in the East (Part 2)

| Monitor ID | State | County | 2023 Average DV | 2023 Maximum DV | NE | NV | NH | NJ | NM | NY | NC | ND | OH | OK | OR | PA | RI | SC | SD | TN | TX | UT | VT | VA | WA | WV | WI | WY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90013007 | Connecticut | Fairfield | 69.4 | 73.2 | 0.06 | 0.00 | 0.00 | 7.12 | 0.05 | 14.43 | 0.43 | 0.06 | 1.28 | 0.19 | 0.05 | 5.69 | 0.01 | 0.15 | 0.02 | 0.35 | 0.38 | 0.02 | 0.00 | 2.03 | 0.01 | 0.92 | 0.23 | 0.04 |
| 90019003 | Connecticut | Fairfield | 70.5 | 73.3 | 0.05 | 0.00 | 0.01 | 8.61 | 0.05 | 15.36 | 0.36 | 0.06 | 1.31 | 0.16 | 0.04 | 5.92 | 0.01 | 0.12 | 0.02 | 0.32 | 0.52 | 0.05 | 0.00 | 1.89 | 0.01 | 0.86 | 0.19 | 0.04 |
| 90099002 | Connecticut | New Haven | 69.8 | 72.5 | 0.07 | 0.01 | 0.02 | 5.75 | 0.05 | 14.60 | 0.40 | 0.04 | 1.64 | 0.27 | 0.07 | 6.39 | 0.02 | 0.07 | 0.04 | 0.22 | 0.52 | 0.06 | 0.01 | 1.19 | 0.01 | 0.90 | 0.17 | 0.10 |
| 240251001 | Maryland | Harford | 71.3 | 73.7 | 0.13 | 0.01 | 0.00 | 0.09 | 0.11 | 0.19 | 0.43 | 0.01 | 2.38 | 0.45 | 0.02 | 2.70 | 0.00 | 0.06 | 0.04 | 0.69 | 2.49 | 0.04 | 0.00 | 5.04 | 0.03 | 2.59 | 0.15 | 0.13 |
| 260050003 | Michigan | Allegan | 68.8 | 71.5 | 0.06 | 0.01 | 0.00 | 0.02 | 0.12 | 0.00 | 0.06 | 0.01 | 0.08 | 1.30 | 0.02 | 0.00 | 0.00 | 0.00 | 0.04 | 0.69 | 0.69 | 0.04 | 0.00 | 0.03 | 0.11 | 0.33 | 1.94 | 0.22 |
| 261630019 | Michigan | Wayne | 69.6 | 71.7 | 0.13 | 0.03 | 0.00 | 0.04 | 0.04 | 0.07 | 0.31 | 0.11 | 3.82 | 0.34 | 0.28 | 0.21 | 0.00 | 0.03 | 0.04 | 0.40 | 0.88 | 0.08 | 0.00 | 0.33 | 0.33 | 0.95 | 0.17 | 0.12 |
| 360810124 | New York | Queens | 69.9 | 71.7 | 0.14 | 0.02 | 0.01 | 8.65 | 0.02 | 13.50 | 0.28 | 0.13 | 2.09 | 0.42 | 0.03 | 6.17 | 0.00 | 0.09 | 0.02 | 0.06 | 0.67 | 0.08 | 0.07 | 1.60 | 0.05 | 0.65 | 0.50 | 0.13 |
| 360850067 | New York | Richmond | 71.2 | 72.7 | 0.09 | 0.02 | 0.00 | 11.73 | 0.04 | 7.83 | 0.28 | 0.04 | 2.25 | 0.35 | 0.03 | 9.11 | 0.00 | 0.06 | 0.02 | 0.48 | 0.77 | 0.08 | 0.08 | 1.21 | 0.05 | 1.33 | 0.95 | 0.12 |
| 361030002 | New York | Suffolk | 71.3 | 72.7 | 0.13 | 0.02 | 0.01 | 9.17 | 0.07 | 16.80 | 0.28 | 0.15 | 1.69 | 0.42 | 0.04 | 6.07 | 0.00 | 0.07 | 0.05 | 0.28 | 0.71 | 0.09 | 0.07 | 1.14 | 0.04 | 0.86 | 0.25 | 0.10 |
| 480391004 | Texas | Brazoria | 74.4 | 75.3 | 0.33 | 0.06 | 0.00 | 0.00 | 0.07 | 0.01 | 0.15 | 0.05 | 0.13 | 0.74 | 0.04 | 0.03 | 0.00 | 0.08 | 0.06 | 0.32 | 30.09 | 0.13 | 0.00 | 0.04 | 0.05 | 0.04 | 0.47 | 0.21 |
| 481210034 | Texas | Denton | 70.8 | 73.0 | 0.14 | 0.05 | 0.00 | 0.00 | 0.09 | 0.00 | 0.07 | 0.05 | 0.13 | 1.19 | 0.03 | 0.09 | 0.00 | 0.08 | 0.03 | 0.20 | 26.34 | 0.17 | 0.00 | 0.04 | 0.04 | 0.11 | 0.47 | 0.24 |
| 482010024 | Texas | Harris | 71.1 | 73.5 | 0.08 | 0.03 | 0.00 | 0.00 | 0.04 | 0.01 | 0.15 | 0.03 | 0.05 | 0.11 | 0.03 | 0.02 | 0.00 | 0.16 | 0.02 | 0.12 | 25.81 | 0.08 | 0.00 | 0.07 | 0.03 | 0.05 | 0.02 | 0.14 |
| 482010026 | Texas | Harris | 68.6 | 71.0 | 0.25 | 0.03 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.03 | 0.05 | 1.02 | 0.03 | 0.00 | 0.00 | 0.00 | 0.05 | 0.13 | 25.43 | 0.08 | 0.00 | 0.00 | 0.03 | 0.05 | 0.39 | 0.22 |
| 482011034 | Texas | Harris | 71.6 | 72.5 | 0.23 | 0.00 | 0.00 | 0.00 | 0.02 | 0.01 | 0.05 | 0.03 | 0.05 | 0.89 | 0.03 | 0.02 | 0.00 | 0.14 | 0.03 | 0.11 | 26.65 | 0.07 | 0.00 | 0.06 | 0.03 | 0.04 | 0.29 | 0.18 |
| 482011039 | Texas | Harris | 73.0 | 74.8 | 0.23 | 0.03 | 0.01 | 0.00 | 0.06 | 0.03 | 0.05 | 0.03 | 0.05 | 0.79 | 0.02 | 0.02 | 0.00 | 0.09 | 0.04 | 0.31 | 27.68 | 0.07 | 0.00 | 0.03 | 0.03 | 0.04 | 0.40 | 0.16 |
| 482011050 | Texas | Harris | 69.5 | 71.0 | 0.14 | 0.04 | 0.00 | 0.00 | 0.02 | 0.02 | 0.04 | 0.04 | 0.08 | 0.56 | 0.02 | 0.02 | 0.00 | 0.03 | 0.04 | 0.27 | 31.38 | 0.13 | 0.00 | 0.02 | 0.01 | 0.01 | 0.40 | 0.07 |
| 484392003 | Texas | Tarrant | 73.9 | 76.2 | 0.37 | 0.04 | 0.00 | 0.00 | 0.18 | 0.02 | 0.04 | 0.03 | 0.07 | 2.39 | 0.04 | 0.09 | 0.00 | 0.08 | 0.08 | 0.09 | 29.43 | 0.17 | 0.00 | 0.05 | 0.01 | 0.04 | 0.08 | 0.31 |
| 484393009 | Texas | Tarrant | 72.0 | 72.0 | 0.11 | 0.02 | 0.00 | 0.00 | 0.10 | 0.01 | 0.12 | 0.01 | 0.07 | 0.83 | 0.03 | 0.06 | 0.00 | 0.10 | 0.02 | 0.12 | 32.61 | 0.17 | 0.00 | 0.07 | 0.02 | 0.05 | 0.08 | 0.21 |
| 551170006 | Wisconsin | Sheboygan | 71.0 | 73.3 | 0.04 | 0.02 | 0.00 | 0.00 | 0.13 | 0.02 | 0.05 | 0.08 | 0.72 | 1.26 | 0.06 | 0.22 | 0.00 | 0.04 | 0.02 | 0.46 | 1.92 | 0.07 | 0.00 | 0.09 | 0.05 | 0.05 | 9.47 | 0.12 |

B-3

J.A. 0061

Contributions to 2023 Nonattainment and Maintenance-Only Sites in the East (Part 3)

| Monitor ID | State | County | 2023 Average DV | 2023 Maximum DV | Tribal | Canada & Mexico | Offshore | Fires | Initial & Boundary | Biogenics |
|---|---|---|---|---|---|---|---|---|---|---|
| 90013007 | Connecticut | Fairfield | 69.4 | 73.2 | 0.00 | 1.50 | 1.45 | 0.34 | 15.41 | 4.26 |
| 90019003 | Connecticut | Fairfield | 70.5 | 73.3 | 0.00 | 1.58 | 1.19 | 0.30 | 17.03 | 3.94 |
| 90099002 | Connecticut | New Haven | 69.8 | 72.5 | 0.01 | 1.40 | 2.32 | 0.27 | 16.21 | 4.22 |
| 240251001 | Maryland | Harford | 71.3 | 73.7 | 0.02 | 0.77 | 0.37 | 0.48 | 15.14 | 5.51 |
| 260050003 | Michigan | Allegan | 68.8 | 71.5 | 0.01 | 0.43 | 0.38 | 0.94 | 11.18 | 8.59 |
| 261630019 | Michigan | Wayne | 69.6 | 71.7 | 0.01 | 3.84 | 0.12 | 0.42 | 22.01 | 5.37 |
| 360810124 | New York | Queens | 69.9 | 71.7 | 0.02 | 1.90 | 0.96 | 0.23 | 17.53 | 5.12 |
| 360850067 | New York | Richmond | 71.2 | 72.7 | 0.02 | 1.82 | 1.00 | 0.35 | 16.83 | 4.96 |
| 361030002 | New York | Suffolk | 71.3 | 72.7 | 0.02 | 1.78 | 1.24 | 0.33 | 17.17 | 4.70 |
| 480391004 | Texas | Brazoria | 74.4 | 75.3 | 0.02 | 0.54 | 0.78 | 2.39 | 21.08 | 6.23 |
| 481210034 | Texas | Denton | 70.8 | 73.0 | 0.02 | 0.50 | 1.07 | 1.13 | 25.35 | 5.94 |
| 482010024 | Texas | Harris | 71.1 | 73.5 | 0.01 | 0.19 | 4.13 | 0.70 | 31.41 | 2.37 |
| 482010026 | Texas | Harris | 68.6 | 71.0 | 0.01 | 0.29 | 1.59 | 2.75 | 21.62 | 4.55 |
| 482011034 | Texas | Harris | 71.6 | 72.5 | 0.01 | 0.20 | 3.53 | 1.73 | 26.03 | 3.78 |
| 482011039 | Texas | Harris | 73.0 | 74.8 | 0.00 | 0.41 | 2.13 | 3.08 | 22.63 | 4.91 |
| 482011050 | Texas | Harris | 69.5 | 71.0 | 0.00 | 0.43 | 3.13 | 1.99 | 18.05 | 4.47 |
| 484392003 | Texas | Tarrant | 73.9 | 76.2 | 0.02 | 2.05 | 0.70 | 1.73 | 22.11 | 6.59 |
| 484393009 | Texas | Tarrant | 72.0 | 72.0 | 0.02 | 0.53 | 1.54 | 1.46 | 21.56 | 5.44 |
| 551170006 | Wisconsin | Sheboygan | 71.0 | 73.3 | 0.01 | 0.64 | 0.73 | 0.57 | 16.79 | 7.00 |

B-4

## Contributions to 2023 Nonattainment and Maintenance-Only Sites in the West (Part 1)

| Monitor ID | State | County | 2023 Average DV | 2023 Maximum DV | AL | AZ | AR | CA | CO | CT | DE | DC | FL | GA | ID | IL | IN | IA | KS | KY | LA | ME | MD | MA | MI | MN | MS | MO | MT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60190007 | California | Fresno | 78.9 | 79.1 | 0.00 | 0.21 | 0.00 | 34.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60190011 | California | Fresno | 77.8 | 80.3 | 0.00 | 0.04 | 0.00 | 35.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60190242 | California | Fresno | 79.2 | 82.0 | 0.00 | 0.17 | 0.00 | 31.80 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60194001 | California | Fresno | 73.0 | 74.0 | 0.00 | 0.03 | 0.00 | 32.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60195001 | California | Fresno | 79.1 | 80.8 | 0.00 | 0.07 | 0.00 | 36.89 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 |
| 60250005 | California | Imperial | 72.8 | 74.1 | 0.00 | 0.70 | 0.00 | 8.56 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60251003 | California | Imperial | 78.5 | 79.5 | 0.00 | 0.74 | 0.00 | 11.07 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60290007 | California | Kern | 76.9 | 80.5 | 0.00 | 0.11 | 0.00 | 27.74 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60290008 | California | Kern | 71.2 | 72.6 | 0.00 | 0.24 | 0.00 | 26.06 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60290014 | California | Kern | 72.7 | 73.8 | 0.00 | 0.02 | 0.00 | 31.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60290232 | California | Kern | 72.7 | 74.1 | 0.00 | 0.03 | 0.00 | 31.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60295002 | California | Kern | 70.4 | 76.0 | 0.00 | 0.13 | 0.00 | 24.60 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60370002 | California | Los Angeles | 73.9 | 75.7 | 0.00 | 0.19 | 0.00 | 37.44 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60370016 | California | Los Angeles | 86.8 | 89.6 | 0.00 | 0.22 | 0.00 | 43.97 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60371201 | California | Los Angeles | 80.3 | 80.3 | 0.00 | 0.36 | 0.00 | 35.27 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60371701 | California | Los Angeles | 78.3 | 79.2 | 0.00 | 0.18 | 0.00 | 39.81 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60372005 | California | Los Angeles | 70.6 | 74.3 | 0.00 | 0.24 | 0.00 | 35.96 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60376012 | California | Los Angeles | 86.5 | 88.0 | 0.00 | 0.38 | 0.00 | 39.24 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60379033 | California | Los Angeles | 76.7 | 77.5 | 0.00 | 0.52 | 0.00 | 24.87 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60392010 | California | Madera | 71.7 | 72.6 | 0.00 | 0.15 | 0.00 | 27.49 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60650012 | California | Riverside | 83.0 | 84.4 | 0.00 | 0.18 | 0.00 | 36.38 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60651016 | California | Riverside | 85.1 | 85.3 | 0.00 | 0.20 | 0.00 | 33.03 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60652002 | California | Riverside | 72.2 | 72.8 | 0.00 | 0.35 | 0.00 | 14.96 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60655001 | California | Riverside | 79.4 | 80.0 | 0.01 | 0.29 | 0.01 | 23.52 | 0.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 |
| 60656001 | California | Riverside | 78.4 | 81.7 | 0.00 | 0.12 | 0.00 | 37.95 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60658001 | California | Riverside | 86.7 | 87.6 | 0.00 | 0.24 | 0.00 | 43.87 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60658005 | California | Riverside | 82.9 | 84.1 | 0.00 | 0.23 | 0.00 | 41.94 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60659001 | California | Riverside | 73.3 | 75.6 | 0.00 | 0.25 | 0.00 | 34.01 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60670012 | California | Sacramento | 74.1 | 75.4 | 0.00 | 0.00 | 0.00 | 36.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60710005 | California | San Bernardino | 96.3 | 98.1 | 0.00 | 0.31 | 0.00 | 42.38 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60710012 | California | San Bernardino | 84.4 | 86.2 | 0.00 | 0.62 | 0.00 | 21.69 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60710306 | California | San Bernardino | 75.5 | 76.7 | 0.00 | 0.09 | 0.00 | 29.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60711004 | California | San Bernardino | 89.7 | 91.0 | 0.00 | 0.23 | 0.00 | 44.43 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60712002 | California | San Bernardino | 92.9 | 94.7 | 0.00 | 0.27 | 0.00 | 45.48 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 |
| 60714001 | California | San Bernardino | 86.0 | 88.5 | 0.00 | 0.27 | 0.00 | 35.79 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60714003 | California | San Bernardino | 94.1 | 95.9 | 0.00 | 0.23 | 0.00 | 46.14 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60719002 | California | San Bernardino | 79.8 | 81.2 | 0.00 | 0.22 | 0.00 | 18.25 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60719004 | California | San Bernardino | 88.5 | 88.7 | 0.00 | 0.21 | 0.00 | 43.39 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60990006 | California | Stanislaus | 73.6 | 74.5 | 0.00 | 0.02 | 0.00 | 34.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61070006 | California | Tulare | 69.1 | 71.8 | 0.00 | 0.00 | 0.00 | 2.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61072010 | California | Tulare | 72.6 | 73.4 | 0.00 | 0.05 | 0.00 | 29.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61112002 | California | Ventura | 70.7 | 72.4 | 0.00 | 0.52 | 0.00 | 28.06 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 |
| 80350004 | Colorado | Douglas | 69.6 | 71.6 | 0.01 | 0.31 | 0.01 | 1.34 | 22.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.00 | 0.00 | 0.00 | 0.38 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 |
| 80590006 | Colorado | Jefferson | 70.5 | 72.9 | 0.01 | 0.32 | 0.01 | 2.03 | 20.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.16 | 0.00 | 0.00 | 0.00 | 0.06 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 | 0.06 |
| 80590011 | Colorado | Jefferson | 69.7 | 72.7 | 0.01 | 0.32 | 0.03 | 1.48 | 23.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 | 0.00 | 0.00 | 0.37 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.02 | 0.02 |

B-5

## Contributions to 2023 Nonattainment and Maintenance-Only Sites in the West (Part 2)

| Monitor ID | State | County | 2023 Average DV | 2023 Maximum DV | NE | NV | NH | NJ | NM | NY | NC | ND | OH | OK | OR | PA | RI | SC | SD | TN | TX | UT | VT | VA | WA | WV | WI | WY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60190007 | California | Fresno | 78.9 | 79.1 | 0.00 | 0.62 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.20 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 |
| 60190011 | California | Fresno | 77.8 | 80.3 | 0.00 | 0.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.20 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.02 |
| 60190242 | California | Fresno | 79.2 | 82.0 | 0.00 | 0.62 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.23 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.06 |
| 60194001 | California | Fresno | 73.0 | 74.0 | 0.00 | 0.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 0.00 | 0.00 | 0.05 |
| 60195001 | California | Fresno | 79.1 | 80.8 | 0.00 | 0.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.13 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.01 |
| 60250005 | California | Imperial | 72.8 | 74.1 | 0.00 | 0.11 | 0.00 | 0.00 | 0.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 0.06 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.03 |
| 60251003 | California | Imperial | 78.5 | 79.5 | 0.00 | 0.14 | 0.00 | 0.00 | 0.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.07 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.03 |
| 60290007 | California | Kern | 76.9 | 80.5 | 0.00 | 0.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.15 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.04 |
| 60290008 | California | Kern | 71.2 | 72.6 | 0.00 | 0.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.04 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.03 |
| 60290014 | California | Kern | 72.7 | 73.8 | 0.00 | 0.35 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.05 |
| 60290232 | California | Kern | 72.7 | 74.1 | 0.00 | 0.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 | 0.00 | 0.04 |
| 60295002 | California | Kern | 70.4 | 76.0 | 0.00 | 0.31 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.13 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.05 |
| 60370002 | California | Los Angeles | 73.9 | 75.7 | 0.00 | 0.07 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 0.04 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.01 |
| 60370016 | California | Los Angeles | 86.8 | 89.6 | 0.00 | 0.08 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.05 | 0.00 | 0.00 | 0.09 | 0.00 | 0.00 | 0.00 |
| 60371201 | California | Los Angeles | 80.3 | 80.3 | 0.00 | 0.18 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.17 | 0.12 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.02 |
| 60371701 | California | Los Angeles | 78.3 | 79.2 | 0.00 | 0.07 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.09 | 0.05 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.02 |
| 60372501 | California | Los Angeles | 70.6 | 74.3 | 0.00 | 0.09 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.18 | 0.06 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.02 |
| 60376012 | California | Los Angeles | 86.5 | 88.0 | 0.00 | 0.17 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 0.09 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.03 |
| 60379033 | California | Los Angeles | 76.7 | 77.5 | 0.00 | 0.22 | 0.00 | 0.00 | 0.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 0.06 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.02 |
| 60392010 | California | Madera | 71.7 | 72.6 | 0.00 | 0.58 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.24 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.06 |
| 60650012 | California | Riverside | 83.0 | 84.4 | 0.00 | 0.14 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.02 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.02 |
| 60651016 | California | Riverside | 85.1 | 85.3 | 0.00 | 0.22 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.17 | 0.03 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.03 |
| 60652002 | California | Riverside | 72.2 | 72.8 | 0.00 | 0.25 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.18 | 0.05 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.01 |
| 60655001 | California | Riverside | 79.4 | 80.0 | 0.00 | 0.21 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.09 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.46 | 0.05 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.04 |
| 60656001 | California | Riverside | 78.4 | 81.7 | 0.00 | 0.12 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.05 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.03 |
| 60658001 | California | Riverside | 86.7 | 87.6 | 0.00 | 0.10 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.06 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.02 |
| 60658005 | California | Riverside | 82.9 | 84.1 | 0.00 | 0.10 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.06 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.02 |
| 60659001 | California | Riverside | 73.3 | 75.6 | 0.00 | 0.12 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.06 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.01 |
| 60670012 | California | Sacramento | 74.1 | 75.4 | 0.00 | 0.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.15 | 0.00 | 0.00 | 0.06 |
| 60710001 | California | San Bernardino | 96.3 | 98.1 | 0.00 | 0.18 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.19 | 0.08 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.02 |
| 60710012 | California | San Bernardino | 84.4 | 86.2 | 0.00 | 0.11 | 0.00 | 0.00 | 0.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.06 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.03 |
| 60710306 | California | San Bernardino | 75.5 | 76.7 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 | 0.06 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 |
| 60711004 | California | San Bernardino | 89.7 | 91.0 | 0.00 | 0.10 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.06 | 0.00 | 0.00 | 0.09 | 0.00 | 0.00 | 0.01 |
| 60712002 | California | San Bernardino | 92.9 | 94.7 | 0.00 | 0.12 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.14 | 0.07 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.02 |
| 60714001 | California | San Bernardino | 86.0 | 88.5 | 0.00 | 0.14 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.03 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 |
| 60714003 | California | San Bernardino | 94.1 | 95.9 | 0.00 | 0.13 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.05 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.02 |
| 60719002 | California | San Bernardino | 79.8 | 81.2 | 0.00 | 0.06 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 0.03 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.02 |
| 60719004 | California | San Bernardino | 88.5 | 88.7 | 0.00 | 0.12 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.05 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.08 |
| 60990006 | California | Stanislaus | 73.6 | 74.5 | 0.00 | 0.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.06 |
| 61070006 | California | Tulare | 69.1 | 71.8 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 |
| 61072002 | California | Tulare | 72.6 | 73.4 | 0.00 | 0.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.08 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.04 |
| 61112002 | California | Ventura | 70.7 | 72.4 | 0.00 | 0.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.17 | 0.06 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.04 |
| 80350004 | Colorado | Douglas | 69.6 | 71.6 | 0.41 | 0.38 | 0.00 | 0.00 | 0.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.15 | 0.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.33 | 1.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.92 |
| 80590006 | Colorado | Jefferson | 70.5 | 72.9 | 0.22 | 0.43 | 0.00 | 0.00 | 0.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.14 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.50 | 1.05 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.85 |
| 80590011 | Colorado | Jefferson | 69.7 | 72.7 | 0.39 | 0.37 | 0.00 | 0.00 | 0.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 0.10 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 1.03 | 1.10 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.80 |

Contributions to 2023 Nonattainment and Maintenance-Only Sites in the West (Part 3)

| Monitor ID | State | County | 2023 Average DV | 2023 Maximum DV | Tribal | Canada & Mexico | Offshore | Fires | Initial & Boundary | Biogenics |
|---|---|---|---|---|---|---|---|---|---|---|
| 60190007 | California | Fresno | 78.9 | 79.1 | 0.00 | 0.25 | 1.29 | 0.89 | 32.46 | 7.37 |
| 60190011 | California | Fresno | 77.8 | 80.3 | 0.00 | 0.15 | 1.34 | 1.04 | 31.51 | 7.17 |
| 60190242 | California | Fresno | 79.2 | 82.0 | 0.01 | 0.31 | 1.40 | 1.73 | 34.18 | 8.08 |
| 60194001 | California | Fresno | 73.0 | 74.0 | 0.00 | 0.07 | 1.69 | 0.57 | 28.56 | 8.35 |
| 60195001 | California | Fresno | 79.1 | 80.8 | 0.00 | 0.16 | 1.28 | 0.88 | 30.84 | 8.10 |
| 60250005 | California | Imperial | 72.8 | 74.1 | 0.02 | 18.52 | 0.92 | 0.58 | 40.86 | 1.91 |
| 60251003 | California | Imperial | 78.5 | 79.5 | 0.02 | 17.02 | 1.00 | 0.55 | 45.22 | 2.10 |
| 60290007 | California | Kern | 76.9 | 80.5 | 0.01 | 0.39 | 1.56 | 5.75 | 32.50 | 7.78 |
| 60290008 | California | Kern | 71.2 | 72.6 | 0.01 | 0.98 | 1.67 | 1.47 | 32.46 | 7.46 |
| 60290014 | California | Kern | 72.7 | 73.8 | 0.00 | 0.06 | 1.93 | 1.03 | 29.34 | 7.74 |
| 60290232 | California | Kern | 72.7 | 74.1 | 0.00 | 0.08 | 1.95 | 1.60 | 29.32 | 7.85 |
| 60295002 | California | Kern | 70.4 | 76.0 | 0.01 | 0.44 | 1.19 | 6.45 | 29.74 | 7.03 |
| 60370002 | California | Los Angeles | 73.9 | 75.7 | 0.01 | 1.39 | 3.81 | 0.58 | 27.63 | 2.15 |
| 60370016 | California | Los Angeles | 86.8 | 89.6 | 0.01 | 1.64 | 4.47 | 0.68 | 32.45 | 2.52 |
| 60371201 | California | Los Angeles | 80.3 | 80.3 | 0.02 | 1.68 | 2.42 | 1.48 | 35.51 | 2.59 |
| 60371701 | California | Los Angeles | 78.3 | 79.2 | 0.01 | 1.41 | 4.32 | 0.66 | 28.98 | 2.22 |
| 60372005 | California | Los Angeles | 70.6 | 74.3 | 0.01 | 1.54 | 4.09 | 0.98 | 24.61 | 2.29 |
| 60376012 | California | Los Angeles | 86.5 | 88.0 | 0.02 | 2.12 | 4.47 | 1.11 | 34.60 | 3.46 |
| 60379033 | California | Los Angeles | 76.7 | 77.5 | 0.02 | 2.16 | 2.12 | 0.37 | 43.11 | 2.77 |
| 60392010 | California | Madera | 71.7 | 72.6 | 0.01 | 0.28 | 1.26 | 1.62 | 32.06 | 7.38 |
| 60650012 | California | Riverside | 83.0 | 84.4 | 0.00 | 1.86 | 3.24 | 0.45 | 37.30 | 2.85 |
| 60651016 | California | Riverside | 85.1 | 85.3 | 0.00 | 1.94 | 2.99 | 2.62 | 40.66 | 2.78 |
| 60652002 | California | Riverside | 72.2 | 72.8 | 0.01 | 2.22 | 1.04 | 3.87 | 47.07 | 1.78 |
| 60655001 | California | Riverside | 79.4 | 80.0 | 0.01 | 2.49 | 2.35 | 0.61 | 46.05 | 2.60 |
| 60656001 | California | Riverside | 78.4 | 81.7 | 0.00 | 1.52 | 4.42 | 0.96 | 30.30 | 2.59 |
| 60658001 | California | Riverside | 86.7 | 87.6 | 0.01 | 1.73 | 4.23 | 0.83 | 32.41 | 2.55 |
| 60658005 | California | Riverside | 82.9 | 84.1 | 0.01 | 1.65 | 4.05 | 0.79 | 30.99 | 2.44 |
| 60659001 | California | Riverside | 73.3 | 75.6 | 0.01 | 1.61 | 4.34 | 0.83 | 29.28 | 2.37 |
| 60670012 | California | Sacramento | 74.1 | 75.4 | 0.00 | 0.16 | 0.91 | 1.19 | 27.97 | 6.15 |
| 60710005 | California | San Bernardino | 96.3 | 98.1 | 0.01 | 1.97 | 3.24 | 0.68 | 43.76 | 2.90 |
| 60710012 | California | San Bernardino | 84.4 | 86.2 | 0.02 | 1.28 | 1.44 | 0.39 | 56.42 | 1.83 |
| 60710306 | California | San Bernardino | 75.5 | 76.7 | 0.00 | 0.50 | 1.82 | 0.53 | 40.47 | 2.02 |
| 60711004 | California | San Bernardino | 89.7 | 91.0 | 0.01 | 1.82 | 4.40 | 0.71 | 34.68 | 2.53 |
| 60712002 | California | San Bernardino | 92.9 | 94.7 | 0.01 | 1.97 | 4.09 | 0.75 | 36.73 | 2.67 |
| 60714001 | California | San Bernardino | 86.0 | 88.5 | 0.01 | 1.20 | 2.48 | 0.52 | 42.65 | 2.32 |
| 60714003 | California | San Bernardino | 94.1 | 95.9 | 0.01 | 1.76 | 3.87 | 0.90 | 37.68 | 2.69 |
| 60719002 | California | San Bernardino | 79.8 | 81.2 | 0.01 | 2.98 | 1.90 | 5.62 | 48.11 | 1.92 |
| 60719004 | California | San Bernardino | 88.5 | 88.7 | 0.01 | 1.65 | 3.64 | 0.85 | 35.44 | 2.53 |
| 60990006 | California | Stanislaus | 73.6 | 74.5 | 0.00 | 0.04 | 1.79 | 1.60 | 29.14 | 5.51 |
| 61070006 | California | Tulare | 69.1 | 71.8 | 0.00 | 0.02 | 0.33 | 3.74 | 61.02 | 1.07 |
| 61072010 | California | Tulare | 72.6 | 73.4 | 0.00 | 0.16 | 1.64 | 1.27 | 29.61 | 9.26 |
| 61112002 | California | Ventura | 70.7 | 72.4 | 0.04 | 2.50 | 3.01 | 1.45 | 31.82 | 2.31 |
| 80350004 | Colorado | Douglas | 69.6 | 71.6 | 0.24 | 0.54 | 0.13 | 0.33 | 34.93 | 4.41 |
| 80590006 | Colorado | Jefferson | 70.5 | 72.9 | 0.24 | 0.74 | 0.19 | 0.48 | 38.20 | 4.05 |
| 80590011 | Colorado | Jefferson | 69.7 | 72.7 | 0.21 | 0.78 | 0.15 | 0.42 | 33.05 | 4.84 |

B-7



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
RESEARCH TRIANGLE PARK, NC 27711

MAR 2 7 2018

OFFICE OF
AIR QUALITY PLANNING
AND STANDARDS

## MEMORANDUM

**SUBJECT:**   Information on the Interstate Transport State Implementation Plan Submissions
for the 2015 Ozone National Ambient Air Quality Standards under Clean Air Act
Section 110(a)(2)(D)(i)(I)

**FROM:**   Peter Tsirigotis
Director

**TO:**   Regional Air Division Directors, Regions 1–10

The purpose of this memorandum is to provide information to states and the Environmental
Protection Agency Regional offices as they develop or review state implementation plans (SIPs)
that address section 110(a)(2)(D)(i)(I) of Clean Air Act (CAA), also called the "good neighbor"
provision, as it pertains to the 2015 ozone National Ambient Air Quality Standards (NAAQS).
Specifically, this memorandum includes EPA's air quality modeling data for ozone for the year
2023, including newly available contribution modeling results, and a discussion of elements
previously used to address interstate transport. In addition, the memorandum is accompanied by
Attachment A, which provides a preliminary list of potential flexibilities in analytical approaches
for developing a good neighbor SIP that may warrant further discussion between EPA and states.

The information in this memorandum provides an update to the contribution modeling
analyses provided in EPA's January 2017 Notice of Data Availability (NODA) of ozone transport
modeling data for the 2015 ozone NAAQS and builds upon information provided in the October
2017 interstate transport memorandum.[1] The October 2017 memorandum provided projected
ozone design values for 2023 based on EPA's updated nationwide ozone modeling with the
primary goal of assisting states in completing good neighbor transport actions for the 2008 ozone
NAAQS.

---

[1] *See* Notice of Availability of the Environmental Protection Agency's Preliminary Interstate Ozone Transport
Modeling Data for the 2015 Ozone National Ambient Air Quality Standard (NAAQS), 82 FR 1733 (January 6,
2017). This memorandum also supplements the information provided in the memorandum, *Supplemental
Information on the Interstate Transport State Implementation Plan Submissions for the 2008 Ozone National
Ambient Air Quality Standards under Clean Air Act Section 110(a)(2)(D)(i)(I)*. Memorandum from Stephen D.
Page, Director, U.S. EPA Office of Air Quality Planning and Standards, to Regional Air Division Directors, Regions
1–10. October 27, 2017. Available at *https://www.epa.gov/sites/production/files/2017-
10/documents/final_2008_o3_naaqs_transport_memo_10-27-17b.pdf.* (The October 27, 2017, memorandum
includes links to all supporting documentation, including modeling and emissions technical support documents.)

J.A. 0066

EPA's goal in providing this information is to assist states' efforts to develop good neighbor SIPs for the 2015 ozone NAAQS to address their interstate transport obligations. While the information in this memorandum and the associated air quality analysis data could be used to inform the development of these SIPs, the information is not a final determination regarding states' obligations under the good neighbor provision. Any such determination would be made through notice-and-comment rulemaking.

**The Good Neighbor Provision**

Under CAA sections 110(a)(l) and 110(a)(2), each state is required to submit a SIP that provides for the implementation, maintenance and enforcement of each primary and secondary NAAQS. Section 110(a)(1) requires each state to make this new SIP submission within 3 years after promulgation of a new or revised NAAQS. This type of SIP submission is commonly referred to as an "infrastructure SIP." Section 110(a)(2) identifies specific elements that each plan submission must meet. Conceptually, an infrastructure SIP provides assurance that a state's SIP contains the necessary structural requirements to implement the new or revised NAAQS, whether by demonstrating that the state's SIP already contains or sufficiently addresses the necessary provisions, or by making a substantive SIP revision to update the plan provisions to meet the new standards.

In particular, CAA section 110(a)(2)(D)(i)(I) requires each state to submit to EPA new or revised SIPs that "contain adequate provisions ... prohibiting, consistent with the provisions of this subchapter, any source or other type of emissions activity within the State from emitting any air pollutant in amounts which will ... contribute significantly to nonattainment in, or interfere with maintenance by, any other state with respect to any such national primary or secondary ambient air quality standard." EPA often refers to section 110(a)(2)(D)(i)(I) as the good neighbor provision and to SIP revisions addressing this requirement as good neighbor SIPs.

On October 1, 2015, EPA promulgated a revision to the ozone NAAQS, lowering the level of both the primary and secondary standards to 70 parts per billion (ppb).[2] Pursuant to CAA section 110(a), good neighbor SIPs are, therefore, due by October 1, 2018. As noted earlier, EPA intends that the information conveyed through this memorandum should assist states in their efforts to develop good neighbor SIPs for the 2015 ozone NAAQS to address their interstate transport obligations.

**Framework to Address the Good Neighbor Provision**

Through the development and implementation of several previous rulemakings, including most recently the Cross-State Air Pollution Rule (CSAPR) Update,[3] EPA, working in partnership with states, established the following four-step framework to address the requirements of the good neighbor provision for ozone and fine particulate matter ($PM_{2.5}$) NAAQS: (1) identify downwind air quality problems; (2) identify upwind states that contribute enough to those downwind air

---

[2] National Ambient Air Quality Standards for Ozone Final Rule, 80 FR 65292 (October 26, 2015).

[3] *See* Finding of Significant Contribution and Rulemaking for Certain States in the Ozone Transport Assessment Group Region for Purposes of Reducing Regional Transport of Ozone (also known as the $NO_X$ SIP Call), 63 FR 57356 (October 27, 1998); Clean Air Interstate Rule (CAIR) Final Rule, 70 FR 25162 (May 12, 2005); CSAPR Final Rule, 76 FR 48208 (August 8, 2011); CSAPR Update for the 2008 Ozone NAAQS (CSAPR Update) Final Rule, 81 FR 74504 (October 26, 2016).

quality problems to warrant further review and analysis; (3) identify the emissions reductions necessary (if any), considering cost and air quality factors, to prevent an identified upwind state from contributing significantly to those downwind air quality problems; and (4) adopt permanent and enforceable measures needed to achieve those emissions reductions. EPA notes that, in applying this framework or other approaches consistent with the CAA, various analytical approaches may be used to assess each step. EPA has undertaken several previous regional rulemakings applying this framework, and its analytical approaches have varied over time due to continued evolution of relevant tools and information, as well as their specific application.

This memo presents information regarding EPA's latest analysis for purposes of assisting states in developing SIPs for the 2015 ozone NAAQS, and, in doing so, generally follows approaches that EPA has taken in its regional rulemaking actions addressing prior ozone NAAQS. EPA also notes that, in developing their own rules, states have flexibility to follow the familiar four-step transport framework (using EPA's analytical approach or somewhat different analytical approaches within these steps) or alternative frameworks, so long as their chosen approach has adequate technical justification and is consistent with the requirements of the CAA. In various discussions, states and other stakeholders have suggested specific approaches that may warrant further consideration, and have indicated that they may be exploring other approaches as well. Over the next few months, EPA will be working with states to evaluate potential additional flexibilities for states to consider as they develop their good neighbor SIPs for the 2015 ozone NAAQS. Such potential flexibilities could apply to modeling conducted by states or to states' use of EPA's updated modeling presented here. Attachment A provides a preliminary list of potential flexibilities that may warrant further discussion. EPA looks forward to discussing these and other potential flexibilities with states over the next few months, which will help inform states' development of their good neighbor SIP submittals, as well as EPA's development of further information on good neighbor SIPs.

**Air Quality Modeling Projection of 2023 Ozone Design Values**

As noted previously and as described in more detail in both the 2017 NODA and the October 2017 memorandum, EPA uses modeling to identify potential downwind air quality problems. A first step in the modeling process is selecting a future analytic year that considers both the relevant attainment dates of downwind nonattainment areas impacted by interstate transport[4] and the timeframes that may be required for implementing further emissions reductions as expeditiously as practicable.[5] For the 2015 ozone NAAQS, EPA selected 2023 as the analytic year in our modeling analyses primarily because it aligns with the anticipated attainment year for Moderate ozone nonattainment areas.[6]

---

[4] *North Carolina v. EPA*, 531 F.3d 896, 911–12 (D.C. Cir. 2008) (holding that compliance timeframes for necessary emission reductions must consider downwind attainment deadlines).

[5] *See* October 2017 memorandum, pp. 4-6 (discussion of timing of controls).

[6] On November 16, 2017 (82 FR 54232), EPA established initial air quality designations for most areas in the United States. On December 22, 2017 (83 FR 651), EPA responded to state and tribal recommendations by indicating the anticipated area designations for the remaining portions of the U.S. In addition, EPA proposed the maximum attainment dates for nonattainment areas in each classification, which for Moderate ozone nonattainment is 6 years (81 FR 81276, November 17, 2016). Based on the expected timing for final designations, 6 years from the likely effective date for designations would be summer 2024. Therefore, the 2023 ozone season would be the last full ozone season before the 2024 attainment date.

3

As noted in the aforementioned October 2017 memorandum, EPA then used the Comprehensive Air Quality Model with Extensions (CAMx v6.40)[7] to model emissions in 2011 and 2023, based on updates provided to EPA from states and other stakeholders.[8] EPA used outputs from the 2011 and 2023 model simulations to project base period 2009-2013 average and maximum ozone design values to 2023 at monitoring sites nationwide. In projecting these future year design values, EPA applied its own modeling guidance,[9] which recommends using model predictions from the "3 x 3" array of grid cells surrounding the location of the monitoring site.[10] In light of comments on the January 2017 NODA and other analyses, EPA also projected 2023 design values based on a modified version of the "3 x 3" approach for those monitoring sites located in coastal areas. Briefly, in this alternative approach, EPA incorporated the flexibility of eliminating from the design value calculations those modeling data in grid cells that are dominated by water (*i.e.*, more than 50 percent of the area in the grid cell is water) and that do not contain a monitoring site (*i.e.*, if a grid cell is more than 50 percent water but contains an air quality monitor, that cell would remain in the calculation).[11] For each individual monitoring site, the base period 2009-2013 average and maximum design values, 2023 projected average and maximum design values based on both the "3 x 3" approach and the alternative approach affecting coastal sites, and 2014-2016 measured design values are provided in an attachment to the October 27 memorandum. The same information is available in Excel format at *https://www.epa.gov/airmarkets/october-2017-memo-and-information-interstate-transport-sips-2008-ozone-naaqs*.

In the CSAPR Update rulemaking process, EPA considered a combination of monitoring data and modeling projections to identify receptor sites that are projected to have problems attaining or maintaining the NAAQS.[12] Specifically, EPA identified nonattainment receptors as those monitoring sites with current measured values exceeding the NAAQS that also have projected (*i.e.*, in 2023) average design values exceeding the NAAQS. EPA identified maintenance receptors as those monitoring sites with maximum design values exceeding the NAAQS. This included sites with current measured values below the NAAQS with projected average and maximum design values exceeding the NAAQS, and monitoring sites with projected average design values below the NAAQS but with projected maximum design values exceeding the NAAQS. The projected 2023 ozone design values and 2014-2016 measured design values for monitors in the United States have not changed since they were first presented in the October 2017 memorandum.

---

[7] CAMx v6.40 was the most recent public release version of CAMx at the time EPA updated its modeling in fall 2017. ("Comprehensive Air Quality Model with Extension version 6.40 User's Guide" Ramboll Environ, December 2016. *http://www.camx.com/*.)

[8] For the updated modeling, EPA used the construct of the modeling platform (*i.e.*, modeling domain and non-emissions inputs) that we used for the NODA modeling, except that the photolysis rates files were updated to be consistent with CAMx v6.40. The NODA Air Quality Modeling Technical Support Document describing the modeling platform is available at *https://www.epa.gov/airmarkets/notice-data-availability-preliminary-interstate-ozone-transport-modeling-data-2015-ozone*.

[9] *http://www.epa.gov/ttn/scram/guidance/guide/Draft_O3-PM-RH_Modeling_Guidance-2014.pdf.*

[10] EPA's modeling uses 12 kilometer[2] grid cells.

[11] A model grid cell is identified as a "water" cell if more than 50 percent of the grid cell is water based on the 2006 National Land Cover Database. Grid cells that meet this criterion are treated as entirely over water in the Weather Research Forecast (WRF) modeling used to develop the 2011 meteorology for EPA's air quality modeling.

[12] *See* 81 FR 74530-74532 (October 26, 2016).

In this memorandum, EPA is identifying 2023 potential nonattainment and maintenance receptors with respect to the 2015 NAAQS, following its approach taken for previous NAAQS. This information is based on applying the CSAPR method for identifying potential nonattainment and maintenance receptors, and presents the design values in two ways: first, following the "3 x 3" approach to evaluating all sites, and second, following the modified approach for coastal monitoring sites in which "overwater" modeling data were not included in the calculation of future year design values. After incorporating these approaches, the modeling results suggest, based on the approach used for previous NAAQS, 11 monitoring sites outside of California as potential nonattainment receptors and 14 monitoring sites outside of California as potential maintenance receptors. *See* Attachment B for this receptor information.

**Air Quality Modeling of 2023 Contributions**
After identifying potential downwind air quality problems by projecting base period 2009-2013 average and maximum ozone design values to 2023 at monitoring sites nationwide, EPA next performed nationwide, state-level ozone source apportionment modeling using the CAMx Anthropogenic Precursor Culpability Analysis (APCA) technique[13] to provide information regarding the expected contribution of 2023 base case nitrogen oxides ($NO_X$) and volatile organic compound (VOC) emissions from all sources in each state to projected 2023 ozone concentrations at each air quality monitoring site. In the source apportionment model run, EPA tracked the ozone formed from each of the following contribution categories (*i.e.*, "tags"):

- States – anthropogenic $NO_X$ and VOC emissions from each of the contiguous 48 states and the District of Columbia tracked individually (EPA combined emissions from all anthropogenic sectors in a given state);
- Biogenics – biogenic $NO_X$ and VOC emissions domain-wide (*i.e.*, not by state);
- Initial and Boundary Concentrations – concentrations transported into the modeling domain from the lateral boundaries;
- Tribal Lands – the emissions from those tribal lands for which EPA has point source inventory data in the 2011 NEI (EPA did not model the contributions from individual tribes);
- Canada and Mexico – anthropogenic emissions from sources in those portions of Canada and Mexico included in the modeling domain (EPA did not separately model contributions from Canada or Mexico);
- Fires – combined emissions from wild and prescribed fires domain-wide (*i.e.*, not by state); and
- Offshore – combined emissions from offshore marine vessels and offshore drilling platforms (*i.e.*, not by state).

EPA performed the CAMx source apportionment model simulation for the period May 1 through September 30 using the 2023 future base case emissions and 2011 meteorology for this

---

[13] As part of this technique, ozone formed from reactions between biogenic and anthropogenic VOC and $NO_X$ are assigned to the anthropogenic emissions.

time period.[14] EPA processed hourly contributions[15] from each tag to obtain the 8-hour average contributions corresponding to the time period of the 8-hour daily maximum concentration on each day in the 2023 model simulation. This step was performed for those model grid cells containing monitoring sites to obtain 8-hour average contributions for each day at the location of each site. EPA then processed the model-predicted contributions on each day at each monitoring site location to identify the contributions on the subset of days in the 2023 modeling with the top 10 model-predicted maximum daily 8-hour average concentrations. The daily 8-hour average contributions on the top 10 concentration days in 2023 were applied in a relative sense to quantify the contributions to the 2023 average design value at each site.

In the CSAPR and CSAPR Update modeling efforts, EPA had used a slightly different approach by basing the average future year contribution on future year modeled values that exceeded the NAAQS or the top 5 days, whichever was greater. While technically sound, EPA's previous approach resulted in different contributions for an individual linkage depending on the level of the NAAQS. For the modeling effort described in this memorandum, EPA considered comments on the January 2017 NODA and developed and incorporated the flexibility of calculating the contribution metric using contributions on the top 10 future year days. As some commenters have indicated, this approach makes the contribution metric values more consistent across monitoring sites and more robust in terms of being independent of the level of the NAAQS. The contributions from each tag to each monitoring site identified as a potential nonattainment or maintenance receptor in 2023 are provided in Attachment C.[16]

**Conclusion**

States may consider using this national modeling to develop SIPs that address requirements of the good neighbor provision for the 2015 ozone NAAQS. When doing so, EPA recommends that states include in any such submission state-specific information to support their reliance on the 2023 modeling data. Further, states may supplement the information provided in this memorandum with any additional information that they believe is relevant to addressing the good neighbor provision requirements. States may also choose to use other information to identify nonattainment and maintenance receptors relevant to development of their good neighbor SIPs. If this is the case, states should submit that information along with a full explanation and technical analysis. EPA encourages collaboration among states linked to a common receptor and among linked upwind and downwind states in developing and implementing a regionally consistent approach. We recommend that states reach out to EPA Regional offices and work together to accomplish the goal of developing, submitting, and reviewing approvable SIPs that address the good neighbor provision for the 2015 ozone NAAQS.

Finally, as indicated previously in this memorandum, in addition to the flexibilities already incorporated into EPA's modeling effort (*i.e.*, considering the removal of modeled values in "over water" grid cells and EPA's modified approach for calculating the contribution metric), EPA is

---

[14] *See* the October 2017 memorandum for a description of these model inputs.

[15] Ozone contributions from anthropogenic emissions under "NOx-limited" and "VOC-limited" chemical regimes were combined to obtain the net contribution from NOx and VOC anthropogenic emissions in each state.

[16] Given stakeholder input on the 2017 NODA and other analyses, EPA elected to represent the contribution information in this memorandum using the alternative approach for projecting design values for sites in coastal areas.

evaluating whether states may have additional flexibilities as they work to prepare and submit approvable good neighbor SIPs for the 2015 ozone NAAQS (*see* Attachment A). EPA looks forward to discussing these and other potential flexibilities with states over the next few months, which will help inform states' development of their good neighbor SIP submittals, as well as EPA's development of further information on good neighbor SIPs.

Please share this information with the air agencies in your Region.

**For Further Information**

If you have any questions concerning this memorandum, please contact Norm Possiel at (919) 541-5692, *possiel.norm@epa.gov* for modeling information or Beth Palma at (919) 541-5432, *palma.elizabeth@epa.gov* for any other information.

Attachments

A. Preliminary List of Potential Flexibilities Related to Analytical Approaches for Developing a Good Neighbor State Implementation Plan
B. Projected Ozone Design Values at Potential Nonattainment and Maintenance Receptors Based on EPA's Updated 2023 Transport Modeling
C. Contributions to 2023 8-hour Ozone Design Values at Projected 2023 Nonattainment and Maintenance Sites

## Attachment A

## Preliminary List of Potential Flexibilities Related to Analytical Approaches for Developing a Good Neighbor State Implementation Plan

The Environmental Protection Agency believes states may be able to consider certain approaches as they develop good neighbor state implementation plans (SIPs) addressing the 2015 ozone National Ambient Air Quality Standards (NAAQS). To that end, EPA has reviewed comments provided in various forums, including comments on EPA's January 2017 Notice of Data Availability (NODA) regarding ozone transport modeling data for the 2015 ozone NAAQS, and seeks feedback from interested stakeholders on the following concepts. This list is organized in the familiar four-step transport framework discussed on pages 2-3 of the memorandum above, but EPA is open to alternative frameworks to address good neighbor obligations or considerations outside the four-step process. The purpose of this attachment is to identify potential flexibilities to inform SIP development and seek feedback on these concepts. EPA is not at this time making any determination that the ideas discussed below are consistent with the requirements of the CAA, nor are we specifically recommending that states use these approaches. Determinations regarding states' obligations under the good neighbor provision would be made through notice-and-comment rulemaking.

EPA has identified several guiding principles to consider when evaluating the appropriateness of the concepts introduced in this attachment, including:

- Supporting states' position as "first actors" in developing SIPs that address section 110(a)(2)(D) of the CAA;
- Consistency with respect to EPA's SIP actions is legally required by the statute and regulations (*see* CAA § 301(a)(2) and 40 CFR part 56) and is a particularly acute issue with respect to regional transport issues in which multiple states may be implicated;
- Compliance with statutory requirements and legal precedent from court decisions interpreting the CAA requirements;
- Encouraging collaboration among states linked to a common receptor and among linked upwind and downwind states in developing and applying a regionally consistent approach to identify and implement good neighbor obligations; and
- The potential value of considering different modeling tools or analyses in addition to EPA's, provided that any alternative modeling is performed using a credible modeling system which includes "state-of-the-science" and "fit for purpose" models, inputs, and techniques that are relevant to the nature of the ozone problem. The use of results from each alternative technique should be weighed in accordance with the scientific foundation, construct and limitations of the individual techniques.

EPA intends to reflect on feedback received on these concepts and communicate closely with air agencies as they prepare and submit SIPs to address the good neighbor provisions for the 2015 ozone NAAQS.

**Analytics**

- Consideration of appropriate alternate base years to those used in EPA's most recent modeling (*e.g.*, appropriate alternative base years should be selected consistent with EPA's air quality modeling guidance suggesting that years with meteorology conducive to ozone formation are appropriate).
- Consideration of an alternate future analytic year. EPA has identified 2023 as an appropriate analytic year to consider when evaluating transport obligations for the 2015 ozone NAAQS; however, another year may also be appropriate.
- Use of alternative power sector modeling consistent with EPA's emission inventory guidance.
- Consideration of state-specific information in identifying emissions sources [*e.g.*, electric generating units (EGUs) and non-EGUs] and controls (*e.g.*, combustion/process controls, post-combustion controls) that are appropriate to evaluate.

**Step 1 – Identify downwind air quality problems**

- Identification of maintenance receptors.
    - Evaluate alternative methodologies to give independent meaning to the term "interfere with maintenance" under CAA section 110(a)(2)(D)(i)(I).
    - Identify maintenance receptors that are at risk of exceeding the NAAQS (even if they do not currently violate the standard) using an alternative approach that does not rely on the projection of maximum design values.
    - Identify maintenance receptors where current, presumably "clean," measured data are shown through analysis to occur during meteorological conditions conducive to ozone formation such that exceedances are unlikely to reoccur in the future.
- Consideration of downwind air quality context.
    - Consider the role of designations issued in FY 2018 based on approved air quality monitors.
    - Assess current and projected local emissions reductions and whether downwind areas have considered and/or used available mechanisms for regulatory relief.
- Consideration of model performance.
    - Consider removal of certain data from modeling analysis for the purposes of projecting design values and calculating the contribution metric where data removal is based on model performance and technical analyses support the exclusion.

**Step 2 – Identify upwind states that contribute to those downwind air quality problems to warrant further review and analysis**

- Considerations related to determining contributions.
    - EPA has used the Anthropogenic Precursor Culpability Analysis (APCA) approach for the purpose of quantifying contribution to downwind receptors. We have received questions regarding the use of other modeling approaches (*e.g.*, Ozone Source Apportionment Technology, Decoupled Direct Method, and zero-out brute force sensitivity runs) to help quantify ozone impacts from upwind states.
- Considerations related to evaluating contributions (contributions contained in Attachment C are not based upon a particular significance threshold).
    - Establishing a contribution threshold based on variability in ozone design values that leverage some of the analytics and statistical data created to support the development of the Significant Impact Level for ozone.

- Consideration of different contribution thresholds for different regions based on regional differences in the nature and extent of the transport problem.
- An evaluation of "collective contribution" in the receptor region to determine the extent to which a receptor is "transport influenced." The results of this analysis could be applied before assessing whether an individual state is linked to a downwind receptor (*i.e.*, above the contribution threshold).

**Step 3 – Identifying air quality, cost, and emission reduction factors to be evaluated in a multifactor test to identify emissions that significantly contribute to nonattainment or interfere with maintenance of the NAAQS downwind, if any**

- Consideration of international emissions, in a manner consistent with EPA's Ozone Cooperative Compliance Task Force efforts to fully understand the role of background ozone levels and appropriately account for international transport.[17]
    - Develop consensus on evaluation of the magnitude of international ozone contributions relative to domestic, anthropogenic ozone contributions for receptors identified in step 1. As contained in Attachment C, EPA recognizes that a number of non-U.S. and non-anthropogenic sources contribute to downwind nonattainment and maintenance receptors.
    - Consider whether the air quality, cost, or emission reduction factors should be weighted differently in areas where international contributions are relatively high.
- For states that are found to significantly contribute to nonattainment or interfere with maintenance of the NAAQS downwind, apportioning responsibility among states.
    - Consider control stringency levels derived through "uniform-cost" analysis of $NO_X$ reductions.
    - Consider whether the relative impact (*e.g.*, parts per billion/ton) between states is sufficiently different such that this factor warrants consideration in apportioning responsibility.
- Considerations for states linked to maintenance receptors.
    - Consider whether the remedy for upwind states linked to maintenance receptors could be less stringent than for those linked to nonattainment receptors.
    - For example, consider whether upwind states could satisfy linkage(s) to maintenance receptors based on recent historic or base case emissions levels.

**Step 4 – Adopt permanent and enforceable measures needed to achieve emissions reductions (translating the control levels identified in Step 3 into enforceable emissions limits)**

- EPA welcomes concepts from stakeholders regarding Step 4, including potential EPA actions that could serve as a model as well as the relationship to previous transport rules.

---

[17] See *Final Report on Review of Agency Actions that Potentially Burden the Safe, Efficient Development of Domestic Energy Resources Under Executive Order 13783* (October 25, 2017) and *Report to Congress on Administrative Options to Enable States to Enter into Cooperative Agreements to Provide Regulatory Relief for Implementing Ozone Standards* (August 14, 2017).

**Attachment B**

**Projected Ozone Design Values at Potential Nonattainment and Maintenance Receptors Based on EPA's Updated 2023 Transport Modeling**

This attachment contains projected ozone design values at those individual monitoring sites that are projected to be potential nonattainment or maintenance receptors based on the Environmental Protection Agency's updated transport modeling for 2023. The scenario name for the updated modeling is "2023en." The data are in units of parts per billion (ppb).

The following data are provided in the table below:

1.  Base period 2009 – 2013 average and maximum design values based on 2009 – 2013 measured data.

2.  Projected 2023 average and maximum design values based on the "3 x 3" approach and a modified "3 x 3" approach in which model predictions in grid cells that are predominately water and that do not contain monitors are excluded from the projection calculations ("No Water"). Note that the modified approach only affects the projection of design values for monitoring sites in or near coastal areas.

3.  2016 ozone design values based on 2014 – 2016 measured data (N/A indicates that a 2016 design value is not available). The following Web site has additional information on the 2016 design values: *https://www.epa.gov/air-trends/air-quality-design-values#report*.

Note: A value of 70.9 ppb (or less) is considered to be in attainment of the 2015 ozone NAAQS, and a value of 71.0 ppb (or higher) is considered to be in violation of the 2015 ozone NAAQS.

Note also: Site 550790085 in Milwaukee Co., WI would be a nonattainment receptor using projected design values based on the "No Water" cell approach, but would not be a receptor with the "3 x 3" approach. Conversely, site 360850067 in Richmond Co., NY would be a nonattainment receptor using the "3 x 3" approach, but would not be a receptor with the "No Water" cell approach.

| Site ID | St | County | 2009-2013 Avg | 2009-2013 Max | 2023en "3x3" Avg | 2023en "3x3" Max | 2023en "No Water" Avg | 2023en "No Water" Max | 2014-2016 |
|---------|-----|----------|------|----|------|------|------|------|-----|
| 40130019 | AZ | Maricopa | 76.7 | 79 | 69.3 | 71.4 | 69.3 | 71.4 | 73 |
| 40131004 | AZ | Maricopa | 79.7 | 81 | 69.8 | 71.0 | 69.8 | 71.0 | 75 |
| 60190007 | CA | Fresno | 94.7 | 95 | 79.2 | 79.4 | 79.2 | 79.4 | 86 |
| 60190011 | CA | Fresno | 93.0 | 96 | 78.6 | 81.2 | 78.6 | 81.2 | 89 |
| 60190242 | CA | Fresno | 91.7 | 95 | 79.4 | 82.2 | 79.4 | 82.2 | 86 |
| 60194001 | CA | Fresno | 90.7 | 92 | 73.3 | 74.4 | 73.3 | 74.4 | 91 |
| 60195001 | CA | Fresno | 97.0 | 99 | 79.6 | 81.2 | 79.6 | 81.2 | 94 |
| 60250005 | CA | Imperial | 74.7 | 76 | 73.3 | 74.6 | 73.3 | 74.6 | 76 |
| 60251003 | CA | Imperial | 81.0 | 82 | 79.0 | 80.0 | 79.0 | 80.0 | 76 |
| 60290007 | CA | Kern | 91.7 | 96 | 77.7 | 81.3 | 77.7 | 81.3 | 87 |

| Site ID | St | County | 2009-2013 Avg | 2009-2013 Max | 2023en "3x3" Avg | 2023en "3x3" Max | 2023en "No Water" Avg | 2023en "No Water" Max | 2014-2016 |
|---------|----|--------|---------------|---------------|------------------|------------------|-----------------------|-----------------------|-----------|
| 60290008 | CA | Kern | 86.3 | 88 | 71.3 | 72.8 | 71.3 | 72.8 | 81 |
| 60290014 | CA | Kern | 87.7 | 89 | 74.1 | 75.2 | 74.1 | 75.2 | 84 |
| 60290232 | CA | Kern | 87.3 | 89 | 73.7 | 75.2 | 73.7 | 75.2 | 77 |
| 60295002 | CA | Kern | 90.0 | 91 | 75.9 | 76.8 | 75.9 | 76.8 | 87 |
| 60296001 | CA | Kern | 84.3 | 86 | 70.9 | 72.4 | 70.9 | 72.4 | 81 |
| 60311004 | CA | Kings | 87.0 | 90 | 71.7 | 74.2 | 71.7 | 74.2 | 84 |
| 60370002 | CA | Los Angeles | 80.0 | 82 | 73.3 | 75.1 | 73.3 | 75.1 | 88 |
| 60370016 | CA | Los Angeles | 94.0 | 97 | 86.1 | 88.9 | 86.1 | 88.9 | 96 |
| 60371201 | CA | Los Angeles | 90.0 | 90 | 79.8 | 79.8 | 79.8 | 79.8 | 85 |
| 60371701 | CA | Los Angeles | 84.0 | 85 | 78.1 | 79.1 | 78.1 | 79.1 | 90 |
| 60372005 | CA | Los Angeles | 79.5 | 82 | 72.3 | 74.6 | 72.3 | 74.6 | 83 |
| 60376012 | CA | Los Angeles | 97.3 | 99 | 85.9 | 87.4 | 85.9 | 87.4 | 96 |
| 60379033 | CA | Los Angeles | 90.0 | 91 | 76.3 | 77.2 | 76.3 | 77.2 | 88 |
| 60392010 | CA | Madera | 85.0 | 86 | 72.1 | 72.9 | 72.1 | 72.9 | 83 |
| 60470003 | CA | Merced | 82.7 | 84 | 69.9 | 71.0 | 69.9 | 71.0 | 82 |
| 60650004 | CA | Riverside | 85.0 | 85 | 76.7 | 76.7 | 76.7 | 76.7 | N/A |
| 60650012 | CA | Riverside | 97.3 | 99 | 83.6 | 85.1 | 83.6 | 85.1 | 93 |
| 60651016 | CA | Riverside | 100.7 | 101 | 85.2 | 85.5 | 85.2 | 85.5 | 97 |
| 60652002 | CA | Riverside | 84.3 | 85 | 72.4 | 73.0 | 72.4 | 73.0 | 81 |
| 60655001 | CA | Riverside | 92.3 | 93 | 79.5 | 80.1 | 79.5 | 80.1 | 87 |
| 60656001 | CA | Riverside | 94.0 | 98 | 78.3 | 81.6 | 78.3 | 81.6 | 91 |
| 60658001 | CA | Riverside | 97.0 | 98 | 87.0 | 87.9 | 87.0 | 87.9 | 94 |
| 60658005 | CA | Riverside | 92.7 | 94 | 83.2 | 84.4 | 83.2 | 84.4 | 91 |
| 60659001 | CA | Riverside | 88.3 | 91 | 73.7 | 75.9 | 73.7 | 75.9 | 86 |
| 60670012 | CA | Sacramento | 93.3 | 95 | 74.5 | 75.9 | 74.5 | 75.9 | 83 |
| 60675003 | CA | Sacramento | 86.3 | 88 | 69.9 | 71.3 | 69.9 | 71.3 | 79 |
| 60710005 | CA | San Bernardino | 105.0 | 107 | 96.2 | 98.1 | 96.2 | 98.1 | 108 |
| 60710012 | CA | San Bernardino | 95.0 | 97 | 84.1 | 85.8 | 84.1 | 85.8 | 91 |
| 60710306 | CA | San Bernardino | 83.7 | 85 | 76.2 | 77.4 | 76.2 | 77.4 | 86 |
| 60711004 | CA | San Bernardino | 96.7 | 98 | 89.8 | 91.0 | 89.8 | 91.0 | 101 |
| 60712002 | CA | San Bernardino | 101.0 | 103 | 93.1 | 95.0 | 93.1 | 95.0 | 97 |
| 60714001 | CA | San Bernardino | 94.3 | 97 | 86.0 | 88.5 | 86.0 | 88.5 | 90 |
| 60714003 | CA | San Bernardino | 105.0 | 107 | 94.1 | 95.8 | 94.1 | 95.8 | 101 |
| 60719002 | CA | San Bernardino | 92.3 | 94 | 80.0 | 81.4 | 80.0 | 81.4 | 86 |
| 60719004 | CA | San Bernardino | 98.7 | 99 | 88.4 | 88.7 | 88.4 | 88.7 | 104 |
| 60990006 | CA | Stanislaus | 87.0 | 88 | 74.8 | 75.7 | 74.8 | 75.7 | 83 |
| 61070006 | CA | Tulare | 81.7 | 85 | 69.1 | 71.9 | 69.1 | 71.9 | 84 |
| 61070009 | CA | Tulare | 94.7 | 96 | 76.1 | 77.2 | 76.1 | 77.2 | 89 |

J.A. 0077

| Site ID | St | County | 2009-2013 Avg | 2009-2013 Max | 2023en "3x3" Avg | 2023en "3x3" Max | 2023en "No Water" Avg | 2023en "No Water" Max | 2014-2016 |
|---------|----|--------|------|------|------|------|------|------|------|
| 61072002 | CA | Tulare | 85.0 | 88 | 68.9 | 71.4 | 68.9 | 71.4 | 80 |
| 61072010 | CA | Tulare | 89.0 | 90 | 73.1 | 73.9 | 73.1 | 73.9 | 83 |
| 61112002 | CA | Ventura | 81.0 | 83 | 70.5 | 72.2 | 70.5 | 72.2 | 77 |
| 80050002 | CO | Arapahoe | 76.7 | 79 | 69.3 | 71.3 | 69.3 | 71.3 | N/A |
| 80350004 | CO | Douglas | 80.7 | 83 | 71.1 | 73.2 | 71.1 | 73.2 | 77 |
| 80590006 | CO | Jefferson | 80.3 | 83 | 71.3 | 73.7 | 71.3 | 73.7 | 77 |
| 80590011 | CO | Jefferson | 78.7 | 82 | 70.9 | 73.9 | 70.9 | 73.9 | 80 |
| 80690011 | CO | Larimer | 78.0 | 80 | 71.2 | 73.0 | 71.2 | 73.0 | 75 |
| 81230009 | CO | Weld | 74.7 | 76 | 70.2 | 71.4 | 70.2 | 71.4 | 70 |
| 90010017 | CT | Fairfield | 80.3 | 83 | 69.8 | 72.1 | 68.9 | 71.2 | 80 |
| 90013007 | CT | Fairfield | 84.3 | 89 | 71.2 | 75.2 | 71.0 | 75.0 | 81 |
| 90019003 | CT | Fairfield | 83.7 | 87 | 72.7 | 75.6 | 73.0 | 75.9 | 85 |
| 90099002 | CT | New Haven | 85.7 | 89 | 71.2 | 73.9 | 69.9 | 72.6 | 76 |
| 240251001 | MD | Harford | 90.0 | 93 | 71.4 | 73.8 | 70.9 | 73.3 | 73 |
| 260050003 | MI | Allegan | 82.7 | 86 | 69.0 | 71.8 | 69.0 | 71.7 | 75 |
| 261630019 | MI | Wayne | 78.7 | 81 | 69.0 | 71.0 | 69.0 | 71.0 | 72 |
| 360810124 | NY | Queens | 78.0 | 80 | 70.1 | 71.9 | 70.2 | 72.0 | 69 |
| 360850067 | NY | Richmond | 81.3 | 83 | 71.9 | 73.4 | 67.1 | 68.5 | 76 |
| 361030002 | NY | Suffolk | 83.3 | 85 | 72.5 | 74.0 | 74.0 | 75.5 | 72 |
| 480391004 | TX | Brazoria | 88.0 | 89 | 74.0 | 74.9 | 74.0 | 74.9 | 75 |
| 481210034 | TX | Denton | 84.3 | 87 | 69.7 | 72.0 | 69.7 | 72.0 | 80 |
| 482010024 | TX | Harris | 80.3 | 83 | 70.4 | 72.8 | 70.4 | 72.8 | 79 |
| 482011034 | TX | Harris | 81.0 | 82 | 70.8 | 71.6 | 70.8 | 71.6 | 73 |
| 482011039 | TX | Harris | 82.0 | 84 | 71.8 | 73.6 | 71.8 | 73.5 | 67 |
| 484392003 | TX | Tarrant | 87.3 | 90 | 72.5 | 74.8 | 72.5 | 74.8 | 73 |
| 550790085 | WI | Milwaukee | 80.0 | 82 | 65.4 | 67.0 | 71.2 | 73.0 | 71 |
| 551170006 | WI | Sheboygan | 84.3 | 87 | 70.8 | 73.1 | 72.8 | 75.1 | 79 |

J.A. 0078

## Attachment C

## Contributions to 2023 8-hour Ozone Design Values at Projected
## 2023 Nonattainment and Maintenance Sites

This attachment contains tables with the projected ozone contributions from 2023 anthropogenic nitrogen oxide and volatile organic compound emissions in each state to each potential nonattainment receptor and maintenance receptor (based on the 2015 ozone National Ambient Air Quality Standards) in the United States, following the approach for identification of such receptors EPA has used in the past, with slight modification.[18] In addition to the state contributions, we have included the contributions from each of the other categories tracked in the contribution modeling, including point source emissions on Tribal lands, anthropogenic emissions in Canada and Mexico, emissions from offshore sources, fires, biogenics, and contributions from initial and boundary concentrations.

The contribution information is provided in a three-part table for all of the projected receptors throughout the country, except California, and a separate three-part table for the projected receptors in California. For each monitoring site, we provide the site ID, county name, and state name in the first three columns of the table. This information is followed by columns containing the projected 2023 average and maximum design values based on the "No Water" cell approach. Next, in Parts 1 and 2 of each table, we provide the contributions from each state and the District of Columbia, individually. Finally, in Part 3 of each table, we provide the contributions from the Tribal lands, Canada and Mexico, offshore, fires, initial and boundary concentrations (Boundary), and biogenics categories. The units of the 2023 design values and contributions are parts per billion (ppb). Note that the contributions presented in these tables may not sum exactly to the 2023 average design value due to truncation of the contributions to two places to the right of the decimal.

---

[18] For the purposes of creating the contribution tables, data are provided for sites identified as potential nonattainment and maintenance receptors using projected design values based on the "No Water" cell approach. In addition, we provide the contributions to the Richmond Co., NY site that would be a nonattainment receptor in the "3 x 3" approach.

C-1

| Site ID | County | State | 2023en Average | 2023en Maximum | AL | AZ | AR | CA | CO | CT | DE | DC | FL | GA | ID | IL | IN | IA | KS | KY | LA | ME | MD | MA | MI | MN | MS | MO | MT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40130019 | Maricopa | AZ | 69.3 | 71.4 | 0.00 | 25.19 | 0.00 | 1.87 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 40131004 | Maricopa | AZ | 69.8 | 71.0 | 0.00 | 27.40 | 0.00 | 2.03 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 80050002 | Arapahoe | CO | 69.3 | 71.3 | 0.00 | 0.29 | 0.00 | 1.20 | 22.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.19 | 0.00 | 0.00 | 0.00 | 0.28 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.02 | |
| 80350004 | Douglas | CO | 71.1 | 73.2 | 0.00 | 0.38 | 0.01 | 1.27 | 24.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.18 | 0.00 | 0.00 | 0.00 | 0.26 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 | |
| 80590006 | Jefferson | CO | 71.3 | 73.7 | 0.01 | 0.49 | 0.03 | 1.32 | 25.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.00 | 0.00 | 0.00 | 0.27 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.03 | 0.03 | |
| 80590011 | Jefferson | CO | 70.9 | 73.9 | 0.01 | 0.30 | 0.02 | 1.50 | 24.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.00 | 0.00 | 0.00 | 0.32 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.02 | 0.02 | |
| 80690011 | Larimer | CO | 71.2 | 73.0 | 0.00 | 0.46 | 0.00 | 1.55 | 21.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.00 | 0.00 | 0.00 | 0.10 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.07 | |
| 81230009 | Weld | CO | 70.2 | 71.4 | 0.01 | 0.49 | 0.02 | 0.95 | 24.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.06 | 0.00 | 0.00 | 0.00 | 0.09 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.04 | |
| 90010017 | Fairfield | CT | 68.9 | 71.2 | 0.08 | 0.03 | 0.07 | 0.03 | 0.07 | 8.70 | 0.18 | 0.04 | 0.02 | 0.09 | 0.01 | 0.39 | 0.44 | 0.11 | 0.09 | 0.34 | 0.05 | 0.01 | 1.18 | 0.06 | 0.50 | 0.17 | 0.03 | 0.21 | 0.03 |
| 90013007 | Fairfield | CT | 71.0 | 75.0 | 0.14 | 0.05 | 0.13 | 0.05 | 0.09 | 4.64 | 0.35 | 0.06 | 0.05 | 0.17 | 0.01 | 0.72 | 0.97 | 0.16 | 0.13 | 0.89 | 0.11 | 0.01 | 1.80 | 0.12 | 0.70 | 0.15 | 0.07 | 0.38 | 0.02 |
| 90019003 | Fairfield | CT | 73.0 | 75.9 | 0.14 | 0.05 | 0.13 | 0.05 | 0.09 | 3.71 | 0.40 | 0.08 | 0.05 | 0.17 | 0.01 | 0.67 | 0.83 | 0.17 | 0.13 | 0.79 | 0.11 | 0.00 | 2.17 | 0.10 | 0.63 | 0.14 | 0.07 | 0.37 | 0.02 |
| 90099002 | New Haven | CT | 69.9 | 72.6 | 0.06 | 0.04 | 0.08 | 0.05 | 0.08 | 9.10 | 0.30 | 0.04 | 0.02 | 0.07 | 0.02 | 0.46 | 0.50 | 0.16 | 0.14 | 0.32 | 0.08 | 0.01 | 1.37 | 0.18 | 0.73 | 0.19 | 0.04 | 0.29 | 0.04 |
| 240251001 | Harford | MD | 70.9 | 73.3 | 0.31 | 0.07 | 0.17 | 0.07 | 0.12 | 0.00 | 0.03 | 0.65 | 0.11 | 0.32 | 0.02 | 0.84 | 1.35 | 0.23 | 0.23 | 1.52 | 0.19 | 0.00 | 22.60 | 0.00 | 0.79 | 0.13 | 0.08 | 0.59 | 0.04 |
| 260050003 | Allegan | MI | 69.0 | 71.7 | 0.35 | 0.08 | 1.64 | 0.09 | 0.18 | 0.00 | 0.00 | 0.09 | 0.18 | 0.03 | 0.03 | 19.62 | 7.11 | 0.77 | 0.77 | 0.58 | 0.70 | 0.00 | 0.01 | 0.00 | 3.32 | 0.11 | 0.40 | 2.61 | 0.06 |
| 261630019 | Wayne | MI | 69.0 | 71.0 | 0.11 | 0.07 | 0.27 | 0.13 | 0.17 | 0.00 | 0.00 | 0.00 | 0.05 | 0.09 | 0.05 | 2.37 | 2.51 | 0.44 | 0.44 | 0.65 | 0.22 | 0.00 | 0.02 | 0.00 | 20.39 | 0.31 | 0.09 | 0.92 | 0.08 |
| 360810124 | Queens | NY | 70.2 | 72.0 | 0.11 | 0.06 | 0.09 | 0.08 | 0.11 | 0.57 | 0.38 | 0.05 | 0.07 | 0.16 | 0.03 | 0.73 | 0.69 | 0.26 | 0.19 | 0.42 | 0.13 | 0.00 | 1.56 | 0.24 | 1.26 | 0.17 | 0.04 | 0.38 | 0.05 |
| 360850067 | Richmond | NY | 67.1 | 68.5 | 0.24 | 0.08 | 0.13 | 0.09 | 0.12 | 0.27 | 0.43 | 0.05 | 0.09 | 0.28 | 0.02 | 0.80 | 0.92 | 0.23 | 0.21 | 0.84 | 0.16 | 0.00 | 1.74 | 0.03 | 0.98 | 0.12 | 0.08 | 0.46 | 0.03 |
| 361030002 | Suffolk | NY | 74.0 | 75.5 | 0.12 | 0.06 | 0.12 | 0.08 | 0.11 | 0.83 | 0.22 | 0.04 | 0.04 | 0.12 | 0.03 | 0.64 | 0.69 | 0.20 | 0.20 | 0.49 | 0.13 | 0.01 | 1.24 | 0.04 | 0.94 | 0.18 | 0.06 | 0.39 | 0.06 |
| 480391004 | Brazoria | TX | 74.0 | 74.9 | 0.35 | 0.08 | 0.90 | 0.21 | 0.30 | 0.00 | 0.00 | 0.00 | 0.21 | 0.14 | 0.08 | 1.00 | 0.32 | 0.40 | 0.47 | 0.14 | 3.80 | 0.00 | 0.00 | 0.00 | 0.22 | 0.34 | 0.63 | 0.88 | 0.10 |
| 481210034 | Denton | TX | 69.7 | 72.0 | 0.49 | 0.07 | 0.58 | 0.13 | 0.27 | 0.00 | 0.00 | 0.00 | 0.27 | 0.34 | 0.06 | 0.23 | 0.16 | 0.10 | 0.40 | 0.11 | 1.92 | 0.00 | 0.01 | 0.00 | 0.08 | 0.11 | 0.33 | 0.24 | 0.07 |
| 482010024 | Harris | TX | 70.4 | 72.8 | 0.39 | 0.04 | 0.29 | 0.12 | 0.13 | 0.00 | 0.00 | 0.00 | 0.39 | 0.26 | 0.05 | 0.34 | 0.13 | 0.17 | 0.17 | 0.10 | 3.06 | 0.00 | 0.00 | 0.00 | 0.06 | 0.06 | 0.50 | 0.38 | 0.05 |
| 482011034 | Harris | TX | 70.8 | 71.6 | 0.32 | 0.03 | 0.54 | 0.10 | 0.15 | 0.00 | 0.00 | 0.00 | 0.53 | 0.16 | 0.04 | 0.51 | 0.12 | 0.27 | 0.32 | 0.05 | 3.38 | 0.00 | 0.00 | 0.00 | 0.17 | 0.23 | 0.39 | 0.63 | 0.05 |
| 482011039 | Harris | TX | 71.8 | 73.5 | 0.37 | 0.04 | 0.99 | 0.12 | 0.20 | 0.00 | 0.00 | 0.00 | 0.23 | 0.13 | 0.05 | 0.88 | 0.24 | 0.33 | 0.33 | 0.11 | 4.72 | 0.00 | 0.00 | 0.00 | 0.27 | 0.20 | 0.79 | 0.88 | 0.07 |
| 484392003 | Tarrant | TX | 72.5 | 74.8 | 0.37 | 0.08 | 0.78 | 0.15 | 0.33 | 0.00 | 0.00 | 0.00 | 0.18 | 0.26 | 0.07 | 0.29 | 0.18 | 0.19 | 0.69 | 0.13 | 1.71 | 0.00 | 0.01 | 0.00 | 0.13 | 0.15 | 0.27 | 0.38 | 0.10 |
| 550790085 | Milwaukee | WI | 71.2 | 73.0 | 0.14 | 0.04 | 0.40 | 0.07 | 0.08 | 0.00 | 0.00 | 0.00 | 0.06 | 0.06 | 0.03 | 15.10 | 5.28 | 0.79 | 0.35 | 0.77 | 0.72 | 0.00 | 0.03 | 0.00 | 2.01 | 0.40 | 0.28 | 0.93 | 0.10 |
| 551170006 | Sheboygan | WI | 72.8 | 75.1 | 0.14 | 0.08 | 0.51 | 0.12 | 0.11 | 0.00 | 0.00 | 0.00 | 0.07 | 0.07 | 0.04 | 15.73 | 7.11 | 0.45 | 0.46 | 0.81 | 0.84 | 0.00 | 0.03 | 0.00 | 2.06 | 0.28 | 0.30 | 1.37 | 0.06 |

C-2

J.A. 0080

| Site ID | County | State | 2023en Average | 2023en Maximum | NE | NV | NH | NJ | NM | NY | NC | ND | OH | OK | OR | PA | RI | SC | SD | TN | TX | UT | VT | VA | WA | WV | WI | WY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40130019 | Maricopa | AZ | 69.3 | 71.4 | 0.00 | 0.09 | 0.00 | 0.00 | 0.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.22 | 0.06 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.01 |
| 40131004 | Maricopa | AZ | 69.8 | 71.0 | 0.00 | 0.14 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.06 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 |
| 80050002 | Arapahoe | CO | 69.3 | 71.3 | 0.34 | 0.33 | 0.00 | 0.00 | 0.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.11 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.30 | 1.23 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 1.04 |
| 80350004 | Douglas | CO | 71.1 | 73.2 | 0.32 | 0.32 | 0.00 | 0.00 | 0.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.10 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.36 | 1.08 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 1.00 |
| 80590006 | Jefferson | CO | 71.3 | 73.7 | 0.41 | 0.31 | 0.00 | 0.00 | 0.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.24 | 0.10 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 1.02 | 0.83 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.81 |
| 80590011 | Jefferson | CO | 70.9 | 73.9 | 0.36 | 0.38 | 0.00 | 0.00 | 0.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.18 | 0.10 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.94 | 1.04 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 1.03 |
| 80690011 | Larimer | CO | 71.2 | 73.0 | 0.25 | 0.37 | 0.00 | 0.00 | 0.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 | 0.10 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.40 | 1.05 | 0.00 | 0.00 | 0.10 | 0.00 | 0.00 | 0.88 |
| 81230009 | Weld | CO | 70.2 | 71.4 | 0.27 | 0.24 | 0.00 | 0.00 | 0.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 0.04 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 1.05 | 0.54 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.58 |
| 90010017 | Fairfield | CT | 68.9 | 71.2 | 0.06 | 0.00 | 0.01 | 6.24 | 0.04 | 17.31 | 0.29 | 0.07 | 1.04 | 0.15 | 0.00 | 5.11 | 0.01 | 0.06 | 0.03 | 0.15 | 0.30 | 0.03 | 0.01 | 1.27 | 0.02 | 0.68 | 0.26 | 0.07 |
| 90013007 | Fairfield | CT | 71.0 | 75.0 | 0.07 | 0.01 | 0.02 | 6.94 | 0.06 | 14.12 | 0.40 | 0.07 | 1.84 | 0.21 | 0.00 | 6.32 | 0.02 | 0.11 | 0.02 | 0.31 | 0.44 | 0.04 | 0.01 | 1.51 | 0.01 | 1.10 | 0.24 | 0.08 |
| 90019003 | Fairfield | CT | 73.0 | 75.9 | 0.07 | 0.01 | 0.02 | 7.75 | 0.06 | 15.80 | 0.43 | 0.06 | 1.60 | 0.21 | 0.01 | 6.56 | 0.02 | 0.12 | 0.02 | 0.28 | 0.45 | 0.04 | 0.01 | 1.91 | 0.01 | 1.14 | 0.20 | 0.08 |
| 90099002 | New Haven | CT | 69.9 | 72.6 | 0.09 | 0.01 | 0.03 | 5.06 | 0.04 | 15.03 | 0.32 | 0.15 | 1.17 | 0.24 | 0.01 | 4.87 | 0.02 | 0.04 | 0.04 | 0.12 | 0.41 | 0.04 | 0.02 | 1.26 | 0.04 | 0.61 | 0.25 | 0.10 |
| 240251001 | Harford | MD | 70.9 | 73.3 | 0.13 | 0.01 | 0.00 | 0.07 | 0.09 | 0.16 | 0.42 | 0.07 | 2.77 | 0.35 | 0.02 | 4.32 | 0.00 | 0.11 | 0.04 | 0.43 | 0.74 | 0.05 | 0.00 | 5.05 | 0.04 | 2.78 | 0.24 | 0.12 |
| 260050003 | Allegan | MI | 69.0 | 71.7 | 0.16 | 0.02 | 0.00 | 0.00 | 0.16 | 0.00 | 0.05 | 0.09 | 0.19 | 1.31 | 0.01 | 0.05 | 0.00 | 0.04 | 0.05 | 0.65 | 2.39 | 0.06 | 0.00 | 0.04 | 0.05 | 0.11 | 1.95 | 0.12 |
| 261630019 | Wayne | MI | 69.0 | 71.0 | 0.17 | 0.03 | 0.00 | 0.01 | 0.08 | 0.06 | 0.20 | 0.12 | 3.81 | 0.62 | 0.05 | 0.18 | 0.00 | 0.05 | 0.04 | 0.27 | 1.12 | 0.09 | 0.00 | 0.16 | 0.07 | 0.23 | 1.08 | 0.18 |
| 360810124 | Queens | NY | 70.2 | 72.0 | 0.12 | 0.02 | 0.06 | 8.57 | 0.07 | 13.55 | 0.35 | 0.12 | 1.88 | 0.32 | 0.02 | 7.16 | 0.04 | 0.09 | 0.05 | 0.13 | 0.58 | 0.07 | 0.07 | 1.56 | 0.03 | 1.01 | 0.38 | 0.14 |
| 360850067 | Richmond | NY | 67.1 | 68.5 | 0.12 | 0.02 | 0.00 | 10.53 | 0.09 | 6.57 | 0.37 | 0.09 | 2.05 | 0.36 | 0.01 | 10.41 | 0.00 | 0.10 | 0.04 | 0.36 | 0.70 | 0.07 | 0.00 | 1.67 | 0.02 | 1.54 | 0.30 | 0.12 |
| 361030002 | Suffolk | NY | 74.0 | 75.5 | 0.12 | 0.02 | 0.01 | 8.88 | 0.06 | 18.11 | 0.23 | 0.20 | 1.76 | 0.34 | 0.03 | 6.86 | 0.00 | 0.05 | 0.05 | 0.22 | 0.60 | 0.07 | 0.02 | 0.99 | 0.06 | 0.81 | 0.25 | 0.14 |
| 480391004 | Brazoria | TX | 74.0 | 74.9 | 0.23 | 0.06 | 0.00 | 0.00 | 0.08 | 0.00 | 0.04 | 0.06 | 0.06 | 0.90 | 0.05 | 0.01 | 0.00 | 0.04 | 0.05 | 0.28 | 26.00 | 0.14 | 0.00 | 0.02 | 0.06 | 0.02 | 0.40 | 0.27 |
| 481210034 | Denton | TX | 69.7 | 72.0 | 0.15 | 0.04 | 0.00 | 0.00 | 0.13 | 0.01 | 0.09 | 0.03 | 0.08 | 1.23 | 0.03 | 0.04 | 0.00 | 0.09 | 0.03 | 0.14 | 26.69 | 0.10 | 0.00 | 0.05 | 0.05 | 0.04 | 0.08 | 0.25 |
| 482010024 | Harris | TX | 70.4 | 72.8 | 0.08 | 0.03 | 0.00 | 0.00 | 0.05 | 0.00 | 0.14 | 0.04 | 0.05 | 0.20 | 0.03 | 0.02 | 0.00 | 0.14 | 0.02 | 0.26 | 25.62 | 0.08 | 0.00 | 0.06 | 0.03 | 0.05 | 0.07 | 0.14 |
| 482011034 | Harris | TX | 70.8 | 71.6 | 0.16 | 0.03 | 0.00 | 0.00 | 0.04 | 0.00 | 0.09 | 0.04 | 0.05 | 0.68 | 0.02 | 0.01 | 0.00 | 0.10 | 0.03 | 0.09 | 25.66 | 0.07 | 0.00 | 0.03 | 0.02 | 0.03 | 0.22 | 0.15 |
| 482011039 | Harris | TX | 71.8 | 73.5 | 0.19 | 0.03 | 0.00 | 0.00 | 0.06 | 0.00 | 0.04 | 0.06 | 0.05 | 0.58 | 0.03 | 0.01 | 0.00 | 0.03 | 0.04 | 0.30 | 22.82 | 0.08 | 0.00 | 0.02 | 0.04 | 0.01 | 0.28 | 0.20 |
| 484392003 | Tarrant | TX | 72.5 | 74.8 | 0.30 | 0.04 | 0.00 | 0.00 | 0.14 | 0.01 | 0.09 | 0.05 | 0.10 | 1.71 | 0.05 | 0.05 | 0.00 | 0.08 | 0.07 | 0.15 | 27.64 | 0.15 | 0.00 | 0.05 | 0.09 | 0.05 | 0.13 | 0.28 |
| 550790085 | Milwaukee | WI | 71.2 | 73.0 | 0.06 | 0.01 | 0.00 | 0.00 | 0.08 | 0.02 | 0.04 | 0.23 | 0.87 | 0.76 | 0.02 | 0.33 | 0.00 | 0.02 | 0.03 | 0.31 | 1.22 | 0.04 | 0.00 | 0.12 | 0.09 | 0.59 | 13.39 | 0.09 |
| 551170006 | Sheboygan | WI | 72.8 | 75.1 | 0.06 | 0.03 | 0.00 | 0.00 | 0.14 | 0.02 | 0.04 | 0.10 | 1.10 | 0.95 | 0.04 | 0.41 | 0.00 | 0.02 | 0.02 | 0.31 | 1.65 | 0.06 | 0.00 | 0.10 | 0.07 | 0.64 | 9.09 | 0.12 |

C-3

J.A. 0081

| Site ID | County | State | 2023en Average | 2023en Maximum | Tribal | Canada/ Mexco | Offshore | Fire | Boundary | Biogenic |
|---|---|---|---|---|---|---|---|---|---|---|
| 40130019 | Maricopa | AZ | 69.3 | 71.4 | 0.06 | 3.29 | 0.37 | 0.49 | 34.74 | 2.52 |
| 40131004 | Maricopa | AZ | 69.8 | 71.0 | 0.06 | 2.70 | 0.34 | 0.56 | 33.85 | 2.24 |
| 80050002 | Arapahoe | CO | 69.3 | 71.3 | 0.22 | 0.55 | 0.14 | 0.46 | 34.84 | 4.24 |
| 80350004 | Douglas | CO | 71.1 | 73.2 | 0.21 | 0.71 | 0.16 | 0.47 | 34.74 | 4.19 |
| 80590006 | Jefferson | CO | 71.3 | 73.7 | 0.21 | 0.90 | 0.17 | 0.66 | 31.41 | 5.40 |
| 80590011 | Jefferson | CO | 70.9 | 73.9 | 0.16 | 0.70 | 0.16 | 0.45 | 32.96 | 4.74 |
| 80690011 | Larimer | CO | 71.2 | 73.0 | 0.25 | 0.78 | 0.19 | 1.74 | 34.54 | 5.71 |
| 81230009 | Weld | CO | 70.2 | 71.4 | 0.23 | 1.04 | 0.15 | 1.57 | 31.11 | 6.08 |
| 90010017 | Fairfield | CT | 68.9 | 71.2 | 0.00 | 1.64 | 0.65 | 0.20 | 16.73 | 3.28 |
| 90013007 | Fairfield | CT | 71.0 | 75.0 | 0.01 | 1.35 | 1.93 | 0.34 | 17.17 | 4.01 |
| 90019003 | Fairfield | CT | 73.0 | 75.9 | 0.01 | 1.37 | 1.96 | 0.33 | 17.00 | 4.09 |
| 90099002 | New Haven | CT | 69.9 | 72.6 | 0.01 | 1.58 | 2.15 | 0.22 | 17.17 | 4.13 |
| 240251001 | Harford | MD | 70.9 | 73.3 | 0.01 | 0.79 | 0.32 | 0.42 | 15.28 | 5.32 |
| 260050003 | Allegan | MI | 69.0 | 71.7 | 0.02 | 0.54 | 0.36 | 0.93 | 11.85 | 8.91 |
| 261630019 | Wayne | MI | 69.0 | 71.0 | 0.02 | 3.13 | 0.17 | 0.44 | 20.06 | 6.93 |
| 360810124 | Queens | NY | 70.2 | 72.0 | 0.01 | 1.73 | 1.39 | 0.25 | 17.87 | 4.45 |
| 360850067 | Richmond | NY | 67.1 | 68.5 | 0.01 | 1.44 | 0.83 | 0.35 | 15.46 | 4.75 |
| 361030002 | Suffolk | NY | 74.0 | 75.5 | 0.01 | 1.85 | 1.24 | 0.30 | 18.94 | 4.49 |
| 480391004 | Brazoria | TX | 74.0 | 74.9 | 0.02 | 0.44 | 2.31 | 2.05 | 24.02 | 5.60 |
| 481210034 | Denton | TX | 69.7 | 72.0 | 0.01 | 0.92 | 1.23 | 0.87 | 24.69 | 6.42 |
| 482010024 | Harris | TX | 70.4 | 72.8 | 0.01 | 0.28 | 4.83 | 0.77 | 27.83 | 2.66 |
| 482011034 | Harris | TX | 70.8 | 71.6 | 0.01 | 0.24 | 3.91 | 1.75 | 25.71 | 3.44 |
| 482011039 | Harris | TX | 71.8 | 73.5 | 0.01 | 0.47 | 4.04 | 2.09 | 24.67 | 4.50 |
| 484392003 | Tarrant | TX | 72.5 | 74.8 | 0.02 | 1.24 | 1.18 | 1.34 | 24.38 | 6.44 |
| 550790085 | Milwaukee | WI | 71.2 | 73.0 | 0.01 | 0.82 | 0.43 | 0.37 | 16.67 | 6.70 |
| 551170006 | Sheboygan | WI | 72.8 | 75.1 | 0.01 | 0.69 | 0.55 | 0.64 | 17.53 | 7.51 |

C-4

J.A. 0082

| Site ID | County | State | 2023 Average | 2023 Maximum | AL | AZ | AR | CA | CO | CT | DE | DC | FL | GA | ID | IL | IN | IA | KS | KY | LA | ME | MD | MA | MI | MN | MS | MO | MT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60190007 | Fresno | CA | 79.2 | 79.4 | 0.00 | 0.16 | 0.00 | 35.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60190011 | Fresno | CA | 78.6 | 81.2 | 0.00 | 0.15 | 0.00 | 35.20 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60190242 | Fresno | CA | 79.4 | 82.2 | 0.00 | 0.21 | 0.00 | 31.98 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60194001 | Fresno | CA | 73.3 | 74.4 | 0.00 | 0.03 | 0.00 | 34.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60195001 | Fresno | CA | 79.6 | 81.2 | 0.00 | 0.12 | 0.00 | 35.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60250005 | Imperial | CA | 73.3 | 74.6 | 0.00 | 0.62 | 0.00 | 9.28 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60251003 | Imperial | CA | 79.0 | 80.0 | 0.00 | 0.67 | 0.00 | 11.34 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60290007 | Kern | CA | 77.7 | 81.3 | 0.00 | 0.07 | 0.00 | 29.99 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60290008 | Kern | CA | 71.3 | 72.8 | 0.00 | 0.17 | 0.00 | 26.44 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60290014 | Kern | CA | 74.1 | 75.2 | 0.00 | 0.11 | 0.00 | 31.54 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60290232 | Kern | CA | 73.7 | 75.2 | 0.00 | 0.03 | 0.00 | 32.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60295002 | Kern | CA | 75.9 | 76.8 | 0.00 | 0.13 | 0.00 | 28.33 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60296001 | Kern | CA | 70.9 | 72.4 | 0.00 | 0.16 | 0.00 | 28.50 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60370002 | Los Angeles | CA | 73.3 | 75.1 | 0.00 | 0.23 | 0.00 | 39.68 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60370016 | Los Angeles | CA | 86.1 | 88.9 | 0.00 | 0.27 | 0.00 | 46.61 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60371201 | Los Angeles | CA | 79.8 | 79.8 | 0.00 | 0.37 | 0.00 | 35.55 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60371701 | Los Angeles | CA | 78.1 | 79.1 | 0.00 | 0.27 | 0.00 | 42.09 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60372005 | Los Angeles | CA | 72.3 | 74.6 | 0.00 | 0.32 | 0.00 | 37.39 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60376012 | Los Angeles | CA | 85.9 | 87.4 | 0.00 | 0.42 | 0.00 | 39.86 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60379033 | Los Angeles | CA | 76.3 | 77.2 | 0.00 | 0.34 | 0.00 | 25.79 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60392010 | Madera | CA | 72.1 | 72.9 | 0.00 | 0.20 | 0.00 | 28.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60470003 | Merced | CA | 69.9 | 71.0 | 0.00 | 0.10 | 0.00 | 28.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60650004 | Riverside | CA | 76.7 | 76.7 | 0.00 | 0.22 | 0.00 | 41.92 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60650012 | Riverside | CA | 83.6 | 85.1 | 0.00 | 0.21 | 0.00 | 38.65 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60651016 | Riverside | CA | 85.2 | 85.5 | 0.00 | 0.22 | 0.00 | 35.47 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60652002 | Riverside | CA | 72.4 | 73.0 | 0.00 | 0.27 | 0.00 | 16.57 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60655001 | Riverside | CA | 79.5 | 80.1 | 0.00 | 0.20 | 0.00 | 24.70 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60656001 | Riverside | CA | 78.3 | 81.6 | 0.00 | 0.17 | 0.00 | 39.14 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60658001 | Riverside | CA | 87.0 | 87.9 | 0.00 | 0.27 | 0.00 | 47.69 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60658005 | Riverside | CA | 83.2 | 84.4 | 0.00 | 0.25 | 0.00 | 45.60 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60659001 | Riverside | CA | 73.7 | 75.9 | 0.00 | 0.16 | 0.00 | 37.28 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60670012 | Sacramento | CA | 74.5 | 75.9 | 0.00 | 0.01 | 0.00 | 35.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60675003 | Sacramento | CA | 69.9 | 71.3 | 0.00 | 0.00 | 0.00 | 34.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60710005 | San Bernardino | CA | 96.2 | 98.1 | 0.00 | 0.23 | 0.00 | 48.09 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60710012 | San Bernardino | CA | 84.1 | 85.8 | 0.00 | 0.46 | 0.00 | 24.28 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60710306 | San Bernardino | CA | 76.2 | 77.4 | 0.00 | 0.14 | 0.00 | 29.72 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60711004 | San Bernardino | CA | 89.8 | 91.0 | 0.00 | 0.35 | 0.00 | 47.69 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60712002 | San Bernardino | CA | 93.1 | 95.0 | 0.00 | 0.14 | 0.00 | 51.11 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60714001 | San Bernardino | CA | 86.0 | 88.5 | 0.00 | 0.21 | 0.00 | 41.23 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60714003 | San Bernardino | CA | 94.1 | 95.8 | 0.00 | 0.10 | 0.00 | 52.53 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60719002 | San Bernardino | CA | 80.0 | 81.4 | 0.00 | 0.45 | 0.00 | 22.21 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60719004 | San Bernardino | CA | 88.4 | 88.7 | 0.00 | 0.10 | 0.00 | 49.35 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60990006 | Stanislaus | CA | 74.8 | 75.7 | 0.00 | 0.03 | 0.00 | 34.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61070006 | Tulare | CA | 69.1 | 71.9 | 0.00 | 0.06 | 0.00 | 7.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61070009 | Tulare | CA | 76.1 | 77.2 | 0.00 | 0.07 | 0.00 | 23.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61072002 | Tulare | CA | 68.9 | 71.4 | 0.00 | 0.12 | 0.00 | 30.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61072010 | Tulare | CA | 73.1 | 73.9 | 0.00 | 0.03 | 0.00 | 30.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61112002 | Ventura | CA | 70.5 | 72.2 | 0.00 | 0.32 | 0.00 | 29.51 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

J.A. 0083

| Site ID | County | State | 2023 Average | 2023 Maximum | NE | NV | NH | NJ | NM | NY | NC | ND | OH | OK | OR | PA | RI | SC | SD | TN | TX | UT | VT | VA | WA | WV | WI | WY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60190007 | Fresno | CA | 79.2 | 79.4 | 0.00 | 0.51 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.08 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.01 |
| 60190011 | Fresno | CA | 78.6 | 81.2 | 0.00 | 0.44 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.09 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.01 |
| 60190242 | Fresno | CA | 79.4 | 82.2 | 0.00 | 0.64 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.10 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.01 |
| 60194001 | Fresno | CA | 73.3 | 74.4 | 0.00 | 0.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.00 |
| 60195001 | Fresno | CA | 79.6 | 81.2 | 0.00 | 0.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 |
| 60250005 | Imperial | CA | 73.3 | 74.6 | 0.00 | 0.09 | 0.00 | 0.00 | 0.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 0.05 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.04 |
| 60251003 | Imperial | CA | 79.0 | 80.0 | 0.00 | 0.25 | 0.00 | 0.00 | 0.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.09 | 0.06 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.03 |
| 60290007 | Kern | CA | 77.7 | 81.3 | 0.00 | 0.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.10 | 0.00 | 0.00 | 0.15 | 0.00 | 0.00 | 0.03 |
| 60290008 | Kern | CA | 71.3 | 72.8 | 0.00 | 0.31 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.02 | 0.00 | 0.00 | 0.10 | 0.00 | 0.00 | 0.01 |
| 60290014 | Kern | CA | 74.1 | 75.2 | 0.00 | 0.38 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 |
| 60290232 | Kern | CA | 73.7 | 75.2 | 0.00 | 0.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.02 | 0.00 | 0.00 | 0.17 | 0.00 | 0.00 | 0.00 |
| 60295002 | Kern | CA | 75.9 | 76.8 | 0.00 | 0.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.06 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 |
| 60296001 | Kern | CA | 70.9 | 72.4 | 0.00 | 0.58 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.02 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 |
| 60370002 | Los Angeles | CA | 73.3 | 75.1 | 0.00 | 0.12 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.16 | 0.03 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.01 |
| 60370016 | Los Angeles | CA | 86.1 | 88.9 | 0.00 | 0.14 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.18 | 0.03 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.02 |
| 60371201 | Los Angeles | CA | 79.8 | 79.8 | 0.00 | 0.17 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.09 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.03 |
| 60371701 | Los Angeles | CA | 78.1 | 79.1 | 0.00 | 0.11 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.19 | 0.03 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.02 |
| 60372005 | Los Angeles | CA | 72.3 | 74.6 | 0.00 | 0.08 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.21 | 0.06 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.02 |
| 60376012 | Los Angeles | CA | 85.9 | 87.4 | 0.00 | 0.18 | 0.00 | 0.00 | 0.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.21 | 0.08 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.04 |
| 60379033 | Los Angeles | CA | 76.3 | 77.2 | 0.00 | 0.15 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.15 | 0.04 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.02 |
| 60392010 | Madera | CA | 72.1 | 72.9 | 0.00 | 0.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.12 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.02 |
| 60470003 | Merced | CA | 69.9 | 71.0 | 0.00 | 0.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.00 |
| 60650004 | Riverside | CA | 76.7 | 76.7 | 0.00 | 0.14 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.03 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.01 |
| 60650012 | Riverside | CA | 83.6 | 85.1 | 0.00 | 0.24 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.02 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 |
| 60651016 | Riverside | CA | 85.2 | 85.5 | 0.00 | 0.28 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.02 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 |
| 60652002 | Riverside | CA | 72.4 | 73.0 | 0.00 | 0.18 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.22 | 0.04 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.02 |
| 60655001 | Riverside | CA | 79.5 | 80.1 | 0.00 | 0.11 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.26 | 0.03 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.02 |
| 60656001 | Riverside | CA | 78.3 | 81.6 | 0.00 | 0.19 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.07 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.01 |
| 60658001 | Riverside | CA | 87.0 | 87.9 | 0.00 | 0.15 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.03 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.01 |
| 60658005 | Riverside | CA | 83.2 | 84.4 | 0.00 | 0.14 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.03 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.01 |
| 60659001 | Riverside | CA | 73.7 | 75.9 | 0.00 | 0.15 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.05 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.01 |
| 60670012 | Sacramento | CA | 74.5 | 75.9 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.20 | 0.00 | 0.00 | 0.00 |
| 60675003 | Sacramento | CA | 69.9 | 71.3 | 0.00 | 0.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.14 | 0.00 | 0.00 | 0.00 |
| 60710005 | San Bernardino | CA | 96.2 | 98.1 | 0.00 | 0.25 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.03 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.01 |
| 60710012 | San Bernardino | CA | 84.1 | 85.8 | 0.00 | 0.15 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.06 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.03 |
| 60710306 | San Bernardino | CA | 76.2 | 77.4 | 0.00 | 0.06 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.01 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 |
| 60711004 | San Bernardino | CA | 89.8 | 91.0 | 0.00 | 0.14 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.22 | 0.04 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.02 |
| 60712002 | San Bernardino | CA | 93.1 | 95.0 | 0.00 | 0.16 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.01 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 |
| 60714001 | San Bernardino | CA | 86.0 | 88.5 | 0.00 | 0.19 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.01 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 |
| 60714003 | San Bernardino | CA | 94.1 | 95.8 | 0.00 | 0.21 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.08 | 0.00 | 0.00 | 0.15 | 0.00 | 0.00 | 0.01 |
| 60719002 | San Bernardino | CA | 80.0 | 81.4 | 0.00 | 0.14 | 0.00 | 0.00 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.28 | 0.05 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.04 |
| 60719004 | San Bernardino | CA | 88.4 | 88.7 | 0.00 | 0.20 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.07 | 0.00 | 0.00 | 0.14 | 0.00 | 0.00 | 0.01 |
| 60990006 | Stanislaus | CA | 74.8 | 75.7 | 0.00 | 0.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.05 | 0.00 | 0.00 | 0.11 | 0.00 | 0.00 | 0.01 |
| 61070006 | Tulare | CA | 69.1 | 71.9 | 0.00 | 0.05 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 |
| 61070009 | Tulare | CA | 76.1 | 77.2 | 0.00 | 0.11 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.00 |
| 61072002 | Tulare | CA | 68.9 | 71.4 | 0.00 | 0.21 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.16 | 0.00 | 0.00 | 0.00 |
| 61072010 | Tulare | CA | 73.1 | 73.9 | 0.00 | 0.20 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.17 | 0.00 | 0.00 | 0.00 |
| 61112002 | Ventura | CA | 70.5 | 72.2 | 0.00 | 0.18 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.08 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.03 |

J.A. 0084

Contributions to 2023 Nonattainment and Maintenance Sites in California (Part 3)

| Site ID | County | State | 2023 Average | 2023 Maximum | Tribal | Canada/ Mexco | Offshore | Fire | Boundary | Biogenic |
|---|---|---|---|---|---|---|---|---|---|---|
| 60190007 | Fresno | CA | 79.2 | 79.4 | 0.00 | 0.29 | 1.19 | 1.39 | 32.52 | 6.85 |
| 60190011 | Fresno | CA | 78.6 | 81.2 | 0.01 | 0.33 | 1.13 | 1.62 | 32.34 | 6.78 |
| 60190242 | Fresno | CA | 79.4 | 82.2 | 0.00 | 0.31 | 1.24 | 1.48 | 34.92 | 7.88 |
| 60194001 | Fresno | CA | 73.3 | 74.4 | 0.00 | 0.12 | 1.68 | 0.87 | 27.76 | 7.90 |
| 60195001 | Fresno | CA | 79.6 | 81.2 | 0.00 | 0.20 | 1.75 | 1.12 | 32.10 | 7.66 |
| 60250005 | Imperial | CA | 73.3 | 74.6 | 0.01 | 19.87 | 1.17 | 0.71 | 38.68 | 2.11 |
| 60251003 | Imperial | CA | 79.0 | 80.0 | 0.01 | 18.74 | 1.14 | 0.61 | 43.58 | 2.08 |
| 60290007 | Kern | CA | 77.7 | 81.3 | 0.00 | 0.30 | 1.59 | 3.27 | 33.68 | 7.70 |
| 60290008 | Kern | CA | 71.3 | 72.8 | 0.01 | 0.67 | 1.96 | 1.05 | 32.77 | 7.30 |
| 60290014 | Kern | CA | 74.1 | 75.2 | 0.00 | 0.31 | 1.68 | 0.85 | 31.31 | 7.37 |
| 60290232 | Kern | CA | 73.7 | 75.2 | 0.00 | 0.13 | 1.67 | 1.11 | 29.43 | 7.73 |
| 60295002 | Kern | CA | 75.9 | 76.8 | 0.00 | 0.35 | 1.34 | 3.80 | 33.45 | 7.68 |
| 60296001 | Kern | CA | 70.9 | 72.4 | 0.00 | 0.50 | 1.59 | 0.63 | 30.55 | 7.98 |
| 60370002 | Los Angeles | CA | 73.3 | 75.1 | 0.01 | 1.47 | 3.53 | 0.82 | 24.67 | 2.15 |
| 60370016 | Los Angeles | CA | 86.1 | 88.9 | 0.01 | 1.73 | 4.14 | 0.97 | 28.98 | 2.53 |
| 60371201 | Los Angeles | CA | 79.8 | 79.8 | 0.02 | 1.74 | 4.20 | 1.29 | 32.92 | 2.83 |
| 60371701 | Los Angeles | CA | 78.1 | 79.1 | 0.01 | 1.82 | 4.16 | 0.97 | 25.57 | 2.35 |
| 60372005 | Los Angeles | CA | 72.3 | 74.6 | 0.01 | 1.76 | 4.10 | 1.17 | 24.34 | 2.37 |
| 60376012 | Los Angeles | CA | 85.9 | 87.4 | 0.02 | 2.27 | 4.69 | 1.22 | 32.85 | 3.43 |
| 60379033 | Los Angeles | CA | 76.3 | 77.2 | 0.01 | 1.82 | 3.52 | 0.45 | 40.73 | 2.75 |
| 60392010 | Madera | CA | 72.1 | 72.9 | 0.00 | 0.23 | 1.22 | 1.30 | 32.12 | 7.30 |
| 60470003 | Merced | CA | 69.9 | 71.0 | 0.00 | 0.37 | 1.94 | 1.12 | 30.92 | 5.97 |
| 60650004 | Riverside | CA | 76.7 | 76.7 | 0.01 | 1.37 | 3.64 | 0.72 | 25.79 | 2.34 |
| 60650012 | Riverside | CA | 83.6 | 85.1 | 0.00 | 1.30 | 3.33 | 0.31 | 36.48 | 2.66 |
| 60651016 | Riverside | CA | 85.2 | 85.5 | 0.00 | 1.60 | 3.00 | 3.09 | 38.71 | 2.54 |
| 60652002 | Riverside | CA | 72.4 | 73.0 | 0.01 | 2.29 | 1.39 | 2.24 | 46.66 | 2.08 |
| 60655001 | Riverside | CA | 79.5 | 80.1 | 0.01 | 2.71 | 2.67 | 3.03 | 42.81 | 2.40 |
| 60656001 | Riverside | CA | 78.3 | 81.6 | 0.00 | 1.13 | 4.03 | 0.53 | 30.14 | 2.55 |
| 60658001 | Riverside | CA | 87.0 | 87.9 | 0.01 | 1.76 | 4.77 | 0.77 | 28.27 | 2.68 |
| 60658005 | Riverside | CA | 83.2 | 84.4 | 0.01 | 1.68 | 4.56 | 0.73 | 27.04 | 2.57 |
| 60659001 | Riverside | CA | 73.7 | 75.9 | 0.00 | 1.71 | 4.96 | 1.03 | 25.56 | 2.43 |
| 60670012 | Sacramento | CA | 74.5 | 75.9 | 0.00 | 0.12 | 0.88 | 1.16 | 29.33 | 5.92 |
| 60675003 | Sacramento | CA | 69.9 | 71.3 | 0.00 | 0.06 | 0.79 | 1.26 | 26.47 | 6.04 |
| 60710005 | San Bernardino | CA | 96.2 | 98.1 | 0.00 | 1.36 | 3.68 | 0.44 | 38.71 | 2.77 |
| 60710012 | San Bernardino | CA | 84.1 | 85.8 | 0.02 | 1.33 | 1.83 | 0.33 | 53.12 | 1.93 |
| 60710306 | San Bernardino | CA | 76.2 | 77.4 | 0.00 | 0.67 | 2.10 | 0.50 | 40.62 | 2.02 |
| 60711004 | San Bernardino | CA | 89.8 | 91.0 | 0.01 | 2.03 | 4.00 | 0.95 | 31.07 | 2.74 |
| 60712002 | San Bernardino | CA | 93.1 | 95.0 | 0.00 | 1.58 | 4.58 | 0.75 | 31.34 | 2.82 |
| 60714001 | San Bernardino | CA | 86.0 | 88.5 | 0.00 | 0.91 | 2.69 | 0.37 | 37.56 | 2.45 |
| 60714003 | San Bernardino | CA | 94.1 | 95.8 | 0.00 | 0.98 | 4.15 | 0.69 | 31.70 | 2.90 |
| 60719001 | San Bernardino | CA | 80.0 | 81.4 | 0.01 | 2.80 | 2.23 | 3.20 | 45.72 | 2.29 |
| 60719004 | San Bernardino | CA | 88.4 | 88.7 | 0.00 | 0.92 | 3.90 | 0.65 | 29.78 | 2.72 |
| 60990006 | Stanislaus | CA | 74.8 | 75.7 | 0.00 | 0.34 | 2.19 | 1.77 | 30.24 | 5.06 |
| 61070006 | Tulare | CA | 69.1 | 71.9 | 0.00 | 0.33 | 0.55 | 4.43 | 53.61 | 2.46 |
| 61070009 | Tulare | CA | 76.1 | 77.2 | 0.00 | 0.43 | 1.44 | 3.40 | 39.41 | 7.08 |
| 61072002 | Tulare | CA | 68.9 | 71.4 | 0.00 | 0.25 | 1.58 | 0.95 | 26.88 | 7.42 |
| 61072010 | Tulare | CA | 73.1 | 73.9 | 0.00 | 0.15 | 1.78 | 1.17 | 30.26 | 8.67 |
| 61112002 | Ventura | CA | 70.5 | 72.2 | 0.02 | 1.65 | 4.60 | 1.01 | 29.69 | 2.75 |

J.A. 0085

Bryan W. Shaw, Ph.D., P.E., *Chairman*

Toby Baker, *Commissioner*

Jon Niermann, *Commissioner*

Stephanie Bergeron Perdue, *Interim Executive Director*



SEP - 5 2018

## TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

*Protecting Texas by Reducing and Preventing Pollution*

August 17, 2018

**Docket No. 2017-1762-SIP**
**Project No. 2017-039-SIP-NR**

Ms. Anne Idsal
Regional Administrator
U.S. Environmental Protection Agency - Region 6
1445 Ross Avenue
Dallas, Texas 75202-2733

Dear Ms. Idsal:

On August 8, 2018, the Texas Commission on Environmental Quality (Commission) adopted revisions to the State Implementation Plan (SIP) to meet Federal Clean Air Act (FCAA), Section 110(a)(2)(D) transport requirements for the 2015 ozone National Ambient Air Quality Standards (NAAQS).

The Commission adopted the 2015 Ozone NAAQS Transport SIP Revision. The SIP revision outlines the requirements of FCAA, Section 110(a)(2)(D)(i) and (ii) and the Texas provisions supporting the requirements for the 2015 ozone NAAQS. The revision also includes a technical demonstration to support the determination that Texas meets the interstate transport requirements of Section 110(a)(2)(D)(i)(I). The infrastructure requirements of FCAA, Section 110(a)(2)(A) through (C) and (E) through (M) are addressed in a separate SIP revision (Non-Rule Project No. 2017-040-SIP-NR).

Enclosed are the proposed revisions to the SIP, a public hearing certification, a complete record of the public hearing, and the accompanying order. I look forward to your expeditious approval of these SIP revisions.

Sincerely,

Bryan W. Shaw, Ph.D., P.E.
Chairman

BWS/alb

Enclosures

cc:     The Honorable Greg Abbott, Governor of Texas
        Mr. Steven Schar, Office of Budget and Policy, Office of the Governor
        Ms. Stephanie Bergeron Perdue, Interim Executive Director, Texas Commission
        on Environmental Quality

J.A. 0086

\*      \*      \*

In this SIP revision, the TCEQ is partially addressing its concern with the use of the 1% of NAAQS threshold as the definition of significant contribution to nonattainment by adding a step that uses a more comprehensive analysis to determine **if** emissions from an upwind state contribute **significantly** to nonattainment or interfere with maintenance.

For Step 1, the TCEQ used regional photochemical modeling to identify monitors projected to be in nonattainment or have maintenance issues in the future year. In Step 2, if the Texas contribution to a monitor's future year design value was greater than or equal to 1% of the NAAQS (i.e., 0.7 ppb) the monitor was tagged for further review. In Step 3, a comprehensive review of modeling and analysis of monitoring data was used to determine if emissions from Texas contributed significantly to nonattainment or interfered with maintenance for monitors tagged in Step 2.

## 3.2 STEP 1: IDENTIFICATION OF PROJECTED NONATTAINMENT AND MAINTENANCE MONITORS

The TCEQ used photochemical modeling, in accordance with the EPA's 2014 *Draft Modeling Guidance for Demonstrating Attainment of Air Quality Goals for Ozone, PM$_{2.5}$, and Regional Haze* (EPA Modeling Guidance)[4], to identify monitors projected to be in nonattainment in a future year. Photochemical modeling for ozone consists of using a regional Chemical Transport Model (CTM) with appropriate meteorological and emissions inputs, to simulate the formation and transport of ozone.

To assess the future attainment status of monitors, the EPA's Modeling Guidance uses modeling results in a relative sense. This relative approach is based on how the model responds to the change in emissions between a base year and a future year while holding meteorological inputs constant. For this SIP revision, the TCEQ used a 2012 base year and a 2023 future year to identify monitors projected to be in nonattainment or have maintenance issues in the future. The future year of 2023 was chosen based on the assumed attainment date for moderate nonattainment areas as detailed in EPA's 2015 Transport NODA.

The photochemical modeling process began with episode, base year, and domain selection. Base case and future year modeling was conducted, and results were interpreted to determine future year (2023) design values (DV$_F$) at monitoring sites in the modeling domain.

### 3.2.1 Modeling Domain

The geographic extent of the modeling domain used for the 2015 ozone NAAQS Transport SIP revision is shown in Figure 3-1: *Map of 2015 Ozone NAAQS Transport SIP Revision CTM Modeling Domain*. The domain includes the 48 contiguous states of the United States (U.S.), with parts of southern Canada and northern Mexico.

---

[4] https://www3.epa.gov/scram001/guidance/guide/Draft_O3-PM-RH_Modeling_Guidance-2014.pdf

J.A. 0088



**Figure 3-1: Map of 2015 Ozone NAAQS Transport SIP Revision CTM Modeling Domain**

The CTM used for this SIP revision is the Comprehensive Air Quality Model with Extensions (CAMx), version 6.40. CAMx is a three-dimensional grid-based Eulerian model designed to simulate the formation and transport of ozone and ozone precursor concentrations over regional and urban spatial scales. [5] The modeling domain, referred to as the rpo_12km domain, has a horizontal grid resolution of 12 kilometers (km) by 12 km and 29 vertical layers. The domain definitions are provided in *Table 3-1: 2015 Ozone NAAQS Transport SIP Revision CAMx Modeling Domain Definitions.*

Table 3-2: *2015 Ozone NAAQS Transport SIP Revision CAMx Modeling Domain Vertical Structure* provides details of the modeling domain vertical layers such as the top and center height in meters Above Ground Level (m AGL) and thickness in meters (m).

---

[5] http://www.camx.com/about/default.aspx

J.A. 0089

\* \* \*



**Figure 3-5: Change in Texas Drought Conditions from July 2011 to July 2012**

3.2.2.2 Ozone Production in 2012

The TCEQ analyzed, similarly to the EPA's analysis for its transport modeling,[13] the meteorologically adjusted ozone trends for the NCDC climate regions for May through September 2012. Figure 3-6: *Meteorologically-Adjusted Ozone Trends for NCDC Climate Regions for 2000 through* 2016[14] shows the meteorologically-adjusted ozone trends from 2000 through 2016. The 2010 through 2016 time period shows variation in ozone conducive conditions across years and climate regions. The year 2012 was more conducive (relative to 2010 through 2016) for ozone formation in the Northeast, Upper Midwest, Northwest, Northern Rockies and Plains, and West regions while for the Ohio River Valley, South, Southeast, and Southwest climate regions 2011 was more conducive to ozone production. In the past the EPA has acknowledged that no single year will be representative of "typical" meteorological conditions for ozone for all regions of the U.S. (EPA, August 2016). Based on this analysis, the TCEQ concluded that the well-tested 2012 modeling platform is appropriate for use in this SIP revision.

---

[13] "Air Quality Modeling Technical Support Document for the 2008 Ozone NAAQS Cross-State Air Pollution Rule Proposal", available at https://www.epa.gov/sites/production/files/2015-11/documents/air_quality_modeling_tsd_proposed_rule.pdf
[14] Data for this analysis shown in Figure 3-6 was obtained from the EPA's Air-Trends webpage (https://www.epa.gov/air-trends/trends-ozone-adjusted-weather-conditions)

\*     \*     \*



**Figure 3-27: RMSE for May through September 2012 Episode at AQS Monitoring Sites**

**Table 3-7: Statistical Model Performance Evaluation Metrics for TCEQ's 2015 Ozone NAAQS Transport SIP Revision Configuration**

| Climate Region | No. of Obs | MB (ppb) | ME (ppb) | NMB (%) | NME (%) | RMSE (ppb) |
|---|---|---|---|---|---|---|
| Northeast | 5281 | 4.1 | 8.4 | 5.9 | 12.2 | 11.0 |
| Ohio Valley | 9861 | -2.5 | 6.8 | -3.6 | 10.0 | 8.5 |
| Upper Midwest | 2950 | -6.2 | 8.3 | -8.9 | 11.9 | 9.9 |
| Southeast | 3203 | 3.1 | 6.8 | 4.7 | 10.2 | 8.8 |
| South | 5020 | -3.9 | 6.5 | -5.7 | 9.6 | 8.1 |
| Southwest | 7215 | -5.5 | 7.1 | -8.4 | 10.8 | 9.0 |
| Northern Rockies | 1084 | -7.5 | 8.6 | -11.8 | 13.4 | 10.4 |
| Northwest | 193 | -7.0 | 8.2 | -10.9 | 12.7 | 10.2 |
| West | 10672 | -9.2 | 10.4 | -13.1 | 14.9 | 12.7 |
| National | 45479 | -3.9 | 8.0 | -5.7 | 11.7 | 10.1 |

Overall, the base case modeling showed reasonable model performance and is comparable with the EPA's modeling documented in the 2015 Transport NODA. Although the EPA had better performance in the Northeast climate region, in the South

climate region, which includes Texas and surrounding states, the TCEQ's modeling performed better than the EPA's. Detailed performance evaluation for the 2012 base case modeling episode is included in Appendix C: *Photochemical Model Performance Evaluation for the Transport State Implementation Plan Revision for the 2015 Eight-Hour Ozone National Ambient Air Quality Standard.*

### 3.2.4 Future Year Modeling

Future year modeling is used to predict ozone concentrations and calculate a $DV_F$ at each AQS monitor in the modeling domain in the future year, 2023. In future year modeling, the same modeling episode (May through September 2012) is used, but with projected future anthropogenic emissions. Future year modeling predicts the change in ozone concentrations due to changes in anthropogenic emissions in a future year while keeping the meteorological and natural emissions (biogenic and wildfires) inputs constant. Future year modeling answers the question: what would the ozone concentrations be in the future if the same meteorological conditions (that resulted in a high ozone episode in the past) were to repeat?

The meteorological inputs generated for May through September 2012 using the WRF model and described in section 3.2.3.1: *Meteorological Modeling* were used as inputs to the CTM in the future year modeling.

#### 3.2.4.1 Emissions Modeling

For future year modeling, emissions inventories were developed for the anthropogenic emissions source categories by applying growth and control factors to base year emissions. Growth and control factors are developed based on the projected growth in the demand for goods and services, along with the reduction in emissions expected from state, local, and federal control programs. Figure 3-28: *Future Year Representative Day Total Anthropogenic Precursor Emissions by Geographic Region* shows the total projected anthropogenic precursor emissions in the rpo_12km domain by major geographic region on a representative 2023 summer weekday in tons per day. Figure 3-29: *Future Year Representative Day Total Anthropogenic Precursor Emissions by Source Category* shows the total projected anthropogenic precursor emissions in the rpo_12km domain by source category for a sample 2023 summer weekday in tons per day.

J.A. 0094

\*   \*   \*

concentrations for three years) and any emissions reductions that might have occurred. It should be noted that it is possible that the latest regulatory design value might also be the maximum design value. Figure 3-36: *2023 Maintenance Future Year Design Value (MDV$_F$) for the AQS Monitors in the RPO_12km Domain* shows the MDV$_F$ for all the AQS monitors in the rpo_12km domain.



**Figure 3-36:  2023 Maintenance Future Year Design Value (MDV$_F$) for the AQS Monitors in the RPO_12km Domain**

### 3.3 STEP 2: SOURCE APPORTIONMENT AND IDENTIFICATION OF DOWNWIND MONITORS TAGGED FOR FURTHER REVIEW

Section 3.2 detailed how photochemical modeling was used in the relative sense to identify monitors projected to be in nonattainment or have maintenance issues in 2023. In this section, details on Step 2 and the identification of the subset of monitors that might be impacted by Texas emissions from the approximately 1200 AQS monitors in the rpo_12km domain are presented. The subset of monitors tagged in Step 2 were further reviewed in Step 3 to determine if emissions from Texas contribute significantly to nonattainment or interfere with maintenance at that monitor.

The Anthropogenic Culpability Precursor Analysis (APCA) tool was used to identify and tag the subset of downwind monitors that might be impacted by Texas emissions (and will be further reviewed in Step 3). APCA is a probing tool in CAMx that is used to apportion the modeled ozone concentration at each grid cell at each simulation hour to specific user-defined geographic regions and/or source categories. APCA does this by keeping track of the origin of the NO$_x$ and VOC precursors creating the ozone in each grid cell for each time step during the model run.

The APCA contribution categories chosen were to facilitate better understanding of interstate problems at the monitors within the rpo_12km domain. Since Step 2 is to identify monitors that might be impacted by Texas emissions, the TCEQ considered Texas anthropogenic emissions as a contribution category for this SIP revision. Anthropogenic emissions from other states in the continental U.S. were grouped together as one contribution category. Other contribution categories were chosen to separate out the impacts of emissions that are not directly related to interstate problems such as biogenics, fires, ocean, etc. The following are source contribution categories that were used in the APCA model run:

- Texas Anthro – $NO_x$ and VOC emissions from Texas anthropogenic sources;

- Non-Texas U.S. Anthro – $NO_x$ and VOC emissions from anthropogenic sources in the 47 other states of the continental U.S.;

- Non-U.S. Anthro – $NO_x$ and VOC emissions from southern Canadian and northern Mexican anthropogenic sources included in the rpo_12km domain;

- Ocean Anthro – $NO_x$ and VOC emissions from ocean-going vessels and off-shore oil and gas platforms;

- Biogenic Emissions;

- Fires; and

- Initial and boundary conditions.

Figure 3-37: *APCA Geographic Regions for the 2015 Ozone NAAQS Transport SIP* shows a map of the APCA contribution categories with Texas in red, Non-Texas U.S. in pink, Non-U.S. in lavender, and Ocean in blue.

J.A. 0097



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
RESEARCH TRIANGLE PARK, NC 27711

OFFICE OF
AIR QUALITY PLANNING
AND STANDARDS

**AUG 3 1** 2018

**MEMORANDUM**

**SUBJECT:**   Analysis of Contribution Thresholds for Use in Clean Air Act Section
110(a)(2)(D)(i)(I) Interstate Transport State Implementation Plan Submissions for
the 2015 Ozone National Ambient Air Quality Standards

**FROM:**       Peter Tsirigotis
Director

**TO:**           Regional Air Division Directors, Regions 1–10

The purpose of this memorandum is to provide analytical information regarding the degree
to which certain air quality threshold amounts capture the collective amount of upwind
contribution from upwind states to downwind receptors for the 2015 ozone National Ambient Air
Quality Standards (NAAQS). It also interprets that information to make recommendations about
what thresholds may be appropriate for use in state implementation plan (SIP) revisions addressing
the good neighbor provision for that NAAQS. This document does not substitute for provisions or
regulations of the Clean Air Act (CAA), nor is it a regulation itself. Rather, it provides
recommendations for states using the included analytical information in developing SIP
submissions, and for the Environmental Protection Agency (EPA) Regional offices in acting on
them. Thus, it does not impose binding, enforceable requirements on any party. State air agencies
retain the discretion to develop good neighbor SIP revisions that differ from this guidance.

Following these recommendations does not ensure that the EPA will approve a SIP revision
in all instances where the recommendations are followed, as the guidance may not apply to the
facts and circumstances underlying a particular SIP. Final decisions by the EPA to approve a
particular SIP revision will only be made based on the requirements of the statute and will only be
made following an air agency's final submission of the SIP revision to the EPA, and after
appropriate notice and opportunity for public review and comment. Interested parties may raise
comment about the appropriateness of the application of this guidance to a particular SIP revision.
The EPA and air agencies should consider whether the recommendations in this guidance are
appropriate for each situation.

J.A. 0098

**Introduction**

CAA section 110(a)(2)(D)(i)(I), otherwise known as the good neighbor provision, requires SIPs to prohibit emissions "which will contribute significantly to nonattainment in, or interfere with maintenance by, any other state with respect to any" NAAQS. The EPA has historically used a 4-step framework to address upwind state obligations under the good neighbor provision for regional pollutants like ozone, which includes the following steps: (1) identify downwind areas, referred to as "receptors," expected to have problems attaining or maintaining the NAAQS; (2) identify upwind states that contribute to those downwind air quality problems and warrant further review and analysis; (3) identify the emissions reductions (if any) necessary to eliminate an upwind state's significant contribution to nonattainment and/or interference with maintenance of the NAAQS in the downwind areas, considering cost and air quality factors; and (4) adopt permanent and enforceable measures needed to achieve those emissions reductions. The EPA notes that, in developing their SIP revisions for the 2015 ozone NAAQS, states have flexibility to follow this framework or develop alternative frameworks to evaluate interstate transport obligations, so long as a state's chosen approach has adequate technical justification and is consistent with the requirements of the CAA

At Step 2, the EPA has used an air quality screening threshold to determine whether or not a state contributes to a downwind air quality problem in amounts that warrant further evaluation as part of a multi-factor analysis in Step 3. Upwind states that impact a downwind receptor by less than the screening threshold do not contribute to the downwind air quality problem at Step 2. The EPA has previously determined that such states do not significantly contribute to nonattainment or interfere with maintenance of the NAAQS under the good neighbor provision without additional analysis. Upwind states that impact a downwind receptor at or above the threshold are identified as contributing to a downwind air quality problem (i.e., they are said to be "linked" to that downwind receptor). The Step 3 analysis is then used to determine if the linked upwind state's contribution is "significant" or will "interfere with maintenance" of the NAAQS at the downwind receptor(s).[1]

Determining an appropriate screening threshold is a critical component of designing and then applying Step 2. Each time EPA sets a new or revised NAAQS, states and EPA can evaluate collective contribution to identify an appropriate threshold for that NAAQS. This assessment uses data and air quality analyses that are specifically applicable to the NAAQS being considered and the relevant air quality conditions (e.g., pollutant concentrations and the magnitude of interstate transport). As a result, conclusions made with respect to one NAAQS are not by default applicable to another NAAQS. In previous federal actions,[2] EPA's analysis of collective contribution concluded that a screening threshold equivalent to 1 percent of the 1997 and 2008 ozone NAAQS was appropriate at Step 2. In this document, we evaluate data pertinent to several alternative thresholds that could be applicable to the development of SIP revisions to address the 2015 ozone

---

[1] Note that upwind states that are linked to a downwind receptor at Step 2 may nevertheless be found to not significantly contribute to nonattainment or interfere with maintenance at the receptor depending on the outcome of the Step 3 analysis.

[2] In the Cross-State Air Pollution Rule (CSAPR), the EPA used 0.80 parts per billion (ppb) as the threshold, which is 1 percent of the 1997 ozone NAAQS. 76 FR 48208, 48238 (August 8, 2011). Most recently, in the Cross-State Air Pollution Rule Update for the 2008 Ozone NAAQS (CSAPR Update), the EPA used 0.75 ppb as the threshold, which is 1 percent of the 2008 ozone NAAQS. 81 FR 74504, 74518 (October 26, 2016).

2

NAAQS of 70 ppb. We compare a threshold equivalent to 1 percent of the 2015 ozone NAAQS (i.e., a threshold of 0.70 ppb), consistent with EPA's previously applied screening thresholds at Step 2, as well as two alternative thresholds: 1 ppb and 2 ppb. The purpose of this analysis is to examine the amount of collective upwind contribution—i.e., the sum of contributions from states that are linked to each receptor—for each of these alternative thresholds. The data provided in this analysis are drawn from the results of EPA's updated 2023 modeling, which was released in a memorandum in March 2018.[3] The analysis presented here is similar to the analysis of alternative thresholds conducted to select the screening thresholds used in both the CSAPR and CSAPR Update rulemakings.[4,5] Based on the data and analysis summarized here, the EPA believes that a threshold of 1 ppb may be appropriate for states to use to develop SIP revisions addressing the good neighbor provision for the 2015 ozone NAAQS.

## Methodology for Analyzing Alternative Thresholds

The EPA's 2023 state-by-state contribution modeling is used to calculate the absolute and relative amount of total upwind "collective contribution" captured by each of the three alternative thresholds evaluated in this analysis: 0.70 ppb (1 percent of the 2015 ozone NAAQS), 1 ppb, and 2 ppb. The ozone concentration and collective contribution data for each alternative threshold are provided in several tables, as described below. In the analysis of alternative screening thresholds, the EPA focused on data for the receptors outside of California since no other states were projected to impact any of the receptors in California at or above a threshold equivalent to 1 percent of the 2015 ozone NAAQS.[6] Data are therefore provided for each of the 2023 nonattainment and maintenance receptors outside of California identified using the CSAPR methodology for determining future year receptors.[7] In Table 1 below, we provide the projected 2023 average design value and the sum of the contributions from all upwind states (i.e., total upwind contribution) for each of these receptors. Table 1 further provides data on the amount of the total upwind contribution (ppb) that is captured by each of the three thresholds (i.e., the collective contribution) and at each receptor considered in this analysis. In Table 2 below, we express the amount of contribution captured at each alternative threshold considered in this analysis as a percent of the amount of the total upwind contribution. Finally, in Table 3 below, we compare the net amount of contribution captured at the 1 ppb and 2 ppb thresholds as a percentage of the amount of contribution captured at the 0.70 ppb, 1 percent threshold.

---

[3] Information on the Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards under Clean Air Act Section 110(a)(2)(D)(i)(I) (March 2018). *https://www.epa.gov/airmarkets/march-2018-memo-and-supplemental-information-regarding-interstate-transport-sips-2015.*

[4] Air Quality Modeling Technical Support Document for the Final Cross State Air Pollution Rule Update (August 2016). *https://www.epa.gov/airmarkets/air-quality-modeling-technical-support-document-final-cross-state-air-pollution-rule.*

[5] Air Quality Modeling Final Rule Technical Support Document (for the Final Transport Rule now known as CSAPR; June 2011). *https://www.epa.gov/csapr/air-quality-modeling-final-rule-technical-support-document.*

[6] March 2018 Memo and Supplemental Information Regarding Interstate Transport SIPs for the 2015 Ozone NAAQS (March 2018). *https://www.epa.gov/airmarkets/march-2018-memo-and-supplemental-information-regarding-interstate-transport-sips-2015.*

[7] *See* 81 FR 74530-531.

3

**Results**

The data in the tables below indicate that, for the 2015 ozone NAAQS, the amount of upwind collective contribution captured using a 1 ppb threshold is generally comparable to the amount captured using a threshold equivalent to 1 percent of the NAAQS. In particular, the data in Table 1 indicate that using a 1 percent threshold captures 77 percent of the total upwind contribution when summed across all receptors. Overall, using a 1 ppb threshold captures 70 percent, which is a similar and only slightly lower amount of contribution. By contrast, using a 2 ppb threshold captures 55 percent, much less of the total contribution summed across all receptors. The data in Table 2 indicate that the percent of upwind contribution captured by a 1 percent and 1 ppb threshold at individual receptors are also of a similar magnitude at most sites. However, a 2 ppb threshold captures a notably lower portion of the total upwind contribution at most receptors. Finally, the data in Table 3 indicate that, on average across all receptors, a 1 ppb threshold captures 86 percent of the net contribution captured using a 1 percent threshold, whereas, a 2 ppb threshold captures only half of the net contribution using 1 percent.

Because the amount of upwind collective contribution captured with the 1 percent and 1 ppb thresholds is generally comparable, overall, we believe it may be reasonable and appropriate for states to use a 1 ppb contribution threshold, as an alternative to a 1 percent threshold, at Step 2 of the 4-step framework in developing their SIP revisions addressing the good neighbor provision for the 2015 ozone NAAQS. Although the 1 ppb threshold captures somewhat less upwind contribution across receptors than the 1 percent threshold, the 1 ppb threshold still generally captures a substantial amount of transported contribution from upwind states to downwind receptors. Thus, the use of a 1 ppb threshold to identify linked upwind states still provides the potential, at Step 3, for meaningful emission reductions in linked upwind states in order to aid downwind states with attainment and maintenance of the 2015 ozone NAAQS. However, the amount of upwind contribution captured using a 2 ppb threshold is notably less at most receptors than the amount captured with either a 1 ppb or 1 percent threshold, and therefore emission reductions from states linked at that higher threshold may be insufficient to address collective upwind state contribution to downwind air quality problems.

Please share this information with the air agencies in your Region.

**For Further Information**

If you have any questions concerning this memorandum, please contact Norm Possiel at (919) 541-5692, *possiel.norm@epa.gov* for modeling information or Beth Palma at (919) 541-5432, *palma.elizabeth@epa.gov* for any other information.

4

Table 1. Total upwind contribution and the sum of upwind contribution at each receptor captured using each alternative threshold (units are ppb).

| Site | State | County | 2023 Average Design Value | Total Upwind State Contribution | Sum of Upwind Contribution Captured with 0.70 ppb Threshold | Sum of Upwind Contribution Captured with 1 ppb Threshold | Sum of Upwind Contribution Captured with 2 ppb Threshold |
|---|---|---|---|---|---|---|---|
| 40130019 | AZ | Maricopa | 69.3 | 2.55 | 1.87 | 1.87 | 0.00 |
| 40131004 | AZ | Maricopa | 69.8 | 2.58 | 2.03 | 2.03 | 2.03 |
| 80050002 | CO | Arapahoe | 69.3 | 5.98 | 3.47 | 3.47 | 0.00 |
| 80350004 | CO | Douglas | 71.1 | 5.94 | 3.35 | 3.35 | 0.00 |
| 80590006 | CO | Jefferson | 71.3 | 7.06 | 4.68 | 2.34 | 0.00 |
| 80590011 | CO | Jefferson | 70.9 | 6.98 | 4.51 | 3.57 | 0.00 |
| 80690011 | CO | Larimer | 71.2 | 6.33 | 3.48 | 2.60 | 0.00 |
| 81230009 | CO | Weld | 70.2 | 5.63 | 2.77 | 1.05 | 0.00 |
| 90010017 | CT | Fairfield | 68.9 | 37.44 | 32.15 | 32.15 | 28.66 |
| 90013007 | CT | Fairfield | 71.0 | 41.29 | 36.91 | 33.63 | 27.38 |
| 90019003 | CT | Fairfield | 73.0 | 44.24 | 38.55 | 36.93 | 32.28 |
| 90099002 | CT | New Haven | 69.9 | 35.25 | 29.49 | 28.76 | 24.96 |
| 240251001 | MD | Harford | 70.9 | 25.88 | 20.16 | 17.79 | 14.92 |
| 260050003 | MI | Allegan | 69.0 | 42.90 | 38.87 | 36.63 | 31.73 |
| 261630019 | MI | Wayne | 69.0 | 17.63 | 11.81 | 10.89 | 8.69 |
| 360810124 | NY | Queens | 70.2 | 30.68 | 23.73 | 23.00 | 15.73 |
| 361030002 | NY | Suffolk | 74.0 | 28.82 | 22.31 | 18.74 | 15.74 |
| 480391004 | TX | Brazoria | 74.0 | 13.36 | 7.48 | 4.80 | 3.80 |
| 481210034 | TX | Denton | 69.7 | 8.64 | 3.15 | 3.15 | 0.00 |
| 482010024 | TX | Harris | 70.4 | 8.19 | 3.06 | 3.06 | 3.06 |
| 482011034 | TX | Harris | 70.8 | 9.86 | 3.38 | 3.38 | 3.38 |
| 482011039 | TX | Harris | 71.8 | 13.01 | 8.26 | 4.72 | 4.72 |
| 484392003 | TX | Tarrant | 72.5 | 10.06 | 4.20 | 3.42 | 0.00 |

J.A. 0102

| Site | State | County | 2023 Average Design Value | Total Upwind State Contribution | Sum of Upwind Contribution Captured with 0.70 ppb Threshold | Sum of Upwind Contribution Captured with 1 ppb Threshold | Sum of Upwind Contribution Captured with 2 ppb Threshold |
|------|-------|--------|---------------------------|---------------------------------|--------------------------------------------------------------|-------------------------------------------------------------|-------------------------------------------------------------|
| 550790085 | WI | Milwaukee | 71.2 | 32.58 | 28.45 | 23.61 | 22.39 |
| 551170006 | WI | Sheboygan | 72.8 | 36.53 | 31.62 | 29.02 | 24.90 |
| | | | | | | | |
| Percent of Overall Upwind Contribution Captured => | | | | | 77% | 70% | 55% |

Table 2. Percent of the upwind contribution captured by each alternative threshold at each receptor.

| Site | State | County | Percent of Upwind Contribution Captured using a 0.70 ppb Threshold | Percent of Upwind Contribution Captured using a 1 ppb Threshold | Percent of Upwind Contribution Captured using a 2 ppb Threshold |
|------|-------|--------|-------------------------------------------------------------------|-----------------------------------------------------------------|-----------------------------------------------------------------|
| 40130019 | AZ | Maricopa | 73.3% | 73.3% | 0.0% |
| 40131004 | AZ | Maricopa | 78.7% | 78.7% | 78.7% |
| 80050002 | CO | Arapahoe | 58.0% | 58.0% | 0.0% |
| 80350004 | CO | Douglas | 56.4% | 56.4% | 0.0% |
| 80590006 | CO | Jefferson | 66.3% | 33.1% | 0.0% |
| 80590011 | CO | Jefferson | 64.6% | 51.1% | 0.0% |
| 80690011 | CO | Larimer | 55.0% | 41.1% | 0.0% |
| 81230009 | CO | Weld | 49.2% | 18.7% | 0.0% |
| 90010017 | CT | Fairfield | 85.9% | 85.9% | 76.5% |
| 90013007 | CT | Fairfield | 89.4% | 81.4% | 66.3% |
| 90019003 | CT | Fairfield | 87.1% | 83.5% | 73.0% |
| 90099002 | CT | New Haven | 83.7% | 81.6% | 70.8% |
| 240251001 | MD | Harford | 77.9% | 68.7% | 57.7% |
| 260050003 | MI | Allegan | 90.6% | 85.4% | 74.0% |

J.A. 0103

| Site | State | County | Percent of Upwind Contribution Captured using a 0.70 ppb Threshold | Percent of Upwind Contribution Captured using a 1 ppb Threshold | Percent of Upwind Contribution Captured using a 2 ppb Threshold |
|---|---|---|---|---|---|
| 261630019 | MI | Wayne | 67.0% | 61.8% | 49.3% |
| 360810124 | NY | Queens | 77.3% | 75.0% | 51.3% |
| 361030002 | NY | Suffolk | 77.4% | 65.0% | 54.6% |
| 480391004 | TX | Brazoria | 56.0% | 35.9% | 28.4% |
| 481210034 | TX | Denton | 36.5% | 36.5% | 0.0% |
| 482010024 | TX | Harris | 37.4% | 37.4% | 37.4% |
| 482011034 | TX | Harris | 34.3% | 34.3% | 34.3% |
| 482011039 | TX | Harris | 63.5% | 36.3% | 36.3% |
| 484392003 | TX | Tarrant | 41.7% | 34.0% | 0.0% |
| 550790085 | WI | Milwaukee | 87.3% | 72.5% | 68.7% |
| 551170006 | WI | Sheboygan | 86.6% | 79.4% | 68.2% |

Table 3. Percent of the contribution captured with a 0.70 ppb threshold that is captured using 1 ppb and 2 ppb thresholds.

| Site | State | County | Contribution Captured with 1 ppb Threshold vs a 0.70 ppb Threshold | Contribution Captured with 2 ppb Threshold vs a 0.70 ppb Threshold |
|---|---|---|---|---|
| 40130019 | AZ | Maricopa | 100.0% | 0.0% |
| 40131004 | AZ | Maricopa | 100.0% | 100.0% |
| 80050002 | CO | Arapahoe | 100.0% | 0.0% |
| 80350004 | CO | Douglas | 100.0% | 0.0% |
| 80590006 | CO | Jefferson | 50.0% | 0.0% |
| 80590011 | CO | Jefferson | 79.2% | 0.0% |
| 80690011 | CO | Larimer | 74.7% | 0.0% |
| 81230009 | CO | Weld | 37.9% | 0.0% |
| 90010017 | CT | Fairfield | 100.0% | 89.1% |

J.A. 0104

| Site | State | County | Contribution Captured with 1 ppb Threshold vs a 0.70 ppb Threshold | Contribution Captured with 2 ppb Threshold vs a 0.70 ppb Threshold |
|---|---|---|---|---|
| 90013007 | CT | Fairfield | 91.1% | 74.2% |
| 90019003 | CT | Fairfield | 95.8% | 83.7% |
| 90099002 | CT | New Haven | 97.5% | 84.6% |
| 240251001 | MD | Harford | 88.2% | 74.0% |
| 260050003 | MI | Allegan | 94.2% | 81.6% |
| 261630019 | MI | Wayne | 92.2% | 73.6% |
| 360810124 | NY | Queens | 96.9% | 66.3% |
| 361030002 | NY | Suffolk | 84.0% | 70.6% |
| 480391004 | TX | Brazoria | 64.2% | 50.8% |
| 481210034 | TX | Denton | 100.0% | 0.0% |
| 482010024 | TX | Harris | 100.0% | 100.0% |
| 482011034 | TX | Harris | 100.0% | 100.0% |
| 482011039 | TX | Harris | 57.1% | 57.1% |
| 484392003 | TX | Tarrant | 81.4% | 0.0% |
| 550790085 | WI | Milwaukee | 83.0% | 78.7% |
| 551170006 | WI | Sheboygan | 91.8% | 78.7% |
| | | | | |
| Average Percent Captured => | | | 86% | 51% |

J.A. 0105



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
RESEARCH TRIANGLE PARK, NC 27711

OFFICE OF
AIR QUALITY PLANNING
AND STANDARDS

OCT **19** 2018

## MEMORANDUM

**SUBJECT:**    Considerations for Identifying Maintenance Receptors for Use in Clean Air Act Section 110(a)(2)(D)(i)(I) Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards

**FROM:**    Peter Tsirigotis
Director

**TO:**    Regional Air Division Directors, Regions 1–10

    The purpose of this memorandum is to present information that states may consider as they evaluate the status of monitoring sites that the Environmental Protection Agency (EPA) identified as potential maintenance receptors with respect to the 2015 ozone National Ambient Air Quality Standards (NAAQS) based on EPA's 2023 modeling.[1] States may use this information when developing state implementation plans (SIPs) for the 2015 ozone NAAQS addressing the good neighbor provision in Clean Air Act (CAA) section 110(a)(2)(D)(i)(I). In brief, this document discusses (1) using alternative technical methods for projecting whether future air quality warrants identifying monitors as maintenance receptors and (2) considering current monitoring data when identifying monitoring sites that, although projected to be in attainment, as described below, should be identified as maintenance receptors because of the risk that they could exceed the NAAQS due to year-to-year (*i.e.*, inter-annual) variability in meteorological conditions.

    This document does not substitute for provisions or regulations of the CAA, nor is it a regulation itself. Rather, it provides recommendations for states using the included analytical information in developing SIP submissions, and for EPA Regional offices in acting on them. Thus, it does not impose binding, enforceable requirements on any party. State air agencies retain the discretion to develop good neighbor SIP revisions that differ from this guidance.

    Following the recommendations in this guidance does not ensure that EPA will approve a SIP revision in all instances where the recommendations are followed, as the guidance may not apply to the facts and circumstances underlying a particular SIP. Final decisions by EPA to approve

---

[1] Information on the Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards under Clean Air Act Section 110(a)(2)(D)(i)(I) (March 2018). *https://www.epa.gov/airmarkets/2015-ozone-naaqs-mem.*

Internet Address (URL) • http://www.epa.gov
Recycled/Recyclable • Printed with Vegetable Oil Based Inks on Recycled Paper (Minimum 25% Postconsumer)

J.A. 0106

a particular SIP revision will only be made based on the requirements of the statute following an air agency's final submission of the SIP revision to EPA and after appropriate notice and opportunity for public review and comment. Interested parties may raise comments about the appropriateness of the application of this guidance to a particular SIP revision. EPA and air agencies should consider whether the recommendations in this guidance are appropriate for each situation.

**Introduction**

CAA section 110(a)(2)(D)(i)(I), otherwise known as the good neighbor provision, requires states to prohibit emissions "which will contribute significantly to nonattainment in, or interfere with maintenance by, any other state with respect to any" NAAQS. EPA has historically used a 4-step framework to determine upwind state obligations (if any) under the good neighbor provision for regional pollutants like ozone: (1) identify downwind areas, referred to as "receptors," expected to have problems attaining or maintaining the NAAQS; (2) identify upwind states that contribute to those downwind air quality problems and warrant further review and analysis; (3) identify the emissions reductions (if any) necessary to eliminate an upwind state's significant contribution to nonattainment and/or interference with maintenance of the NAAQS in the downwind areas, considering cost and air quality factors; and (4) adopt permanent and enforceable measures needed to achieve those emissions reductions. EPA notes that, in developing their SIP revisions for the 2015 ozone NAAQS, states have flexibility to follow this framework or develop alternative frameworks to evaluate interstate transport obligations, so long as a state's chosen approach has adequate technical justification and is consistent with the requirements of the CAA.

At Step 1, EPA has historically used base year and future year air quality modeling coupled with base period measured ozone design values to project design values to a future analytic year.[2] In a memo issued in March 2018, EPA released updated modeling, which uses 2011 as the base year and 2023 as the future analytic year, to evaluate interstate transport for the 2015 ozone NAAQS.[3] As part of EPA's 2023 modeling analysis, EPA projected the average and maximum base period 2009 – 2013 design values to 2023.[4,5] EPA evaluated the projected 2023 design values in combination with measured 2016 design values using the same methodology used in the Cross-State Air Pollution Rule Update (CSAPR Update)[6] to identify receptors with anticipated potential nonattainment and maintenance issues with respect to the 2015 ozone NAAQS in 2023. Under the CSAPR Update methodology, those sites that are violating the NAAQS based on 2016 design values (*i.e.*, currently not attaining) and that also have projected 2023 *average* design values that exceed the NAAQS (*i.e.*, 2023 average design values of 71 parts per billion (ppb) or greater) are

---

[2] Air Quality Modeling Technical Support Document for the Final Cross State Air Pollution Rule Update (August 2016). *https://www.epa.gov/airmarkets/air-quality-modeling-technical-support-document-final-cross-state-air-pollution-rule.*

[3] Information on the Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards under Clean Air Act Section 110(a)(2)(D)(i)(I) (March 2018). *https://www.epa.gov/airmarkets/march-2018-memo-and-supplemental-information-regarding-interstate-transport-sips-2015.*

[4] The base period includes the three design values that contain 2011 monitoring data (*i.e.*, 2009-2011, 2010-2012, and 2011-2013).

[5] The base period maximum design value is the highest of the three design values in the period 2009-2013.

[6] *See* 81 FR 74504 (October 26, 2016).

identified as potential nonattainment receptors in 2023.[7] Under the CSAPR Update methodology, those sites with a 2023 *maximum* 3-year design value that exceeds the NAAQS are identified as potential maintenance receptors. This methodology considers the effects of inter-annual variability in ozone-conducive meteorology to identify sites that may have difficulty maintaining the ozone NAAQS. A projected maximum design value that exceeds the NAAQS indicates that when meteorology is conducive to ozone formation, the receptor struggles with maintenance of the standard. Under the CSAPR Update methodology, maintenance-only receptors therefore include both (1) those sites with projected average and maximum design values above the NAAQS that are currently measuring clean data and (2) those sites with projected average design values below the level of the NAAQS but with projected maximum design values of 71 ppb or greater.[8]

**Considerations for Identifying Maintenance Receptors**

The D.C. Circuit's decision in *North Carolina v. EPA* requires that EPA and the states identify separate nonattainment and maintenance receptors to give independent significance to the "contribute significantly" and "interfere with maintenance" clauses of the good neighbor provision when identifying downwind air quality problems that must be addressed.[9] In particular, the court held that the good neighbor provision requires states to address emissions that interfere with maintenance in downwind areas struggling to meet the NAAQS despite air quality modeling projecting attainment.[10] While the court did not specify a particular methodology for identifying downwind areas that would struggle to maintain the NAAQS, the court cited the state petitioner's demonstration regarding historic variability in ozone concentrations in areas otherwise projected to attain the NAAQS in support of its holding.[11]

In rules promulgated after *North Carolina*, EPA has relied on projections of base period maximum design values to identify those sites that are at risk of being nonattainment in the future due to inter-annual variability in ozone-conducive meteorology, as indicated above. EPA acknowledges that there may be other valid methodologies for identifying such areas. However, consistent with the holding in *North Carolina*, EPA believes that any alternative methods used to identify maintenance receptors must be different than those used to identify nonattainment receptors and should demonstrate that the alternative method considers variability in meteorological conditions that are conducive for ozone formation in the area containing the monitoring site.

---

[7] In determining compliance with the NAAQS, EPA truncates ozone design values to integer values. For example, EPA truncates a design value of 70.9 ppb to 70 ppb, which is attainment. Similarly, EPA considers design values at or above 71.0 ppb to be violations of the 2015 ozone NAAQS.

[8] The nonattainment receptors are also identified as maintenance receptors because the maximum design values for each of these sites is always greater than or equal to the average design value.

[9] 531 F.3d 896, 909-911 (2008).

[10] *Id.*

[11] *Id.* at 909.

**Flexibilities Related to Identifying Maintenance Receptors**

In response to comments received through stakeholder outreach, EPA has identified two potential flexibilities that states may use to identify maintenance receptors with an appropriate technical demonstration. First, EPA believes that states may, in some cases, eliminate a site as a maintenance receptor if the site is currently measuring clean data. Second, EPA believes that a state may, in some cases, use a design value from the base period that is not the maximum design value.[12] For either of these alternative methods to satisfy the D.C. Circuit's instruction to consider areas struggling to meet the NAAQS, EPA would expect states to include with their SIP demonstration technical analyses showing that:

(1) meteorological conditions in the area of the monitoring site were conducive to ozone formation during the period of clean data or during the alternative base period design value used for projections;

(2) ozone concentrations have been trending downward at the site since 2011 (and ozone precursor emissions of nitrogen oxide (NOx) and volatile organic compounds (VOC) have also decreased); and

(3) emissions are expected to continue to decline in the upwind and downwind states out to the attainment date of the receptor.

The intent of these analyses is to demonstrate that monitoring sites that would otherwise be identified as maintenance receptors under the CSAPR Update approach, as previously described, are not likely to violate the NAAQS in the future analytic year. EPA expects that, with such analyses, the state could justify exclusion of a monitoring site as a maintenance receptor, notwithstanding modeling projections showing a maximum design value exceeding the 2015 ozone NAAQS.

To assist states with the recommended analyses, EPA is providing the following information related to analyzing meteorological conduciveness and ozone and emissions trends:

(1) information on meteorological conduciveness for ozone formation based on regional and state-level historical and current climatological data for summertime monthly and seasonal temperature (*see* Attachment A);

(2) a data file containing ozone design values for individual monitoring sites nationwide for the years 2008 through 2017 and for 2023, based on EPA's modeling. This information is available on EPA's website at: *https://www.epa.gov/airmarkets/march-2018-memo-and-supplemental-information-regarding-interstate-transport-sips-2015-0*; and

(3) a data file containing state-level annual NOx and VOC emissions from anthropogenic sources with a breakout by major source category, for individual years from 2011 through 2017 and for 2023, based on EPA's projections. This information is available on EPA's website at:

---

[12] Stakeholder comments on potential 2015 NAAQS transport flexibilities can be found at *https://www.epa.gov/airmarkets/march-2018-memo-and-supplemental-information-regarding-interstate-transport-sips-2015*.

4

*https://www.epa.gov/airmarkets/march-2018-memo-and-supplemental-information-regarding-interstate-transport-sips-2015-0.*

States developing the technical analyses necessary to support use of the flexibilities described in this memo are encouraged to supplement EPA-provided information with additional data (as appropriate) to support a showing that a specific monitoring site is not at risk of exceeding the NAAQS in the future. For example, states may show that such a site should not be identified as a maintenance receptor by providing (1) a more refined analysis of meteorological conduciveness that considers additional relevant or more locally tailored meteorological parameters, (2) a more temporally or spatially refined emissions trends analysis, and/or (3) an analysis of historical ozone trends that considers, in addition to the design value, trends in other ozone metrics such as annual 4th high 8-hour daily maximum ozone concentrations and the number of days with measured exceedances of the 2015 NAAQS.

Please share this information with the air agencies in your Region.

**For Further Information**

If you have any questions concerning this memorandum, please contact Norm Possiel at (919) 541-5692, *possiel.norm@epa.gov* for modeling information or Chris Werner at (919) 541-5133, *werner.christopher@epa.gov* for any other information.

Attachment

Attachment A

Information on Meteorological Conduciveness
for Ozone Formation

Meteorological conditions including temperature, humidity, winds, solar radiation, and vertical mixing affect the formation and transport of ambient ozone concentrations. Ozone is more readily formed on warm, sunny days when the air is stagnant and/or when the winds are favorable for transport from upwind source areas. Conversely, ozone production is more limited on days that are cloudy, cool, rainy, and windy (*http://www.epa.gov/airtrends/weather.html*). Statistical modeling analyses have shown that temperature and certain other meteorological variables are highly correlated with the magnitude of ozone concentrations (Camalier, et al., 2007).[1] The overall extent to which meteorological conditions vary from year-to-year (*i.e.*, inter-annual variability) depends on the nature of large scale meteorological drivers such as the strength and position of the jet stream. Inter-annual cycles in the jet stream contribute to inter-annual variability in the degree to which summertime meteorological conditions are favorable for ozone formation within a particular region. Meteorological conditions that frequently correspond with observed 8-hour daily maximum concentrations greater than the National Ambient Air Quality Standards (NAAQS) are referred to as being conducive to ozone formation.

This attachment contains information to help evaluate whether particular summers had ozone-conducive or unconducive meteorology within the 10-year period 2008 through 2017. Information is provided on a state-by-state basis and for individual regions (*see* Figure 1).

- Table A-1 contains tabular summaries of the difference (*i.e.*, anomaly[2]) of monthly average temperature compared to the long-term average.[3]
- Figure A-2 contains maps of the 3-month (June, July, August) statewide anomalies and rank[4] for average temperature compared to the long-term average.
- Figure A-3 contains maps showing spatial fields of daily maximum temperature anomalies (percentiles) for the period June through August for the years 2011 through 2017 (maps are unavailable for years prior to 2011).
- Figure A-4 contains graphical summaries of the total number of cooling degree days for the 3-month period June through August in each region.

The above tabular and graphic information was obtained from the NOAA National Centers for Environmental Information (NCEI) at *https://www.ncdc.noaa.gov/temp-and-precip/us-maps/* and *https://www.ncdc.noaa.gov/cag/.*

---

[1] Additional references related to ozone formation and meteorology are provided on page A-3.

[2] "The term temperature anomaly means a departure from a reference value or long-term average. A positive anomaly indicates that the observed temperature was warmer than the reference value, while a negative anomaly indicates that the observed temperature was cooler than the reference value." *https://www.ncdc.noaa.gov/monitoring-references/faq/anomalies.php*.

[3] Note that because of the relatively large inter-annual variability in certain meteorological conditions such as temperature and precipitation, long-term "average" conditions, usually referred to as "normal," are often the mathematical mean of extremes and thus, "average" or "normal" values of temperature or precipitation should not necessarily be considered as representing "typical" conditions.

[4] "In order to place each month and season into historical context, the National Centers for Environmental Information assigns ranks for each geographic area (division, state, region, etc.) based on how the temperature or precipitation value compares with other values throughout the entire record when sorted from lowest to highest value. In other words, the numeric rank value within the area represents the position or location of the sorted value throughout the historical record (1895-present)." *https://www.ncdc.noaa.gov/monitoring-references/dyk/ranking-definition*.

In general, below average temperatures are an indication that meteorological conditions are unconducive for ozone formation, whereas above average temperatures are an indication that meteorology is conducive to ozone formation. Within a particular summer season, the degree that meteorology is conducive for ozone formation can vary from region to region and fluctuate with time within a particular region. For example, the temperature-related information presented below suggests that summer meteorology was generally conducive for ozone formation in 2010, 2011, 2012, and 2016 in most regions. In contrast, the summer of 2009 was generally unconducive for ozone formation, overall, in most regions. In addition, the summers of 2013 and 2014 were not particularly conducive for ozone formation in the Upper Midwest, Ohio Valley, South, Southeast.

Additional information on the relationships between ozone and meteorological conditions can be found in the following publications:

Blanchard et al., 2010 - *NMOC, ozone, and organic aerosol in the southeastern United States, 1999-2007: 2. Ozone trends and sensitivity to NMOC emissions in Atlanta, GA.*
Reinforces the relationship between temperature, relative humidity and winds to ozone formation.
*https://www.sciencedirect.com/science/article/pii/S1352231010005996?via%3Dihub*

Blanchard et al., 2014 - *Ozone in the southeastern United States: An observation-based model using measurements from the SEARCH network.*
Update to the 2007 paper by Camalier with data from the SEARCH network from 2002-2011.
*https://www.sciencedirect.com/science/article/pii/S1352231014001022?via%3Dihub*

Bloomer et al., 2009 – *Observed relationships of ozone air pollution with temperature and emissions.*
Statistical analysis of 21 years of ozone and temperature data (1987-2008). From a climate scenario perspective, authors examine the climate penalty or how ozone levels change as temperature changes. Reinforces the standing that as temperature increases, ozone concentrations increase, but indicates that due to decreasing emissions, the rate is slower in future scenarios.
*https://agupubs.onlinelibrary.wiley.com/doi/full/10.1029/2009GL037308*

Kavassalis & Murphy, 2017 - *Understanding ozone-meteorology correlations: A role for dry deposition.*
Authors observe the strong correlation between temperature and relative humidity, but work to understand other reasoning why models under predict the strength of the correlation between relative humidity and ozone. Includes a statistical analysis of 28 years of data and examines vapor pressure deficit and dry deposition as factors. Reinforces meteorological conditions that lead to high ozone days.
*https://agupubs.onlinelibrary.wiley.com/doi/full/10.1002/2016GL071791*

Reddy & Pfister, 2016 - *Meteorological Factors contributing to the interannaul variability of midsummer surface ozone in Colorado, Utah, and other western US States.*

Authors found strong correlation between 500-mb and 7008-mb patterns, surface temperature, and zonal winds with the resulting high 8-hour daily maximum ozone values.
*https://agupubs.onlinelibrary.wiley.com/doi/full/10.1002/2015JD023840*

Tawfik and Steiner, 2013 - *A proposed physical mechanism for ozone-meteorology correlations using land-atmosphere coupling regimes.*
Discusses the north-south gradient of temperature and relative humidity correlations with ozone formation. Examines 17 years of ozone, NOx, and isoprene measurements.
*https://linkinghub.elsevier.com/retrieve/pii/S1352231013001672*

White et al., 2007 - *Comparing the impact of meteorological variability on surface ozone during the NEAQS (2002) and ICARTT (2004) field campaigns.*
Authors found that while deep boundary layers are noted during periods of elevated ozone, this is likely due to being coincident with other meteorological factors (high temperatures, high pressure systems, low winds).
*https://agupubs.onlinelibrary.wiley.com/doi/10.1029/2006JD007590*

Zhang et al., 2017 – *Quantifying the relationship between air pollution events and extreme weather events.*
Authors examined ozone from 1980-2009 and built a statistical model to examine the impacts of extreme meteorological events on extreme air quality conditions. Found ozone extremes have decreased over the last 30 years, more rapidly recently, but remain highly correlated to extreme temperature events. Highest correlation was found in the eastern United States (U.S.).
*https://www.sciencedirect.com/science/article/pii/S0169809516306093?via%3Dihub*

Figure 1. U.S. climate regions.
*http://www.ncdc.noaa.gov/monitoring-references/maps/us-climate-regions.php*



A-5

Table A-1. Temperature anomalies by month for May through September for each climate region for the years 2008 through 2017.[1]

| 2008 | May | Jun | Jul | Aug | Sep |
|------|-----|-----|-----|-----|-----|
| Northeast | C | W | W | C | N |
| Southeast | C | WW | N | C | N |
| Ohio Valley | C | W | C | C | N |
| Upper Midwest | C | N | N | N | W |
| South | N | W | N | C | CC |
| Northern Rockies | C | C | N | N | N |
| Southwest | N | W | W | W | N |
| Northwest | N | N | W | W | N |
| West | N | W | W | WW | W |

[1]Unshaded boxes with the "N" marker represent near-normal temperatures that fall within the interquartile range. Blue colors indicate cooler than normal conditions, with the number of "C"s indicating the degree of the anomaly. CCC = coolest on record, CC = coolest 10th percentile, C = coolest 25th percentile. Red colors indicate warmer than normal conditions, with the number of "W"s indicating the degree of the anomaly. WWW = warmest on record, WW = warmest 10th percentile, W = warmest 25th percentile. N/A = data not available. More on the definition of temperature ranks can be found at:
*https://www.ncdc.noaa.gov/monitoring-content/monitoring-references/dyk/images/ranking-definition-legend.png.*

| 2009 | May | Jun | Jul | Aug | Sep |
|------|-----|-----|-----|-----|-----|
| Northeast | N | C | CC | W | C |
| Southeast | N | W | CC | N | N |
| Ohio Valley | N | W | CC | C | N |
| Upper Midwest | N | C | CC | C | W |
| South | N | W | N | N | C |
| Northern Rockies | N | C | C | C | WW |
| Southwest | WW | C | W | W | W |
| Northwest | W | C | WW | W | WW |
| West | WW | C | W | N | WWW |

| 2010 | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|
| Northeast | WW | W | WW | W | W |
| Southeast | WW | WW | WW | WW | W |
| Ohio Valley | W | WW | W | WW | N |
| Upper Midwest | W | N | W | WW | C |
| South | W | WW | N | WW | W |
| Northern Rockies | C | N | N | W | N |
| Southwest | C | W | W | W | WWW |
| Northwest | CC | C | N | N | W |
| West | CC | W | W | N | W |

| 2011 | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|
| Northeast | W | W | WW | N | WW |
| Southeast | N | WW | WW | WW | N |
| Ohio Valley | N | W | WW | W | C |
| Upper Midwest | N | N | WW | W | N |
| South | N | WW | WWW | WWW | N |
| Northern Rockies | C | N | W | W | W |
| Southwest | C | W | WW | WWW | W |
| Northwest | CC | C | C | W | WW |
| West | C | C | N | W | WW |

| 2012 | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|
| Northeast | WW | N | WW | W | N |
| Southeast | WW | C | WW | N | N |
| Ohio Valley | WW | N | WW | N | C |
| Upper Midwest | W | W | WW | N | N |
| South | WW | W | WW | N | N |
| Northern Rockies | W | W | WW | W | W |
| Southwest | WW | WW | W | WW | W |
| Northwest | N | C | W | WW | W |
| West | W | W | N | WWW | WW |

| 2013 | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|
| Northeast | W | W | WW | N | N |
| Southeast | C | W | C | C | N |
| Ohio Valley | N | N | C | C | N |
| Upper Midwest | N | N | N | N | W |
| South | C | W | C | N | W |
| Northern Rockies | N | N | N | W | WW |
| Southwest | W | WW | W | W | W |
| Northwest | W | W | WW | WW | WW |
| West | W | WW | WW | N | W |

A-7

J.A. 0117

| 2014 | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|
| Northeast | W | W | N | N | W |
| Southeast | W | W | C | N | W |
| Ohio Valley | N | W | CC | N | N |
| Upper Midwest | N | W | CC | N | N |
| South | N | N | C | N | N |
| Northern Rockies | N | C | N | N | N |
| Southwest | N | W | W | C | WW |
| Northwest | W | N | WW | W | W |
| West | W | W | WW | N | WW |

| 2015 | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|
| Northeast | WWW | N | N | W | WW |
| Southeast | W | WW | W | N | N |
| Ohio Valley | W | W | N | C | W |
| Upper Midwest | N | N | N | N | WWW |
| South | C | N | W | N | WW |
| Northern Rockies | C | WW | N | N | WW |
| Southwest | C | WW | C | WW | WWW |
| Northwest | W | WWW | W | W | N |
| West | N | WWW | C | WW | WW |

| 2016 | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|
| Northeast | N | W | W | WWW | WW |
| Southeast | N | W | WW | WW | WW |
| Ohio Valley | N | W | W | W | WW |
| Upper Midwest | N | W | N | W | WW |
| South | C | W | WW | N | W |
| Northern Rockies | N | WW | N | N | W |
| Southwest | C | WWW | WW | N | N |
| Northwest | W | WW | C | W | N |
| West | N | WW | W | W | N |

| 2017 | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|
| Northeast | N | W | N | N | WW |
| Southeast | N | N | W | N | N |
| Ohio Valley | N | N | W | CC | N |
| Upper Midwest | N | W | N | C | WW |
| South | C | N | W | C | N |
| Northern Rockies | N | W | WW | N | W |
| Southwest | N | WW | WW | W | W |
| Northwest | W | W | WW | WWW | W |
| West | W | WW | WW | WW | N |

A-8

Figure A-2. Statewide average temperature ranks for the period June through August for the years 2008 through 2017. Note that the NCEI changed the display format of temperature rank maps beginning in 2014.









A-10





A-11





A-12





A-13

Figure A-3. Spatial fields of daily maximum temperature anomalies (percentiles) for the period June through August for the years 2011 through 2017. Note that the NCDC began creating these maps in 2011.







A-15





A-16





A-17

Figure A-4. Cooling degree days for June through August for each climate region. Note that (1) data are provided back to 1990 and (2) the range of the y-axis differs in some cases by climate region.





Southeast Climate Region, Cooling Degree Days, June-August



Ohio Valley Climate Region, Cooling Degree Days, June-August

A-19





A-20





A-21



Northwest Climate Region, Cooling Degree Days, June-August



West Climate Region, Cooling Degree Days, June-August

A-22

*Michael J. Teague*
*Secretary of Energy & Environment*



*Mary Fallin*
*Governor*

STATE OF OKLAHOMA
OFFICE OF THE
SECRETARY OF ENERGY & ENVIRONMENT

October 25, 2018

<u>CERTIFIED MAIL, RETURN RECEIPT REQUESTED</u>

Anne Idsal, Regional Administrator (6RA)
U.S. Environmental Protection Agency - Region 6
1445 Ross Avenue, Suite 1200
Dallas, TX 75202-2733

Subject: Certification of SIP Elements for the 2015 Primary and Secondary Ozone NAAQS under Clean
    Air Act Sections 110(a)(1)-(2)

Dear Administrator Idsal:

In a letter dated September 24, 2013 Governor Mary Fallin appointed me as her designee for the purpose of submitting documents to the U.S. Environmental Protection Agency (EPA) for approval and incorporation into the State Implementation Plan (SIP) for the State of Oklahoma.    The Oklahoma Department of Environmental Quality (DEQ) is given the primary responsibility and authority to prepare and implement the state's air quality management plan under Oklahoma Statutes.

Sections 110(a)(1) and (2) of the Clean Air Act requires that each state review and revise as necessary its SIP following promulgation of a revised National Ambient Air Quality Standards (NAAQS) (See U.S.C. § 7410(a)(1) and (2)).    On October 1, 2015, the EPA administrator signed the Primary National Ambient Air Quality Standards for Ozone (80 Fed. Reg. 65292, October 26, 2015).    EPA issued the "Guidance on Infrastructure State Implementation Plan (SIP) Elements under Clean Air Act Sections 110(a)(1) and 110(a)(2)" in September 2013.    Under this guidance, states may certify that their existing SIPs meet the "infrastructure" elements of § 110(a)(2), rather than submitting a revised SIP for the revised NAAQS such as the 2015 Ozone NAAQS.    Oklahoma's SIP is codified in 40 CFR Part 52, Subpart LL.

On behalf of the State of Oklahoma, I hereby certify that, as indicated in the enclosed table titled "Oklahoma's State Implementation Plan (SIP) Submittal 'Infrastructure' Checklist," and the enclosed Technical support document titled "Oklahoma Demonstration of Compliance with the Good Neighbor Requirements of Clean Air Act Section 110(a)(2)(D)(i)(I) for the 2015 Ozone National Ambient Air Quality Standard," Oklahoma's SIP meets the infrastructure and Good Neighbor obligations for the 2015 Primary and Secondary Ozone NAAQS.    To date, the only SIP change required to meet the revised 2015 Ozone NAAQS was a revision to Appendix E and F of OAC 252:100, to add the new 8-hour Ozone standard [CAA § 110(a)(2)(H)], which became effective September 15, 2016.

State public participation procedures for such SIP submittals were submitted to EPA for review under 40 CFR § 51.102. In a letter dated August 23, 2012, EPA concurred that Oklahoma's procedures are consistent with the requirements of 40 CFR § 51.102 and associated guidance.    Public notice for this submittal was posted on DEQ's web site on August 15, 2018, to allow the opportunity to provide comments and to request a public hearing preliminarily scheduled for September 17, 2018 at DEQ's Central Office.

J.A. 0133

Ms. Anne Idsal
October 25, 2018
Page 2

No hearing request was received during the minimum 30-day comment period (8/15/18 – 9/14/18). Therefore, a notice of hearing cancellation was published on DEQ's website on September 14, 2018. Attached is documentation of the public notice and submittal process. Also attached are copies of comments received during the comment period and a Response to Comments document. It is our understanding that the final results of EPA's review of this submittal will be determined through rulemaking and will be published in the *Federal Register*.

Please note that Oklahoma currently has no designated Ozone nonattainment or maintenance areas so no nonattainment plans are due.

If you have questions, please contact Mr. Eddie Terrill, Director, Air Quality Division, Department of Environmental Quality at (405) 702-4100.

Sincerely,

Michael Teague
Secretary of Energy and Environment

Enclosures

ec:    Scott Thompson, Executive Director, Department of Environmental Quality
       Eddie Terrill, Director, Air Quality Division, DEQ
       Guy Donaldson, Associate Director, Air Branch, EPA Region 6 (6MM-A)
       Mary Stanton, Chief, State Implementation B, Air Branch, EPA Region 6 (6MM-AB)
       Carrie Paige, State Implementation B, Air Branch, EPA Region 6 (6MM-AB)
       Carl Young, State Implementation B, Air Branch, EPA Region 6 (6MM-AB)

# Oklahoma's State Implementation Plan (SIP) Submittal "Infrastructure" Checklist
## CAA § 110(a)(2)(A)-(M) Requirements in the Current SIP or Pending SIP Revisions

### Updated for the 2015 Primary and Secondary Ozone National Ambient Air Quality Standard (NAAQS)

On October 1, 2015, the U.S. Environmental Protection Agency (EPA) revised the levels of the primary and secondary 8-hour ozone National Ambient Air Quality Standards (NAAQS) to 0.070 parts per million (ppm) [40 CFR § 50.19, 80 Fed. Reg. 65292, Oct. 26, 2015]. Section 110(a)(1) of the federal Clean Air Act (CAA) requires each state to submit a State Implementation Plan (SIP) to provide for the implementation, maintenance, and enforcement of each newly promulgated or revised NAAQS. The SIP contains state regulations, source-specific requirements, and non-regulatory items such as plans and inventories. The initial SIPs for states were approved by the EPA on May 31, 1972 (46 Fed. Reg. 40005). The Oklahoma Department of Environmental Quality (DEQ) is given the primary responsibility and authority to prepare and implement Oklahoma's air quality management plan under the Oklahoma Environmental Quality Act and the Oklahoma Clean Air Act (*see generally* Title 27A Oklahoma Statutes (O.S.) §§ 2-1-101 et seq.). The federally enforceable SIP for Oklahoma is compiled in 40 CFR Part 52, Subpart LL. Approval of additional SIP submittals is pending.

SIPs are reviewed and revised by the state as necessary to accommodate changes in State and Federal statutes, rules, policies, and program requirements. In addition to SIP revisions to address specific program requirements (e.g., PSD/NSR Program), including those changes that directly result from a new or revised NAAQS, EPA has interpreted § 110(a)(1) of the federal CAA to require the state to demonstrate that the SIP meets the "infrastructure" requirements of CAA Section 110(a)(2)(A)-(M) each time a NAAQS is issued or revised.[1] The resulting submittal is commonly referred to as an "infrastructure SIP" or "I-SIP." Under its September 2013 Guidance on Infrastructure State Implementation Plan (SIP) Elements under Clean Air Act Sections 110(a)(1) and 110(a)(2)[2] ("2013 I-SIP Guidance"), EPA allows for certification that "… the already-approved SIP contains or references provisions that satisfy all or some of the requirements of section 110(a)(2), as applicable, for purposes of implementing the new or revised NAAQS." The following table summarizes how and where the applicable infrastructure requirements are addressed in Oklahoma's current SIP or pending SIP revisions. In addition to a summary of infrastructure elements as they relate to the various existing NAAQS, the table lists any changes or pertinent information specific to the subject NAAQS change.

**This Submittal: 2015 Primary and Secondary Ozone NAAQS**
In this I-SIP submittal, Oklahoma is demonstrating that it has adequate resources and authority to implement, maintain, and enforce the 2015 Primary and Secondary Ozone NAAQS. This submittal was prepared under EPA's 2013 I-SIP Guidance and 40 CFR Part 51, Appendix V – Criteria for Determining the Completeness of Plan Submissions.

---

[1] For Example, EPA approved Oklahoma's Infrastructure SIP (or "I-SIP") for the 1997 Ozone and the 1997 and 2006 PM$_{2.5}$ NAAQS on January 26, 2012 (77 Fed. Reg. 3933).

[2] Distributed under September 13, 2013 memorandum from Stephen D. Page, Director, Office of Air Quality Planning and Standards, to EPA's Regional Air Directors, Regions 1-10.

| Section 110(a)(2) Element | Summary of Element (Statutory Language) | Provisions in State statutes and rules, and the Current SIP or Recent SIP Revision Submittals | Where Codified or Approved by EPA |
|---|---|---|---|
| **§ 110(a)(2)(A) – Emission Limits and Other Control Measures** | *include enforceable emission limitations and other control measures, means, or techniques (including economic incentives such as fees, marketable permits, and auctions of emissions rights), as well as schedules and timetables for compliance as may be necessary or appropriate to meet the applicable requirements of this Act.* | Oklahoma Environmental Quality Act (27A O.S. §§ 1-1-101 thru 1-4-107), Oklahoma Environmental Quality Code (27A O.S. §§ 2-1-101 thru 2-16-107) including the Oklahoma Clean Air Act (27A O.S. §§ 2-5-101 thru 2-5-117), and other relevant portions, Oklahoma Administrative Code (OAC) 252:4, Rules of Practice and Procedure, and OAC 252:100, Oklahoma Air Pollution Control Rules.<br><br>Oklahoma has an EPA-approved air permitting program for both major/part 70 sources (OAC 252:100-8) and minor facilities (OAC 252:100-7). *[see discussion under element 110(a)(2)(C) – Program for enforcement of control measures.]*<br><br>EPA actions on several SIP revisions are pending.  These include portions of the February 14, 2002 SIP submittal ("Big SIP"); portions of the June 24, 2010 SIP submittal (SC-8 revision); the July 16, 2010 SIP submittal (SC-9 excess emissions reporting requirements revision[3]); portions of the July 23, 2010 SIP submittal ("Big SIP2"); the July 23, 2010 SIP submittal (NSR Reform); and the March 26, 2012 SIP submittal (GHG and $PM_{2.5}$); as well as the annual SIP revisions for 2010 (December 28, 2010), 2011 (February 6, 2012), and 2012 (February 4, 2013), a multiyear revision for years 2013 through 2016 (February 23, 2017), and an annual revision for 2017 (January 12, 2018).<br><br>Oklahoma currently has no designated Nonattainment or maintenance areas.<br><br>**This NAAQS Revision:**<br>No additional specific enforceable emission limitations or other control measures, means, or techniques have been identified as necessary to attain or maintain the 2015 Ozone NAAQS ("revised Ozone NAAQS"). OAC 252:100 includes Subchapter 33, Control of Emission of Nitrogen Oxides (252:100-33), Subchapter 37, Control of Emission of Volatile Organic Compounds (VOCs) (252:100-37), and Subchapter 39, Emission of Volatile Organic Compounds (VOCs) in Nonattainment Areas and Former Nonattainment Areas (252:100-39).  The July 23, 2010 SIP submittal ("Big SIP2") included changes to Subchapters 33 and 37.  At this time, it is not anticipated that OAC 252:100-33 or 100-37 will need to be revised as a result of the new NAAQS.  Any particular issues or changes related to implementation of the 2015 Ozone NAAQS through Oklahoma's permitting program would be addressed through a separate SIP submission. | 40 CFR §§ 52.1920 and 52.1960 (c)(48) |

---

[3] In a letter dated March 14, 2014 and at EPA's request, DEQ withdrew its July 16, 2010 SIP submittal, which included changes to implement EPA's policy on excess emissions associated with Start-up, Shut-down, and Malfunction (SSM) that was in place at the time. Withdrawal allows EPA to deal with the revised policy issues on a national basis.

| Section 110(a)(2) Element | Summary of Element (Statutory Language) | Provisions in State statutes and rules, and the Current SIP or Recent SIP Revision Submittals | Where Codified or Approved by EPA |
|---|---|---|---|
| **§ 110(a)(2)(B) – Ambient Air Quality Monitoring/Data System** | *provide for establishment and operation of appropriate devices, methods, systems, and procedures necessary to monitor, compile, and analyze data on ambient air quality, and upon request, make such data available to the Administrator;* | The Oklahoma Clean Air Act (27A O.S. §§ 2-5-101 thru 2-5-117) provides the authority to establish and operate ambient air quality monitors.  OAC 252:100-3, in conjunction with Appendices E and F, enumerates the NAAQS and PSD increments.<br><br>Oklahoma operates an air quality monitoring network consistent with EPA regulations (40 CFR Part 58), and regularly reports results to EPA under previously-approved SIP provisions.  Each fiscal year, DEQ posts an Annual Network Review (ANR) on its web site for public review. Following the 30-day public review period, DEQ evaluates and responds to any comments, and submits the review to EPA Region 6 monitoring staff for their review.  The FY18 ANR was posted for public review from May 1, 2017 to June 1, 2017.  No public comments were received, and the final FY18 ANR was submitted to EPA. Monitoring results may also be accessed through DEQ's web site at: http://www.deq.state.ok.us/aqdnew/monitoring/index.htm<br><br>**This NAAQS Revision:**<br>Oklahoma's program has monitored ozone from the 1970's to present. Oklahoma's ambient air monitoring network is consistent with the ozone-related monitoring requirements of 40 CFR Part 58.  No changes to the ozone monitoring network were required by the 2015 Ozone NAAQS. | 40 CFR §§ 52.1920 and 52.1960(c)(22) |

| Section 110(a)(2) Element | Summary of Element (Statutory Language) | Provisions in State statutes and rules, and the Current SIP or Recent SIP Revision Submittals | Where Codified or Approved by EPA |
|---|---|---|---|
| § 110(a)(2)(C) – Program for Enforcement of Control Measures | *include a program to provide for the enforcement of the measures described in subparagraph (A) and regulation of the modification and construction of any stationary source within the areas covered by the plan as necessary to assure that national ambient air quality standards are achieved, including a permit program as required in parts C and D;* | Oklahoma's EPA-approved air permitting program includes appropriate enforcement authority and permitting for modification and construction of stationary sources. DEQ's powers and duties to implement air quality programs (including implementing Oklahoma's SIP) are described in 27A O.S. § 2-5-105, and include authority to "… *[e]nforce rules of the Board and orders of the Department and the Council."* 27A O.S. § 2-5-105(4). More specific enforcement authorities are described throughout the Oklahoma Clean Air Act, 27A O.S. §§ 2-5-101 et seq., and in OAC 252:4-9, Administrative Proceedings.

Oklahoma's requirements for construction and operating permits for minor facilities and (minor) modifications to minor facilities are in OAC 252:100-7, Permits for Minor Facilities.  The requirements for construction and operating permits for all sources, regardless of size, that are subject to the Part 70 (Title V) operating permit program, are in OAC 252:100-8, Permits for Part 70 Sources and Major New Source Review.  These include construction permit requirements for PSD and other major sources, and requirements for both major and minor modifications to PSD and other major sources, as well as requirements for the Part 70 (Title V) operating permit program.  OAC 252:4-7, Environmental Permit Process, contains additional permit requirements.

Although no areas in Oklahoma are currently designated as nonattainment or maintenance areas, Oklahoma's SIP contains the provisions for the nonattainment area New Source Review (NSR) permitting program in OAC 252:100-8, Part 9 Major Sources Affecting Nonattainment Areas.  The EPA interprets the portion of § 110(a)(2)(C) that pertains to a permitting program that applies to nonattainment NSR within nonattainment areas (CAA Title I part D) to be outside the scope of the infrastructure SIP requirements[4] and does not otherwise address it in the 2013 I-SIP Guidance.

Note that Oklahoma's PSD and Title V/Part 70 permitting program applies to sources that emit greenhouse gases (GHGs) in accordance with EPA's tailoring rule, and subsequent narrowing of EPA's approval of the PSD program.

A number of changes to Oklahoma's permitting program are included in pending SIP revisions noted under element § 110(a)(2)(A) – *Emission Limits and Other Control Measures.* | 40 CFR §§ 52.1920 and 52.1929 |

---

[4] Page 4, Section II.  General Guidance on Infrastructure SIPs, *2013 I-SIP Guidance*

| Section 110(a)(2) Element | Summary of Element (Statutory Language) | Provisions in State statutes and rules, and the Current SIP or Recent SIP Revision Submittals | Where Codified or Approved by EPA |
|---|---|---|---|
| | | **This NAAQS Revision:** No additional specific enforceable emission limitations or other control measures, means, or techniques have been identified as necessary to attain or maintain the 2015 Ozone NAAQS. Any particular issues or changes related to implementation of the 2015 Ozone NAAQS through Oklahoma's permitting, compliance, and enforcement programs (e.g., PSD) would be addressed through a separate SIP submission. | |
| § 110(a)(2)(D)(i) – Interstate Transport Provisions | *contain adequate provisions—* *(i) prohibiting, consistent with the provisions of this title, any source or other type of emissions activity within the state from emitting any air pollutant in amounts which will--* *(I) contribute significantly to nonattainment in, or interfere with maintenance by, any other state with respect to any such national primary or secondary ambient air quality standard, or* | The 2013 I-SIP guidance states that EPA expects to issue guidance with respect to this Sub-element,[5] but does not otherwise address interstate transport provisions which prohibit significant contribution to nonattainment in, or interfere with maintenance by, any other state with respect to the NAAQS. EPA has indicated that it expects to address § 110(a)(2)(D)(i)(I) separately through issuance of further guidance, and that the requirements would likely be addressed in a separate Transport SIP.[6] However, Oklahoma's air quality control rule at OAC 252:100-8-35 requires major stationary sources to demonstrate that the source's emissions would not cause or contribute to any increase in ambient concentrations that would exceed any NAAQS in any air quality control region. The State's PSD program meets the basic requirements for implementing all NAAQS. A SIP revision submitted on January 12, 2018 which is pending EPA action, contains modifications to OAC 252:100-8-35. EPA concluded that emissions from Oklahoma significantly contribute to, or interfere with maintenance of the 8-hour 2008 Ozone NAAQS in another state and issued a Federal Implementation Plan (FIP) in an update rule (81 Fed. Reg. 74599, Oct. 26, 2016) to the Transport Rule (aka Cross State Air Pollution Rule (76 Fed. Reg. 48208, Aug. 8, 2011)) requiring Oklahoma to participate in the $NO_X$ Ozone Season trading program. | 40 CFR §§ 52.1920 and 52.1930 |

---

[5] Page 3, Section I. Introduction, *2013 I-SIP Guidance*

[6] Oklahoma submitted its *Interstate Transport SIP for an Assessment of Oklahoma's Impact on Downwind Nonattainment for the National Ambient 8-hour Ozone and PM2.5 Air Quality Standards* ("Transport SIP") to EPA in May 2007, with supplemental information submitted in November 2007. EPA approved portions of the Transport SIP relating to § 110(a)(2)(D)(i)(I) for the 1997 $PM_{2.5}$ NAAQS and the 2006 24-hour $PM_{2.5}$ NAAQS (76 Fed. Reg. 81838, Dec. 29, 2011). In the same action, EPA approved the portions of the Transport SIP relating to the prohibition against significant contribution to nonattainment of the 8-hour 1997 Ozone NAAQS in any other state. EPA's analyses performed in conjunction with issuance of the Transport Rule (aka Cross State Air Pollution Rule, 76 Fed. Reg. 48208, Aug. 8, 2011) concluded that emissions from Oklahoma significantly contribute to interference with maintenance of the 8-hour 1997 Ozone NAAQS in another state and issued a Federal Implementation Plan (FIP) in a supplemental rule (76 Fed. Reg. 80760, Dec. 27, 2011) requiring Oklahoma to participate in the $NO_X$ Ozone Season trading program. On February 2016, EPA revised the CSAPR implementation schedule following resolution of extensive litigation, and on September 2016, EPA finalized an update to the CSAPR for the 2008 Ozone National Ambient Air Quality Standard.

Oklahoma's SIP Submittal "Infrastructure" Checklist
2015 Primary and Secondary Ozone NAAQS Update

|  |  | **This NAAQS Revision:**<br>On March 27, 2018, EPA issued a Memorandum from Peter Tsirigotis, EPA OAQPS, to Regional Air Division Directors, entitled *Information on the Interstate Transport State Implementation Plan Submission for the 2015 Ozone National Ambient Air Quality Standards under Clean Air Act Section 110(a)(2)(D)(i)(I)*. The Tsirigotis March 2018 Memo provided newly-available contribution modeling results, along with a list of potential flexibilities in analytical approaches for developing good neighbor SIPs for the 2015 Ozone NAAQS. The State of Oklahoma, through DEQ, has used those flexibilities, and is requesting EPA approve the *Oklahoma Demonstration of Compliance with the Good Neighbor Requirements of Clean Air Act Section 110(a)(2)(D)(i)(I) for the 2015 Ozone National Ambient Air Quality Standard* as a revision to the SIP. This revision supplements EPA's *Determination Regarding Good Neighbor Obligations for the 2008 Ozone National Ambient Air Quality Standard* proposal [83 Fed. Reg. 31915, 10 July 2018], in which EPA finds that the 2016 CSAPR Update fully addresses CAA section 110(a)(2)(D)(i)(I) (i.e., "Good Neighbor") requirements for Oklahoma. |  |

| § 110(a)(2)(D)(i) – Interstate Transport Provisions | *contain adequate provisions—* <br><br> *(i) prohibiting, consistent with the provisions of this title, any source or other type of emissions activity within the state from emitting any air pollutant in amounts which will--* <br><br> *(II) interfere with measures required to be included in the applicable implementation plan for any other State under part C to prevent significant deterioration of air quality or to protect visibility,* | New major stationary sources and modifications are subject to a comprehensive PSD permitting program.  Under OAC 252:100-8, Part 7, Oklahoma's EPA-approved air permitting program includes pre-construction review of PSD sources, including review for impacts of emissions of all "regulated NSR pollutants," and requires demonstration that any increase in emissions would not cause or contribute to any increase in ambient concentrations that would exceed any NAAQS in any air quality control region. EPA approved the portion of Oklahoma's Transport SIP relating to § 110(a)(2)(D)(i)(II) (PSD) for the 2008 Ozone NAAQS on December 9, 2016 (81 Fed. Reg. 89008). | 40 CFR § 52.1920(c) and (e) |
| | | Oklahoma's *Regional Haze Implementation Plan Revision,* ("RH SIP"), submitted in February 2010, describes Oklahoma's measures to protect visibility and assure that emissions do not interfere with any other state's measures to protect visibility.  These measures include provisions in OAC 252:100-8, Part 11.  EPA partially approved and partially disapproved Oklahoma's Regional Haze SIP on December 28, 2011 (76 Fed. Reg. 81728). EPA stated that the RH SIP did not incorporate some emission reductions that were relied on to demonstrate non-interference with other states' visibility protections.  In the same *Federal Register* notice, EPA also partially approved and partially disapproved portions of the *Interstate Transport SIP for an Assessment of Oklahoma's Impact on Downwind Nonattainment for the National Ambient 8-hour Ozone and PM$_{2.5}$ Air Quality Standards* ("Transport SIP"), submitted May 10, 2007 and supplemented December 10, 2007, that address § 110(a)(2)(D)(i)(II) with respect to protection of visibility.  EPA issued a FIP requiring reduction of SO$_2$ emissions for six units, and found that "the controls under this FIP, in combination with the controls required by the portion of the Oklahoma RH submittal that we are approving, will serve to prevent sources in Oklahoma from emitting pollutants in amounts that will interfere with efforts to protect visibility in other states."  Oklahoma submitted a revision to its RH SIP and Transport SIP on June 14, 2013 to replace the FIP as it relates to two of the six units concerned.  EPA approved this revision effective April 7, 2014. (79 Fed. Reg. 12944 & 12954, March 7, 2014). | 40 CFR §§ 52.1920(d) and (e), 52.1923, and 52.1928 |
| | | **This NAAQS Revision:** <br> Any specific ozone-related issues in Oklahoma's permitting program (e.g., increments or significant impact levels) would be addressed through a separate submission. | |
| | | Ozone from ozone precursor emissions is not believed to contribute significantly to visibility impairment.  Oklahoma's *Regional Haze Implementation Plan Revision,* submitted in February 2010, demonstrates that Oklahoma's PM$_{2.5}$ emissions do not interfere with any other state's measures to protect visibility. This portion was approved by EPA on December 29, 2011 (76 Fed. Reg. 81838). | 40 CFR § 52.1920(e) |

| § 110(a)(2)(D)(ii) – Interstate and International Transport Provisions | *contain adequate provisions—* <br><br> *(ii) insuring compliance with the applicable requirements of sections 126 and 115 (relating to interstate and international pollution abatement);* | Oklahoma's EPA-approved Title V Operating (and PSD) Program includes requirements for providing a notice of draft permit to affected states under OAC 252:100-8-8 (SIP revision approved November 26, 2010 at 75 Fed.Reg. 72695). This notice meets the requirements of § 126 of the CAA. <br><br> Evaluation requirements under the PSD Program are adequate to assure compliance with international pollution abatement requirements. There are no final findings under § 115 of the CAA against this State with respect to any existing NAAQS. | 40 CFR § 52.1920(c) |
|---|---|---|---|
| | | **This NAAQS Revision:** <br> No source or sources within Oklahoma are the subject of an active finding under § 126 of the CAA with respect to the 2015 Ozone NAAQS. <br><br> There are no final findings under § 115 of the CAA against this State with respect to this NAAQS. <br><br> Oklahoma does not anticipate that significant changes would be required to implement the 2015 Ozone NAAQS. | |
| § 110(a)(2)(E)(i) – Adequate Resources | *provide* <br> *(i) necessary assurances that the state (or, except where the Administrator deems inappropriate, the general purpose local government or governments, or a regional agency designated by the state or general purpose local governments for such purpose) will have adequate personnel, funding, and authority under state (and, as appropriate, local) law to carry out such implementation plan (and is not prohibited by any provision of federal or state law from carrying out such implementation plan or portion thereof);* | Oklahoma has previously demonstrated that it currently has and will continue to have adequate personnel and other resources to carry out its air quality programs. The powers and duties of the DEQ to implement air quality programs (including implementing Oklahoma's SIP) are described in 27A O.S. § 2-5-105, and include authority to accept and expend funds necessary to carry them out. DEQ receives air quality program funds through state appropriations, permit application fees, annual operating fees, and federal grants under CAA §§ 103 & 105, among others. | 40 CFR §§ 52.1920(e) and 52.1960(c)(45)(i) |
| | | **This NAAQS Revision:** <br> Oklahoma will continue to provide the resources needed to carry out its air quality responsibilities.  No significant additional personnel or other resources have been identified as required to implement the 2015 Ozone NAAQS, except as otherwise noted. | |
| § 110(a)(2)(E)(ii) – Adequate Resources (State Boards) | *provide* <br> *(ii) requirements that the state comply with the requirements respecting state boards under section 128, and* | The Oklahoma Environmental Quality Code lays out the composition and powers & duties of the Environmental Quality Board (EQB) (27A O.S. § 2-2-101) and the Air Quality Advisory Council (27A O.S. §§ 2-2-201(H) and 2-5-107). These powers & duties include their roles in promulgating DEQ rules, but do not include approving permits or enforcement orders under the CAA.  The powers & duties and conflict of interest provisions for DEQ staff and Executive Director are described in 27A O.S. § 2-3-101 and 27A O.S. § 2-3-201, respectively. | 40 CFR § 52.1920(e) and 40 CFR § 52.1960(c)(17) and (45)(i) |

| | | This NAAQS Revision:<br>Oklahoma does not anticipate that significant changes would be required as a result of a change in a particular NAAQS, including the 2015 Ozone NAAQS. | |
|---|---|---|---|
| **§ 110(a)(2)(E)(iii) – Adequate Resources (Local or Regional Implementation)** | *provide*<br>    *(iii) necessary assurances that, where the state has relied on a local or regional government, agency, or instrumentality for the implementation of any plan provision, the state has responsibility for ensuring adequate implementation of such plan provision;* | Not Applicable. | |
| **§ 110(a)(2)(F) – Stationary Source Monitoring System and Reporting** | *require, as may be prescribed by the Administrator—*<br><br>    *(i) the installation, maintenance, and replacement of equipment, and the implementation of other necessary steps by owners or operators of stationary sources to monitor emissions from such sources,*<br>    *(ii) periodic reports on the nature and amounts of emissions and emissions-related data from such sources, and*<br>    *(iii) correlation of such reports by the state agency with any emission limitations or standards established pursuant to this Act, which reports shall be available at reasonable times for public inspection;* | Source emissions monitoring requirements are addressed in OAC 252:100-43, Testing, Monitoring and Recordkeeping.<br><br>Source emissions inventory requirements are addressed in OAC 252:100-5, Registration of Air Contaminant Sources.<br><br>Area, mobile, and non-road data are reported to EPA on a 3-year cycle.<br><br>Public access to agency records is assured through OAC 252:100, Air Pollution Control; OAC 252:4-1-5, Availability of a Record; and 51 O.S. §§ 24A.1 Oklahoma Open Records Act.<br><br>**This NAAQS Revision:**<br>Oklahoma does not anticipate that significant changes would be required as a result of a change in a particular NAAQS, including the 2015 Ozone NAAQS. | 40 CFR § 52.1960(c)<br><br>40 CFR § 52.1920(c)<br><br>40 CFR § 52.1920(c) |

| § 110(a)(2)(G) – Emergency Episodes | *provide for authority comparable to that in section 303 and adequate contingency plans to implement such authority;* | Chapter 6 of Oklahoma's SIP, as submitted in 1972 and revised in 1988, sets forth the state's Emergency Episode Plan (EEP), as required under § 110(a)(2)(G) and 40 CFR Part 51, Subpart H – Prevention of Air Pollution Emergency Episodes and, along with provisions included in the February 2002 SIP update, describes and implements State authority comparable to that in § 303.  *(For the purpose of EEPs, 40 CFR § 51.150 classifies regions separately with respect to the following pollutants: sulfur oxides, particulate matter, carbon monoxide, nitrogen dioxide, and ozone, based on ambient concentrations. § 51.152 requires a contingency plan for priority I, IA, & II regions.)* <br><br> As indicated in 40 CFR §§ 52.1934 and 52.1960(c)(38), EPA approved the plan as submitted in 1972 and revised in 1988 (56 Fed. Reg. 5656, Feb. 12, 1991). <br><br> The Executive Director of the DEQ is empowered by the Oklahoma Environmental Quality Code to respond to air pollution episodes and other air quality emergencies, and the DEQ has contingency plans to implement emergency episode provisions in the SIP. Oklahoma's Emergency Episode Plan was approved into the SIP by EPA on February 12, 1991 (56 FR 05653). Oklahoma's Emergency Episode Plan includes alert, warning, and emergency levels for emergency episodes involving $PM_{10}$ and ozone concentrations. The episode criteria and contingency measures are found in the Emergency Episode Plan. The criteria for ozone are based on a 1-hour average ozone level. These episode criteria and contingency measures are adequate to address ozone emergency episodes and are in the federally approved SIP. We propose that the Oklahoma Emergency Episode Plan provides for the pollutants specified under 40 CFR 51.150 and is consistent with the provisions of 40 CFR 51.151 and 152, and Appendix L to Part 51. | 40 CFR §§ 52.1934 and 52.1960(c)(38) |
| | | **This NAAQS Revision:** <br> The measures in place in Oklahoma's approved EEP are adequate to address an emergency episode and do not need to be updated due to the 2015 Ozone NAAQS. | |

| § 110(a)(2)(H) – Future SIP Revisions | *provide for revision of such plan—* <br> *(i) from time to time as may be necessary to take account of revisions of such national primary or secondary ambient air quality standard or the availability of improved or more expeditious methods of attaining such standard, and* <br> *(ii) except as provided in paragraph (3)(C), whenever the Administrator finds on the basis of information available to the Administrator that the plan is substantially inadequate to attain the national ambient air quality standard which it implements, or to otherwise comply with any additional requirements established under this Act;* | Under authority of OAC 252:100-3-2 and 252:100-3-3, Appendices E and F of OAC 252:100 enumerate the primary and secondary air quality standards (NAAQS), respectively. <br><br> DEQ's powers and duties to implement air quality programs (including implementing Oklahoma's SIP) are described in 27A O.S. § 2-5-105, and include authority to: <br>   "*3. Prepare and develop a general plan for proper air quality management in the state in accordance with the Oklahoma Clean Air Act;*" <br> and <br>   "*20. Carry out all other duties, requirements and responsibilities necessary and proper for the implementation of the Oklahoma Clean Air Act and fulfilling the requirements of the Federal Clean Air Act.*" <br> [27A O.S. § 2-5-105(3) and (20)] <br><br> Any substantive changes to Oklahoma's SIP, such as NAAQS updates and resulting program modifications, are initiated through the rulemaking process, which includes agency, public, gubernatorial, and legislative review processes. Public notice is provided (published/posted) for all steps in the rulemaking process, in accordance with the state Administrative Procedures Act (75 O.S. §§ 250.1 through 323), Open Records Act (51 O.S. §§ 24A.1 through 24A.29), and Open Meetings Act (25 O.S. §§ 301 through 314), along with corresponding DEQ and state procedural rules. The notices include the opportunity to provide comments prior to and at the public hearing before the Air Quality Advisory Council and at the public hearing before the Environmental Quality Board. <br><br> Documentation of these changes, along with documentation of any implementation or infrastructure changes, is then submitted by the Governor (or the Oklahoma Secretary of Energy and Environment, acting as the Governor's designee) to EPA as a SIP revision. This process is followed regardless of whether it results from a NAAQS update or a finding by the Administrator. State public participation procedures for SIP submittals that do not include rulemaking were submitted to EPA on August 17, 2012 for review. In a letter dated August 23, 2012, EPA concurred that the procedures are consistent with the requirements of 40 CFR § 51.102 and associated guidance. <br><br> **This NAAQS Revision:** <br> Appendix E of OAC 252:100 was updated to incorporate the 2015 Ozone NAAQS effective September 15, 2016. The updated Appendix E was submitted to EPA as a SIP revision in February 2017. <br><br> This SIP submittal fulfills the stated requirement. | 40 CFR §§ 52.1920 and 52.1960 |

| | | | |
|---|---|---|---|
| **§ 110(a)(2)(I) – Nonattainment Area Plan Requirements** | *in the case of a plan or plan revision for an area designated as a nonattainment area, meet the applicable requirements of part D (relating to nonattainment areas);* | Not applicable.  EPA's 2013 I-SIP Guidance interprets the requirements of § 110(a)(2)(I), which pertain to specific requirements for attainment plans for designated nonattainment areas, to be outside the scope of the I-SIP requirements.[7] | |
| **§ 110(a)(2)(J) – Consultation with Government Officials (§ 121)** | *meet the applicable requirements of section 121 … (relating to consultation), …* | Oklahoma's approved SIP includes established consultation with various entities.  Section 2-5-105 of the Oklahoma Clean Air Act specifically gives the DEQ the authority to advise, consult, and cooperate with other agencies of the State, towns, cities and counties, industries, other states and the federal government, and with affected groups in the prevention and control of new and existing air contamination sources within the State. Oklahoma does not anticipate that significant changes would be required as a result of a change in a particular NAAQS. | 40 CFR §§ 52.1920 and 52.1960 |
| **§ 110(a)(2)(J) – Public Notification (§ 127)** | *meet the applicable requirements of … section 127 …* | Public notification procedures to meet the requirements of § 127 of the CAA are established in Oklahoma's SIP. DEQ provides notification of ambient air concentration levels for all NAAQS through its annual Air Data Reports, forecasting reports, and health advisories. **This NAAQS Revision:** The 2015 Ozone NAAQS is included in Oklahoma's SIP public notification requirements. DEQ provides notification of ozone concentration levels through its annual Air Data Reports, near real-time health advisories, and Ozone Watch days. Oklahoma does not anticipate that any significant public notification changes would be required to implement this NAAQS. | 40 CFR §§ 52.1920 and 52.1960 |

---

[7] Page 52, Section III. Guidance on Individual Infrastructure SIP Elements, Element I – Section 110(a)(2)(I): Plan Revisions for Nonattainment Areas, *2013 I-SIP Guidance*

| § 110(a)(2)(J) – PSD and Visibility Protection (Part C) | meet the applicable requirements of … part C … (relating to prevention of significant deterioration of air quality and visibility protection); | Oklahoma's EPA-approved PSD permitting program, which addresses all regulated NSR air pollutants, operates under OAC 252:100-8, Part 7 – Prevention of Significant Deterioration (PSD) Requirements for Attainment Areas; the existing PSD delegation agreement; and approved and pending portions of the SIP. . [See discussion under Element § 110(a)(2)(C) – Program for Enforcement of Control Measures.] | 40 CFR § 52.1920(c) |
|---|---|---|---|
| | | Oklahoma's Regional Haze Implementation Plan Revision ("RH SIP"), submitted in February 2010 and amended in a revision submitted June 14, 2013, describes Oklahoma's measures to protect visibility, including provisions in OAC 252:100-8, Part 11. [See discussion under Element § 110(a)(2)(D)(i) – Interstate Transport Provisions, Subelement (II)]. | 40 CFR §§ 52.1920(c), (d) & (e), 52.1923, and 52.1928 |
| | | In the 2013 I-SIP Guidance, EPA stated the belief that there are no new visibility protection requirements under Part C of the CAA that would result from a revised NAAQS. Therefore, the visibility sub-element of Element J need not be addressed in an infrastructure SIP submission[8]. | |
| | | **This NAAQS Revision:** Specific issues or changes related to implementation of the 2015 Ozone NAAQS through Oklahoma's PSD permitting program would be addressed through a separate SIP submission.<br><br>As noted, no visibility protection obligations under § 110(a)(2)(J) are anticipated as a result of this NAAQS. | |
| § 110(a)(2)(K) – Air Quality Modeling/Data | provide for: (i) the performance of such air quality modeling as the Administrator may prescribe for the purpose of predicting the effect on ambient air quality of any emissions of any air pollutant for which the Administrator has established a national ambient air quality standard, and (ii) the submission, upon request, of data related to such air quality modeling to the Administrator; | Under its general statutory authority (e.g., 27A O.S. §§ 2-3-202 and 2-5-105), DEQ conducts air quality modeling to support its demonstrations of attainment, and reports results to EPA. Source modeling requirements are also authorized in 27A O.S. § 2-5-112, and included in the PSD permitting program in OAC 252:100-8-35. Oklahoma currently has no designated nonattainment areas. Oklahoma will continue to update modeling protocols as appropriate to accommodate evolving program requirements and standards. | 40 CFR §§ 52.1920 and 52.1960 |
| | | **This NAAQS Revision:** Oklahoma's modeling program includes modeling for ozone. Oklahoma has not had a designated nonattainment areas for ozone since 1990, and no ozone SIP modeling has been required. DEQ will continue to review and update modeling protocols as appropriate to implement the revised ozone NAAQS. DEQ will also continue to utilize appropriate modeling to evaluate the significant sources of emissions of ozone precursors in Oklahoma that potentially impact attainment of the ozone NAAQS. | |

[8] page 55, Section III. Guidance on Individual Infrastructure SIP Elements, Element J – Section 110(a)(2)(J): Consultation with Government Officials, Public Notification, and PSD and Visibility Protection, *2013 I-SIP Guidance*

| § 110(a)(2)(L) – Permitting Fees | *require the owner or operator of each major stationary source to pay to the permitting authority, as a condition of any permit required under this Act, a fee sufficient to cover—* <br> *(i) the reasonable costs of reviewing and acting upon any application for such a permit, and* <br> *(ii) if the owner or operator receives a permit for such source, the reasonable costs of implementing and enforcing the terms and conditions of any such permit (not including any court costs or other costs associated with any enforcement action), until such fee requirement is superseded with respect to such sources by the Administrator's approval of a fee program under title V;* | 27A O.S. § 2-5-106 authorizes the DEQ through the EQB to promulgate rules regarding permit fees and 27A O.S. § 2-5-113 establishes that the owner or operator of any source required to have a permit must pay a permit fee to cover the cost of implementing and enforcing Oklahoma's Air Quality permit program.  Oklahoma's EPA-approved Title V Operating Program includes permit application fees and annual operating fees under OAC 252:100-8-1.7 and 252:100-5-2.2, respectively (*formerly* Regulation 1.4.1(d) Permit fees). <br><br> **This NAAQS Revision:** <br> Oklahoma does not anticipate that significant changes would be required to implement the 2015 Ozone NAAQS. | 40 CFR §§ 52.1920(c) and 52.1960(c)(48)(ii)(A) |
| **§ 110(a)(2)(M) – Consultation/ Participation by Affected Local Entities** | *provide for consultation and participation by local political subdivisions affected by the plan.* | Oklahoma's approved SIP includes established opportunities for consultation and participation by local political subdivisions affected by Oklahoma's SIP. <br><br> DEQ's powers and duties to implement air quality programs (including implementing Oklahoma's SIP) described in 27A O.S. § 2-5-105 authorizes the DEQ to advise, consult and cooperate with other agencies of the State, towns, cities and counties, industries, other states and the federal government, and with affected groups in the prevention and control of new and existing air contamination sources within the State. The powers and duties of the Air Quality Advisory Council, as listed in 27A O.S. § 2-5-107, include the "authority and discretion to provide a public forum for the discussion of issues it considers relevant to the air quality of the state, and to … hold public hearings to receive public comment in fulfillment of federal requirements regarding the [SIP] and make recommendations to the [DEQ] concerning the [SIP]." <br><br> Any substantive changes to Oklahoma's SIP, such as NAAQS updates and resulting program modifications, are initiated through the rulemaking process, which includes public notice and hearing procedures.  *(See the Oklahoma Administrative Procedures Act [75 O.S. §§ 250 – 323], DEQ procedural rules in OAC 252:4, and procedures approved under 40 CFR § 51.102(g).)*  Documentation of these changes, along with documentation of any implementation or infrastructure changes, is then submitted to EPA as a SIP revision. <br><br> Oklahoma does not anticipate that significant changes would be required as a result of a change in a particular NAAQS. | 40 CFR §§ 52.1920 and 52.1960 |



O K L A H O M A
DEPARTMENT OF ENVIRONMENTAL QUALITY

SCOTT A. THOMPSON
Executive Director

**OKLAHOMA DEPARTMENT OF ENVIRONMENTAL QUALITY**

MARY FALLIN
Governor

October 25, 2018

Anne Idsal, Regional Administrator (6RA)
U.S. Environmental Protection Agency – Region 6
1445 Ross Avenue, Suite 1200
Dallas TX 75202-2733

RE:  Documentation of Procedures for Submittal of Certification of SIP Elements for the 2015
Ozone NAAQS under Clean Air Act Sections 110(a)(1) and (2)

Dear Administrator Idsal:

This letter is to certify that the procedures for preparation and submittal of Oklahoma's
Certification of State Implementation Plan (SIP) Elements for the 2015 Primary and Secondary
Ozone National Ambient Air Quality Standards (NAAQS) under Clean Air Act Sections 110(a)(1)
and (2) were in compliance with the requirements of the Oklahoma Administrative Procedures
Act, 75 O.S. §§ 250.1 through 323, and 40 CFR § 51.102 and 40 CFR Part 51, Appendix V, 2.1(g).
State public participation procedures for such SIP submittals were submitted to EPA for review
under 40 CFR § 51.102. In a letter dated August 23, 2012, EPA concurred that the procedures are
consistent with the requirements of 40 CFR § 51.102 and associated guidance.

The Notice of Opportunity for Public Hearing and Comment on the proposed certification that
Oklahoma has adequate resources and authority to implement, maintain, and enforce the 2015
Primary and Secondary Ozone NAAQS was posted on the Oklahoma Department of
Environmental Quality's (DEQ) web site on Wednesday, August 15, 2018. The notice set a
tentative public hearing for Monday, September 17, 2018, and included information on how the
public could request a public hearing and submit written or oral comments on the proposed
submittal. The notice provided that if no request for a public hearing was received by 10:00 a.m.,
Friday, September 14, 2018 (the close of the minimum 30-day notice period), the hearing would
be cancelled, and a notice announcing the cancellation would be posted on the DEQ web site at
least 24 hours prior to the scheduled time for the hearing. A contact phone number for information
on the public hearing was also included in the notice. No hearing requests were received during
the comment period (8/15/2018 – 9/14/2018). Therefore, a notice of hearing cancellation was
posted on the DEQ web site before 10:00 a.m. on September 16, 2018. In addition to posting the
two notices on DEQ's web site, an electronic notification (email) was sent to those on AQD's
standing email mailing list. Because the submittal involves no rules or program changes, nor
matter of significant public interest, newspaper and direct mail notifications were not prepared.

Ms. Anne Idsal
2015 Ozone NAAQS I-SIP Certification Documentation
October 25, 2018
Page 2

No comments were received on the I-SIP Checklist. One set of comments was received from EPA on the "Oklahoma Demonstration of Compliance with the Good Neighbor Requirements of Clean Air Act Section 110(a)(2)(D)(i)(I) for the 2015 Ozone National Ambient Air Quality Standard." Therefore, a Response to Comments document was prepared. Enclosed with this letter are copies of the Notice of Opportunity for Public Hearing and Comment and the Notice of Hearing Cancellation, along with copies of comments received during the comment period and a Response to Comments document, and screen shots of relevant DEQ web pages.

If you have questions or require additional information, please contact Ms. Melanie Foster, Environmental Programs Manager, at (405) 702-4218.

Sincerely,

Eddie Terrill, Director
Air Quality Division

Enclosures:
        Notice of Opportunity for Public Hearing and Comment
        Notice of Hearing Cancellation
        Screen Shots of Relevant DEQ Web Pages
        Summary of Comments and Responses

**OKLAHOMA DEPARTMENT OF ENVIRONMENTAL QUALITY**
**Notice of Opportunity for Public Hearing and Comment**
**Oklahoma's Section 110 Infrastructure SIP Certification**
**2015 Primary and Secondary Ozone NAAQS**

The Oklahoma Department of Environmental Quality (DEQ) hereby announces an opportunity to comment on and request a public hearing on the proposed certification that Oklahoma has adequate resources and authority to implement, maintain, and enforce the 2015 Primary and Secondary Ozone National Ambient Air Quality Standards (NAAQS). The hearing, if one is requested, will be held on Monday, September 17, 2018 from 10:00 a.m. to 12:00 noon in the 1st Floor Multipurpose Room of the DEQ, 707 North Robinson Avenue, Oklahoma City, OK 73102. **NOTE**: If no request for a public hearing is received by 10:00 a.m., Friday, September 14, 2018 (the close of the minimum 30-day notice period), the hearing will be cancelled, and a notice announcing that the hearing has been cancelled will be posted on the DEQ web site (http://www.deq.state.ok.us/aqdnew/RulesAndPlanning/index.htm) at least 24 hours prior to the scheduled time for the hearing. You may call (405) 702-4100 to find out if the hearing has been cancelled.

Under the Oklahoma Clean Air Act (27A O.S. §§ 2-5-101 thru -117), DEQ is given the primary responsibility and authority to prepare and implement Oklahoma's air quality management plan, compiled in 40 CFR Part 52, Subpart LL. The DEQ prepared the proposed certification to comply with the requirements contained in Section 110 of the federal Clean Air Act and 40 CFR Part 51, Requirements for Preparation, Adoption, and Submittal of Implementation Plans. This certification was prepared for submittal to the U.S. Environmental Protection Agency (EPA) under EPA's Guidance on Infrastructure State Implementation Plan (SIP) Elements under Clean Air Act Sections 110(a)(1) and 110(a)(2), issued September 13, 2013.

All persons interested in these matters are invited to submit written comments prior to the scheduled close of the public hearing (*i.e.*, 12:00 noon on Monday, September 17, 2018) and/or provide oral comments at the public hearing (if a hearing is requested and held). Persons planning to comment at the hearing may submit a written statement and/or additional information relevant to this matter for inclusion in the record of proceedings of the public hearing. The hearing officer may limit the length of oral presentations to allow all those who wish to provide oral comments an opportunity to do so.

The proposed certification is available on the DEQ web site at http://www.deq.state.ok.us/aqdnew/RulesAndPlanning/index.htm. Copies may also be obtained from the Department by contacting Melanie Foster, Environmental Programs Manager, at (405) 702-4100 or Melanie.Foster@deq.ok.gov.

Written comments and/or a public hearing request regarding the proposed 2015 Primary and Secondary Ozone NAAQS § 110 Infrastructure SIP Certification should be emailed to DEQ at AQDSIPComments@deq.ok.gov or mailed to:

> Department of Environmental Quality, Air Quality Division
> P.O. Box 1677
> Oklahoma City, Oklahoma 73101-1677
> ATTN: Melanie Foster

Comments may be submitted by fax to the Air Quality Division, ATTN: Melanie Foster, at (405) 702-4101.

Should you desire to attend the public hearing but have a disability and need an accommodation, please notify the Air Quality Division three (3) days in advance at (405) 702-4172. For the hearing impaired, the TDD relay number is 1-800-522-8506 or 1-800-722-0353, for TDD machine use only.

**OKLAHOMA DEPARTMENT OF ENVIRONMENTAL QUALITY**

# Notice of Cancellation of Public Hearing

### Oklahoma's Section 110 Infrastructure SIP Certification
### 2015 Ozone NAAQS

The Oklahoma Department of Environmental Quality (DEQ) hereby announces that no request for a public hearing was received by the close of the 30-day notice period (8/15/2018 – 9/14/2018) on the proposed certification that Oklahoma has adequate resources and authority to implement, maintain, and enforce the 2015 Ozone National Ambient Air Quality Standards (NAAQS). Therefore, the hearing scheduled for Monday, September 17, 2018 has been cancelled, as provided for in the notice announcing the opportunity to request a public hearing and comment on the proposal. This announcement is in accordance with the public notice requirements of 40 CFR § 51.102.

Written comments on the proposal will be accepted through noon on Monday, September 17, 2018. The public notice and proposed certification are available on the DEQ website at http://www.deq.state.ok.us/aqdnew/RulesAndPlanning/index.htm. Copies may also be obtained from the Department by contacting Melanie Foster, Environmental Programs Manager, at (405) 702-4100 or Melanie.Foster@deq.ok.gov.



http://www.deq.**state.ok.us**/aqdnew/index.htm#

File   Edit   View   Favorites   Tools   Help

Update email Password   NACAA   IT   Welcome to the Oklahom...   Air Markets Program Data...   Mesonet  Home Page   Web Slice Gallery

**Oklahoma Department of Environmental Quality**   RULES & REGULATIONS   PUBLICATIONS & FORMS   PROGRAMS

air quality • water quality • land protection • state environmental laboratory services • environmental complaints & local services • office of external affairs



## Welcome to the Air Quality Division

SIP COMMENTS   LAWNMOWERS   SMOKE   VOLKSWAGEN   VILLAGE GREEN

Forms

Multimedia

What's New

Air Rules

Education

Clean Diesel/Funding

Lead-Based Paint

Contact AQD

AQD Site Index

## Open for Comments:

*Clean Air Act §110(a)(2) Infrastructure State Implementation Plan 2015 Primary and Secondary Ozone National Ambient Air Quality Standards*

We are taking comments until noon September 17, 2018 and hearing requests until 10 AM Friday, September 14, 2018 on our infrastructure review for implementing the 2015 changes to the Primary and Secondary Ozone National Ambient Air Quality Standards.

Documents Are Posted On Our I-SIP Page

**Excess Emissions Reporting**

**Environmental Complaints**

**What is air quality?**
The amount of pollution in the air from all sources - natural and human - defines the quality of the air we breathe.  Air pollution isn't limited to our cities; it can blow into any part of Oklahoma from neighboring states.

**Why is it important?**
Bad air quality can affect everybody's health.  It can have direct effects on the

J.A. 0153





Forms

Multimedia

What's New

Air Rules

Education

Clean Diesel/Funding

Contact AQD

AQD Site Index

# What's New in Air Quality?

## Special Announcements

**NEW!** **Open for Comments: Proposed 2015 Ozone NAAQS I-SIP**

AQD is taking comments and hearing requests on the proposed certification that Oklahoma has adequate resources and authority to implement, maintain, and enforce the 2015 Ozone National Ambient Air Quality Standards (NAAQS). The comment period runs through noon on Monday, September 17th. A hearing (if one is requested by 10:00 a.m. Friday, 9/14/2018) would be held on Monday, September 17, 2018 from 10:00 a.m. to 12:00 noon in DEQ's 1st Floor Multipurpose Room. See the linked public notice, proposed "infrastructure review" checklist, Good Neighbor support document, and draft certification letter for more specifics. You may check this website or call 405-702-4100, 24 hours prior to the scheduled hearing time, to find out if it is cancelled. **Posted August 14, 2018**

**NEW!** **2017 Air Data Report**

The 2017 Air Data Report has now been posted. The report charts air quality monitoring data collected at 30 monitors for criteria pollutants. The report shows Oklahoma is in attainment for all the NAAQS, along with analysis of each pollutant. View the 2017 Report... **Updated August 7, 2018**

**Volkswagen Settlement**

DEQ and the office of the Oklahoma Secretary of Energy and Environment (SOEE) submitted the Oklahoma Beneficiary Mitigation Plan (BMP) to Wilmington Trust on June 8, 2018. The BMP is a high-level plan describing the State's intentions for utilizing Oklahoma's funding allocation from the Volkswagen Environmental Mitigation Trust. This submittal follows a public comment period on the proposed BMP which ran from April 24, 2018 to May 24, 2018. Read the final BMP here. **Updated June 19, 2018**

**E-Permitting for Air Quality Permits**

Our new online permitting system is live. The following materials provide an overview of creating individual accounts for the system, creating and tracking permit applications, and optimizing your experience.





## Air Quality Rules & Planning

**Ozone Infrastructure SIP Open for Comments and Hearing Requests:** AQD is taking comments and hearing requests on the proposed certification that Oklahoma has adequate resources and authority to implement, maintain, and enforce the 2015 Ozone National Ambient Air Quality Standards (NAAQS). The comment period runs through noon on Monday, September 17th. A hearing (if one is requested by 10:00 a.m. Friday, 9/14/2018) would be held on Monday, September 17, 2018 from 10:00 a.m. to 12:00 noon in DEQ's 1st Floor Multipurpose Room. See the linked public notice, proposed "infrastructure review" checklist, Good Neighbor support document, and draft certification letter for more specifics. You may check this website or call 405-702-4100, 24 hours prior to the scheduled hearing time, to find out if it is cancelled. **Posted August 14, 2018**

### What is a State Implementation Plan?

The State Implementation Plan (SIP) lays out goals and procedures to protect the state's air quality. The federal Clean Air Act (CAA), which became law in 1971 and was amended in 1990, provides the national framework for efforts to protect air quality. The US EPA has delegated most of the available programs for implementing and enforcing the act to the Air Quality Division of DEQ. Regulation at the state level means that local needs and conditions are better understood, responded to, and managed.

Oklahoma's EPA-approved SIP lays out the goals and procedures for the daily operations of AQD. It includes the Oklahoma Air Quality Rules and other strategies developed at the state level for implementing the various federal air quality programs. The core focus of the air quality program is to implement, maintain, and enforce the National Ambient Air Quality Standards (NAAQS). The SIP is regularly reviewed and amended as necessary. In addition, EPA requires the state to demonstrate that the SIP meets the "infrastructure" requirements of CAA Section 110(a)(2) (A)-(M) each time a NAAQS is issued or revised. These "infrastructure SIPs", or I-SIPs, are posted for public comment on this page when proposed, and are then archived on the I-SIP page once they are finalized and submitted to EPA.

### How are Oklahoma's Air Quality Rules Made?

The AQD Rules and Planning Section proposes rule updates to the Air Quality Advisory Council, which consists of nine members appointed by the Governor to represent various Oklahoma stakeholders. After proposed rule changes have been open for public review and comment, public hearings are held. If a rule change is approved by the Council, it is recommended to the Oklahoma Environmental Quality Board. Once adopted by the Board, the new rules proceed to the State Legislature and the Governor for final approval.

Upcoming Air Quality Advisory Council meeting dates, proposed rules and agendas can be found here.

Click here for a Quick Reference Guide to Public Participation in the Air Quality Rulemaking Process!

J.A. 0155



http://www.deq.**state.ok.us**/aqdnew/index.htm#

File   Edit   View   Favorites   Tools   Help

👍 Update email Password   NACAA   IT   Welcome to the Oklahom...   Air Markets Program Data...   Mesonet Ho

**Oklahoma Department of Environmental Quality**   RULES & REGULATIONS | PUBLICATIONS & FORMS | PROGRA

air quality • water quality • land protection • state environmental laboratory services • environmental comp



Forms

Multimedia

What's New

Air Rules

Education

Clean Diesel/Funding

Lead-Based Paint

Contact AQD

AQD Site Index

Excess Emissions Reporting

Environmental Complaints

## Welcome to the Air Quality Division

SIP COMMENTS | AIR REPORT | SMOKE | VOLKSWAGEN | OCTOBER COUNCIL

# Open for Comments:

Clean Air Act §110(a)(2) Infrastructure
State Implementation Plan
2015 Primary and Secondary Ozone
National Ambient Air Quality Standards

We are taking comments until noon September 17, 2018 on our infrastructure review for implementing the 2015 changes to the Primary and Secondary Ozone NAAQS. *No request for a public hearing was received by the close of the 30-day notice period. Therefore, there will be no hearing.*

Documents Are Posted On Our I-SIP Page

**What is air quality?**
The amount of pollution in the air from all sources - natural and human - defines the quality of the air we breathe. Air pollution isn't limited to our cities; it can blow into any part of Oklahoma from neighboring states.

**Why is it important?**
Bad air quality can affect everybody's health. It can have direct effects on the lungs, and it can worsen an existing condition, such as asthma. Some people are more sensitive to air pollution than others. These include young children who are growing rapidly and older adults who have reduced immune systems.

Poor public health also incurs economic costs for society, e.g., increased healthcare costs and loss of working days. And a clean environment makes Oklahoma an attractive place to live, work and play: something we can all be proud of.

**What does the Air Quality Division do?**
Most importantly, we work to effectively *protect the public health in Oklahoma*. We do this by:

• Monitoring the air quality across Oklahoma and warning and advising the

http://www.deq.state.ok.us/aqdnew/RulesAndPlanning/Infrastructure_index.htm

         

J.A. 0156





**Oklahoma Department of Environmental Quality** | RULES & REGULATIONS | PUBLICATIONS & FORMS | PROGRAMS

air quality • water quality • land protection • state environmental laboratory services • environmental complaints & local servic



Forms

Multimedia

What's New

Air Rules

Education

Clean
Diesel/Funding

Contact AQD

AQD Site Index

## Air Quality Rules & Planning

**Ozone Infrastructure SIP Open for Comments and Hearing Requests:** AQD is taking comments and hearing requests on the proposed certification that Oklahoma has adequate resources and authority to implement, maintain, and enforce the 2015 Ozone National Ambient Air Quality Standards (NAAQS). The comment period runs through noon on Monday, September 17th. A hearing (if one is requested by 10:00 a.m. Friday, 9/14/2018) would be held on Monday, September 17, 2018 from 10:00 a.m. to 12:00 noon in DEQ's 1st Floor Multipurpose Room. See the linked public notice, proposed "infrastructure review" checklist, Good Neighbor support document, and draft certification letter for more specifics. You may check this website or call 405-702-4100, 24 hours prior to the scheduled hearing time, to find out if it is cancelled. **Posted August 14, 2018**

Notice of Cancellation of Public Hearing: No request for a public hearing was received by the close of the 30-day notice period (8/15/2018 - 9/14/2018) on the proposed certification. Therefore, the hearing scheduled for Monday, September 17, 2018 has been cancelled, as provided for in the above notice. The division will continue to accept comments on the proposal until noon, Monday, September 17, 2018. **Posted September 14, 2018**

**What is a State Implementation Plan?**
The State Implementation Plan (SIP) lays out goals and procedures to protect the state's air quality. The federal Clean Air Act (CAA), which became law in 1971 and was amended in 1990, provides the national framework for efforts to protect air quality. The US EPA has delegated most of the available programs for implementing and enforcing the act to the Air Quality Division of DEQ. Regulation at the state level means that local needs and conditions are better understood, responded to, and managed.

Oklahoma's EPA-approved SIP lays out the goals and procedures for the daily operations of AQD. It includes the Oklahoma Air Quality Rules and other strategies developed at the state level for implementing the various federal air quality programs. The core focus of the air quality program is to implement, maintain, and enforce the National Ambient Air Quality Standards (NAAQS). The SIP is regularly reviewed and amended as necessary. In addition, EPA requires the state to demonstrate that the SIP meets the "infrastructure" requirements of CAA Section 110(a)(2) (A)-(M) each time a NAAQS is issued or revised. These "infrastructure SIPs", or I-SIPs, are posted for public comment on this page when proposed, and are then archived on the I-SIP page once they are finalized and submitted to EPA.

**How are Oklahoma's Air Quality Rules Made?**
The AQD Rules and Planning Section proposes rule updates to the Air Quality Advisory Council, which consists of nine members appointed by the Governor to represent various Oklahoma stakeholders. After proposed rule changes have been open for public review and comment, public hearings are held. If a rule change is approved by the Council, it is recommended to the Oklahoma Environmental Quality Board. Once adopted by the Board, the new rules proceed to the State Legislature and the Governor for final approval.

Upcoming Air Quality Advisory Council meeting dates, proposed rules and agendas can be found here.

Click here for a Quick Reference Guide to Public Participation in the Air Quality Rulemaking Process!

**Smoke Management Plan**

         

## Draft Section 110 Infrastructure SIP Certification
## 2015 Primary and Secondary Ozone NAAQS

Given below is draft language for the body of the certification letter.  The language would be provided to the Governor's office to assist in preparing the certification letter for the Governor's signature or her designee (e.g., the Secretary of Energy and Environment).

Draft Section 110 Infrastructure SIP Certification
2015 Primary and Secondary Ozone NAAQS

Sections 110(a)(1) and (2) of the Clean Air Act requires that each state review and revise as necessary its SIP following promulgation of a revised National Ambient Air Quality Standards (NAAQS) (See U.S.C. § 7410(a)(1) and (2)).  On October 1, 2015, the EPA administrator signed the Primary National Ambient Air Quality Standards for Ozone (80 Fed. Reg. 65292, October 26, 2015).  EPA issued the "Guidance on Infrastructure State Implementation Plan (SIP) Elements under Clean Air Act Sections 110(a)(1) and 110(a)(2)" in September 2013.  Under this guidance, states may certify that their existing SIPs meet the "infrastructure" elements of § 110(a)(2), rather than submitting a revised SIP for the revised NAAQS such as the 2015 Ozone NAAQS. Oklahoma's SIP is codified in 40 CFR Part 52, Subpart LL.

On behalf of the State of Oklahoma, I hereby certify that, as indicated in the enclosed table titled "Oklahoma's State Implementation Plan (SIP) Submittal 'Infrastructure' Checklist," and the enclosed Technical support document titled "Oklahoma Demonstration of Compliance with the Good Neighbor Requirements of Clean Air Act Section 110(a)(2)(D)(i)(I) for the 2015 Ozone National Ambient Air Quality Standard," Oklahoma's SIP meets the infrastructure and Good Neighbor obligations for the 2015 Primary and Secondary Ozone NAAQS.  To date, the only SIP change required to meet the revised 2015 Ozone NAAQS was a revision to Appendix E and F of OAC 252:100, to add the new 8-hour Ozone standard [CAA § 110(a)(2)(H)], which became effective September 15, 2016.

State public participation procedures for such SIP submittals were submitted to EPA for review under 40 CFR § 51.102. In a letter dated August 23, 2012, EPA concurred that Oklahoma's procedures are consistent with the requirements of 40 CFR § 51.102 and associated guidance. Public notice for this submittal was posted on DEQ's web site on August 15, 2018, to allow the opportunity to provide comments and to request a public hearing scheduled for September 17, 2018 at DEQ's Central Office, 707 North Robinson, Oklahoma City, Oklahoma, 73102.

*Either Passage #1 or #2 will be included in the letter depending upon whether public hearing was conducted.*

#1 No hearing request was received during the minimum 30-day comment period (8/15/18 – 9/14/18).  Therefore, a notice of hearing cancellation was published on DEQ's website on September 14, 2018.  Attached is documentation of this public notice of cancellation and comment submittal process.

J.A. 0158

#2 DEQ conducted a public hearing on September 17, 2018.  A copy of the transcript from that hearing is included.  Also attached are copies of comments received during the comment period and a Response to Comments document.  It is our understanding that the final results of EPA's review of this submittal will be determined through rulemaking and will be published in the *Federal Register*.

Please note that Oklahoma currently has no designated Ozone nonattainment or maintenance areas so no nonattainment plans are due.

# Oklahoma Demonstration of Compliance
# with the Good Neighbor Requirements of
# Clean Air Act Section 110(a)(2)(D)(i)(I)
# for the 2015 Ozone National Ambient Air Quality Standard

## October 2018

Oklahoma Department of Environmental Quality
707 N Robinson
Oklahoma City, OK 73101

J.A. 0160

[This page intentionally left blank.]

# Table of Contents

1.0. Introduction ............................................................................................................ 1

2.0. Request ................................................................................................................... 1

3.0. Background ............................................................................................................. 2

4.0. Ozone ..................................................................................................................... 4

4.1. Formation ............................................................................................................... 4

4.2. Ozone Precursors – NOx and VOC ...................................................................... 4

4.3. EPA's Designation Process ................................................................................... 5

4.4. Transport Modeling ............................................................................................... 6

4.4.a. EPA .................................................................................................................... 6

4.4.b. Texas Commission on Environmental Quality ................................................. 6

4.5. New Information on Analytical Approaches ......................................................... 7

4.6. Ozone Transport Assessment for Good Neighbor SIPs 4-step framework .............. 10

4.7. EPA Modeling Data ............................................................................................ 10

5.0. Weight of Evidence ............................................................................................. 14

6.0. Conclusions ......................................................................................................... 15

J.A. 0162

Oklahoma Demonstration of Compliance
with the Good Neighbor Requirements of
Clean Air Act Section 110(a)(2)(D)(i)(I)
for the 2015 Ozone National Ambient Air Quality Standard

## 1.0.    Introduction

Sections 110(a)(1) and (2) of the Clean Air Act (CAA) require all states to adopt and submit to the

Environmental Protection Agency (EPA) any necessary revisions to its State Implementation Plans

(SIP) which provide for the implementation, maintenance, and enforcement of a new or revised

National Ambient Air Quality Standard (NAAQS). Such revisions are commonly referred to as

"infrastructure SIPs." The EPA revised the ozone NAAQS in October 2015 and completed the

designation process to identify most nonattainment areas in April 2018, and finalized designations on

July 25, 2018. The Oklahoma Department of Environmental Quality (DEQ) is submitting this

document to satisfy the transport SIP requirements of CAA Section 110(a)(2)(D)(i)(I), which is

commonly referred to as the "Good Neighbor" provision.

## 2.0.    Request

CAA section 110(a)(2)(D)(i)(I) prohibits emissions from states that will contribute significantly to

nonattainment or interfere with maintenance in any other state with respect to any primary or secondary

NAAQS. However, EPA stated in the notice for the Cross-State Air Pollution Rule Update for the 2008

Ozone NAAQS ("2016 CSAPR Update"), that "… EPA does not view the obligation under the good

neighbor provision as a requirement for upwind states to bear all of the burden for resolving downwind

air quality problems. Rather, it is an obligation that upwind and downwind states share responsibility

for addressing air quality problems. If, after implementation of reasonable emissions reductions by an

upwind state, a downwind air quality problem persists, whether due to international emissions or

J.A. 0163

emissions originating within the downwind state, the EPA can relieve the upwind state of the obligation to make additional reductions to address that air quality problem. But the statute does not absolve the upwind state of the obligation to make reasonable reductions in the first instance." [81 Fed. Reg. 74536, 26 Oct 2016]

The State of Oklahoma, through DEQ, is requesting the EPA to approve the *Oklahoma Demonstration of Compliance with the Good Neighbor Requirements of Clean Air Act Section 110(a)(2)(D)(i)(I) for the 2015 Ozone National Ambient Air Quality Standard* as a revision to the SIP. This revision supplements EPA's *Determination Regarding Good Neighbor Obligations for the 2008 Ozone National Ambient Air Quality Standard* proposal [83 Fed. Reg. 31915, 10 July 2018], in which EPA finds that the 2016 CSAPR Update fully addresses CAA section 110(a)(2)(D)(i)(I) (i.e., "Good Neighbor") requirements for Oklahoma.

## 3.0.    Background

On October 26, 2015, EPA promulgated a revised NAAQS for ozone based on 8-hour average concentrations [80 Fed. Reg. 65292]. EPA revised the level of the 8-hour ozone NAAQS to 0.070 parts per million (ppm). EPA completed the designation process to identify nonattainment areas in April 2018; all areas of Oklahoma were designated as attainment/unclassifiable [83 Fed. Reg. 25825, 4 June 2018].

Pursuant to section 110(a) of the CAA, states are required to submit SIPs to provide for the implementation, maintenance, and enforcement of a new or revised NAAQS within three (3) years following the promulgation of such NAAQS, or within a shorter period as EPA may prescribe. More specifically, section 110(a)(1) provides the procedural and timing requirements for SIPs. Section

J.A. 0164

110(a)(2) lists specific elements that states must meet for ''infrastructure'' SIP requirements related to a newly established or revised NAAQS. These requirements include basic SIP elements such as requirements for monitoring, basic program requirements, and legal authority that are designed to assure attainment and maintenance of the NAAQS.

On January 28, 2015, DEQ submitted a plan to satisfy the requirements of section 110(a)(2) of the CAA for the 2008 ozone NAAQS. This submittal addressed the following infrastructure elements, or portions thereof: section 110(a)(2)(A), (B), (C), (D), (E), (F), (G), (H), (I), (J), (K), (L), and (M) of the CAA. On December 9, 2016, EPA approved the submittal [81 Fed. Reg. 89008]. DEQ did not make a submittal to address the transport portion, (§110(a)(2)(D)(i)(I)) of the Infrastructure SIP, and on July 13, 2015, [80 Fed. Reg. 39961], EPA made a *Finding of Failure To Submit a Section 110 State Implementation Plan for Interstate Transport for the 2008 National Ambient Air Quality Standards for Ozone* for 24 states, which included Oklahoma. This finding of failure to submit establish a 2-year deadline for EPA to promulgate a Federal Implementation Plan (FIP) to address the interstate transport SIP requirements pertaining to significant contribution to nonattainment and interference with maintenance unless, prior to EPA promulgating a FIP, the state submits, and the EPA approves, a SIP that meets these requirements.

On June 29, 2018, the EPA proposed [83 Fed. Reg. 31915, July 10, 2018] that the 2016 CSAPR Update [81 Fed. Reg. 74504, October 26, 2016] fully addresses 20 states' interstate pollution transport obligations for the 2008 ozone NAAQS. The proposal relies on EPA's latest data and modeling to assess air quality nonattainment and maintenance for the 2008 ozone NAAQS. This analysis found that there are projected to be no remaining nonattainment or maintenance receptors in the eastern United States by 2023. In accordance with this finding, EPA is proposing to determine that the 20 states covered by this proposal would not need to submit SIPs establishing additional control requirements

J.A. 0165

beyond the 2016 CSAPR Update to address transported ozone and ozone precursors with respect to the 2008 ozone NAAQS. Also, EPA would have no obligation to establish additional control requirements for sources in these states.

## 4.0.   Ozone

### 4.1.   Formation

Ground-level ozone ($O_3$) is a gas that is not usually emitted directly into the air, but is a secondary pollutant formed by the reaction of oxides of nitrogen (NOx) and volatile organic compounds (VOCs) in the presence of sunlight. Many types of sources emit these precursor pollutants, including power plants and industrial facilities, on-road and off-road motor vehicles, engines, and small sources collectively referred to as area sources. Ozone is predominately a summertime pollutant; however, high ozone concentrations have been observed in cold months when snow on the ground reflects ultraviolet light so it makes a double pass through the atmosphere and provides more energy for the ozone formation reaction. Ozone and ozone precursors (NOx and VOCs) can be transported hundreds of miles.

### 4.2.   Ozone Precursors – NOx and VOCs

The Good Neighbor provision of the CAA "provides both the states and the EPA with the flexibility to develop a remedy targeted at a particular air quality problem, including the flexibility to tailor the remedy to address the particular precursor pollutants and sources that would most effectively address the downwind air quality problem."[1] "In order to address the regional transport of ozone…., the EPA has promulgated four (4) regional interstate transport rules focusing on the reduction of NOx

---

[1] Response to December 9, 2013, Clean Air Act Section 176A Petition From Connecticut, Delaware, Maryland, Massachusetts, New Hampshire, New York, Pennsylvania, Rhode Island and Vermont, 82 Fed. Reg. 6516, 19 Jan 2017.

J.A. 0166

emissions, as the primary meaningful precursor to address regional ozone, from certain sources located in states in the eastern half of the U.S.[2]" The Ozone Transport Assessment Group's (OTAG) Regional and Urban Scale Modeling, and Air Quality Analysis Work Groups concluded, with which EPA agreed, "Regional NOx emissions reductions are effective in producing ozone benefits; the more NOx emissions reduced, the greater the benefit to air quality; and VOC controls are effective in reducing ozone locally and are most advantageous to urban nonattainment areas." The EPA concluded, "a regional strategy focusing on NOx reductions across a broad portion of the region will help mitigate the ozone problem in many areas of the East" [82 Fed. Reg. 6517, 19 Jan 2017].

## 4.3. EPA's Designation Process

On October 1, 2015, the EPA revised both the primary and secondary NAAQS for ozone to a level of 0.070 ppm; annual fourth-highest daily maximum 8-hour average concentration, averaged over 3 years [80 Fed. Reg. 65292, 26 Oct. 2015]. On November 6, 2017, EPA designated approximately 85% of the counties in the United States as attainment/unclassifiable with the 2015 ozone standard based on 2014 – 2016 design values [82 Fed. Reg. 54232]. EPA completed additional area designations for most of the remaining portions of the United States in accordance with the requirements of CAA section 107(d) on April 30, 2018, [83 Fed. Reg. 25825] and designated eight counties in the San Antonio area on July 25, 2018 [83 Fed. Reg. 35136]. All counties in Oklahoma were designated "unclassifiable/attainment" for the 2015 8-hour ozone NAAQS [82 Fed. Reg. 54232 and 83 Fed. Reg. 25825].

---

[2] Ibid

J.A. 0167

## 4.4.    Transport Modeling

### 4.4.a.   EPA

EPA has provided air quality modeling using a 2011-base platform to help states address the requirements of CAA section 110(a)(2)(D)(i)(I) for the 2015 ozone NAAQS. This modeling was provided in its *Notice of Availability of the Environmental Protection Agency's Preliminary Interstate Ozone Transport Modeling Data for the 2015 Ozone National Ambient Air Quality Standard* [82 Fed. Reg. 1733, 6 Jan. 2017].

### 4.4.b. Texas Commission on Environmental Quality (TCEQ)

TCEQ has developed modeling specifically to address the 2015 ozone standard Good Neighbor SIP requirements. The modeling results and reports can be found at http://www.deq.state.ok.us/aqdnew/rulesandplanning/o3isip2015/17039SIP_2015OzoneTransport_ado_backup.pdf.

One major way the TCEQ modeling differs from the EPA modeling is that TCEQ uses a 2012 base year instead of a 2011 base year.  DEQ and TCEQ have both submitted comments on the unsuitability of meteorological data from the May through September 2011 episode for ozone modeling in response to several EPA ozone model updates. DEQ specifically submitted comments in response to the *Notice of Availability of the Environmental Protection Agency's Preliminary Interstate Ozone Transport Modeling Data for the 2015 Ozone National Ambient Air Quality Standard* [82 Fed. Reg. 1733, 6 Jan. 2017].  Evidence supporting the fact that 2011 was a meteorologically anomalous year for Oklahoma and Texas is found in Attachment A of the October Memorandum from Peter Tsirigotis, EPA OAQPS, to Regional Air Division Directors, Regions 1-10, entitled *Considerations for Identifying Maintenance Receptors for Use in Clean Air Act Section 110(a)(2)(D)(i)(I) Interstate Transport State*

J.A. 0168

*Implementation Plan Submission for the 2015 Ozone National Ambient Air Quality Standards* ("Tsirigotis October 2018 Memo"). 2011 was the hottest year on record, and the single-worst drought year recorded in Texas since 1895. In Oklahoma, the 2011 ozone season was the warmest on record, with the five-month period from May to September showing a positive temperature departure from the 20th century mean of 5.3 ℉, and was the third driest period on record.

## 4.5    New Information and Analytical Approaches

On March 27, 2018, EPA issued a Memorandum from Peter Tsirigotis, EPA OAQPS, to Regional Air Division Directors, Regions 1-10, entitled *Information on the Interstate Transport State Implementation Plan Submission for the 2015 Ozone National Ambient Air Quality Standards under Clean Air Act Section 110(a)(2)(D)(i)(I)* ("Tsirigotis March 2018 Memo"). The Tsirigotis March 2018 Memo provided newly-available contribution modeling results, which are still based on the year 2011, along with a list of potential flexibilities in analytical approaches for developing good neighbor SIPs for the 2015 Ozone NAAQS.

Since EPA developed CSAPR, the original rule and subsequent update were based on EPA's modeling that used a screening threshold of one percent (1%) of the NAAQS to identify contributing upwind states warranting further review and analysis. EPA has acknowledged this threshold represents a policy choice, rather than a health-based threshold grounded in risk assessment. In essence, this threshold represents a compromise that allowed the responsibilities for upwind reductions to be spread over a sufficiently-large number of states so that no state would be unduly burdened (individually) with requirements for NOx reductions. Further, in the 2015 transport NODA,[3] the EPA acknowledged that

---

[3] Notice of Availability of the Environmental Protection Agency's Preliminary Interstate Ozone Transport Modeling Data for the 2015 Ozone National Ambient Air Quality Standard (NAAQS), 82 Fed. Reg. 1740 (January 6, 2017).

a contribution of 1% of the NAAQS from an upwind state alone does not determine whether the upwind state significantly contributes to nonattainment or interferes with maintenance of a NAAQS to a downwind state. The 1% threshold represents a screening level and the magnitude of the reductions required were determined by a cost-effectiveness analysis with modeling performed to confirm that the cost-effective reductions would have the desired result (attainment of the ozone NAAQS in all but a handful of downwind monitoring sites). It is entirely possible that estimated emissions reductions resulting from emission controls selected based on the cost-effectiveness analysis would be greater than that required to bring an upwind state below the 1% significance threshold and it is also possible that, after achieving the cost-effective reductions, a state's contributions could remain above the threshold. For the original CSAPR and 2016 CSAPR Update, the 1% threshold represented an effective policy choice that balanced the need to achieve reductions with cost and distributional concerns. This approach was especially well-suited to these rules, because the targeted sector (fossil-fueled Electricity Generating Units – EGUs) represented an especially target-rich environment for cost-effective NOx emission reductions at that time. Many facilities (older coal-fired boilers, natural gas-fired turbines, etc.) were decades old and had not been equipped with simple, cost-effective technologies like low-NOx burners. In addition, the distribution of NOx allowances tipped the economic calculus in favor of dispatching newer, less-polluting units (e.g., combined-cycle turbines with selective catalytic reduction). Because the electric market is regional, it made sense to bring in a larger pool of upwind states to participate in the program to mitigate the possibility that power generation would switch to states left out of the program, yielding increased NOx emissions from nonparticipating facilities that would negate the reductions achieved by participating states.

DEQ concurs with this approach for the original CSAPR and 2016 CSAPR Update, but DEQ believes that transport issues that need to be addressed in response to the adoption of the 2015 ozone NAAQS are more granular and would benefit from a more focused approach. The possibility of using a different

J.A. 0170

significance threshold was one of the areas of flexibility addressed in the Tsirigotis March 2018 Memo[4], and later in his August 2018 Memo[5].  For the 2015 ozone NAAQS, DEQ believes that 1.0 ppb would be a more appropriate significant impact level for ozone transport.  If EPA recommends a Significant Impact Level (SIL) for ozone of 1.0 ppb for Prevention of Significant Deterioration (PSD) determinations,[6] then the significant impact level for ozone transport should be at least 1.0 ppb. It is illogical to allow a new single source to have a higher impact before requiring additional controls than what is required for an entire state.  DEQ believes this is especially relevant for this transport evaluation, because the previous rulemakings have harvested most of the low-hanging fruit represented by available controls on EGUs, most of which were already equipped with continuous emissions monitoring systems (CEMS) and whose emissions were already reported to the Clean Air Markets Division (CAMD).  Attainment of the 2015 ozone NAAQS will likely require more targeted reductions on smaller sources and enhanced compliance verification on facilities already covered by New Source Performance Standards (NSPS).  For example, states with recalcitrant ozone attainment problems which are experiencing a boom in oil and gas development would do well to address control of NOx and VOC emissions in counties not currently classified nonattainment.  These efforts require a more granular approach, including the adoption of presumptive best available control technologies (BACT) for new installations.  With additional focus on New Source Review (NSR), it is important to use a similar metric to evaluate potential impacts.  Adoption of a 1.0 ppb significance threshold to assess interstate transport would represent a step toward achieving that goal.

---

[4] Memorandum from Peter Tsirigotis, EPA OAQPS, to EPA Regional Air Division Directors, Regions 1-10, "Guidance on Significant Impact Levels for Ozone and Fine Particles in the Prevention of Significant Deterioration Permitting Program," April 17, 2018.
[5] Memorandum from Peter Tsirigotis, EPA OAQPS, to EPA Regional Division Directors, Regions 1-10, "Analysis of Contribution Thresholds for Use in Clean Air Act Section 110(a)(2)(D)(i)(I) Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards," August 31, 2018
[6] Also from the April 17, 2018 Tsirigotis memo.

J.A. 0171

## 4.6     Ozone Transport Assessment for Good Neighbor SIPs 4-step framework

EPA developed a 4-step framework for addressing the requirements of the "Good Neighbor" provision in the CSAPR for the 1997 ozone NAAQS and the 1997 and 2006 $PM_{2.5}$ (particulate matter less than 2.5 microns) NAAQS:

(1) identify downwind receptors that are expected to have problems attaining or maintaining the NAAQS;

(2) determine which upwind states significantly contribute (or are "linked") to the downwind air quality problems;

(3) for states that are "linked," quantify the level of upwind emissions that need to be addressed to satisfy the "Good Neighbor" provision; and,

(4) adoption of permanent and enforceable emission reductions in "linked" upwind states.

EPA has used this 4-step process for each successive ozone standard.

## 4.7 EPA Modeling Data

DEQ utilized the data provided by EPA[7] to perform step one and two above for Oklahoma. We eliminated all sites that had an Oklahoma contribution of less than 0.70 ppb, then eliminated all of the sites that did not have a 2023 average DV, or 2023 maximum DV greater than 70.9 ppb. The result was the six sites listed below:

---

[7] The data EPA obtained from its modeling for the 2015 ozone transport, is located at
https://www.epa.gov/sites/production/files/2018-05/updated_2023_modeling_dvs_collective_contributions.xlsx

J.A. 0172

| Site ID | County | State | 2023en[8] Average | 2023en Maximum | Oklahoma Contribution |
|---|---|---|---|---|---|
| 260050003 | Allegan | MI | 69.0 | 71.7 | 1.31 |
| 481210034 | Denton | TX | 69.7 | 72.0 | 1.23 |
| 484392003 | Tarrant | TX | 72.5 | 74.8 | 1.71 |
| 480391004 | Brazoria | TX | 74.0 | 74.9 | 0.90 |
| 550790085 | Milwaukee | WI | 71.2 | 73.0 | 0.76 |
| 551170006 | Sheboygan | WI | 72.8 | 75.1 | 0.95 |

Next, the flexibility EPA has allowed – a modified step 2, using a Significant Impact Level of 1.0 ppb – would eliminate three sites from consideration, and leave only the three sites listed below that need further review and analysis of any Significant Impacts from Oklahoma emissions:

| Site ID | County | State | 2023en Average | 2023en Maximum | Oklahoma Contribution |
|---|---|---|---|---|---|
| 260050003 | Allegan | MI | 69.0 | 71.7 | 1.31 |
| 481210034 | Denton | TX | 69.7 | 72.0 | 1.23 |
| 484392003 | Tarrant | TX | 72.5 | 74.8 | 1.71 |

To address its responsibilities for the interstate transport of ozone, TCEQ performed ozone modeling using a 2012 base year. The TCEQ future year modeling used growth and control factors based on projected growth in the demand for goods and services, along with the reduction in emissions expected from state, local, and federal control programs. This modeling data can be found at: http://www.deq.state.ok.us/aqdnew/rulesandplanning/o3isip2015/texas_ot_2023_dvf_with_state_contributions.xlsx. In this spreadsheet, note that the 2023 design value for Denton County TX (481210034) is 68 ppb, and Tarrant County TX (484392003) is 66 ppb. The modeling performed by Texas demonstrates that both of these sites are in attainment in the year 2023, and therefore there is no need to assess the impact of interstate transport on these sites.

---

[8] Note, 2023en is the scenario name for the updated EPA modeling.

In the TCEQ modeling, Texas used an alternative method for developing Maintenance DVs, using annual 4th high values for years 2012 through 2014. The 2012 through 2014 DVs for the Denton and Tarrant county monitoring sites are 81 and 77.7 ppb respectively. Using the EPA method of the highest DV of the three DVs surrounding the base year, the DVs for Denton and Tarrant County monitoring sites are both 87 ppb. Applying the Relative Reduction Factors (RRF) of 0.813 and 0.803 respectively, the 2023 DVs for these sites are 65.9 and 62.4 for the Texas method, and 70.7 and 69.9 for the EPA method. Although Texas's modeling shows a greater reduction, both sites demonstrate attainment in 2023 using either EPA's or Texas's method.

The TCEQ "Transport Demonstration for Ozone" assesses the impacts of anthropogenic emission sources that are the largest contributors of NOx in the 10-county Dallas-Fort Worth ozone nonattainment area.[9] Figure 2-5 of the TCEQ SIP shows that mobile sources represent the largest source category (67,595 tons in 2014 out of 125,981 tons total). However, anthropogenic NOx contributions regionally, and mobile sources in particular, have decreased significantly since 2005 (where mobile NOx sources contributed 138,704 tons and anthropogenic sources totaled 232,311 tons). The mobile source fleet turnover in the Dallas-Ft Worth area is responsible for approximately a 1 ppb per year reduction in ozone. These trends are expected to continue as newer vehicles continue to replace existing vehicles over the next 5 years. Extrapolating from recent trends, it is expected that the Denton and Tarrant sites will be in attainment by 2023.

Data relating to the remaining site to examine, Allegan County Michigan, is listed below.

---

[9] The link to the TCEQ Transport SIP was provided on page 6 of this document.

J.A. 0174

| Site ID | County & State | 2023en Average | 2023en Maximum | Oklahoma Contribution | International Contribution | Initial & Boundary |
|---|---|---|---|---|---|---|
| 260050003 | Allegan, MI | 69.0 | 71.7 | 1.31 | 0.54 | 11.85 |

The 2023en Average value is below 71 ppb, which means this site is assumed to demonstrate attainment by 2023. Since the 2023en Maximum is above 71 ppb, it is assumed to be a maintenance area in 2023.  The DV for the Allegan site has had a substantial reduction in the last 6 years from 84 ppb in 2012 to 73 ppb in 2017, a 1.8 ppb per year decrease.  The Allegan county site is substantially influenced by mobile sources from the Chicago area, and like the DFW area, these emissions are expected to be greatly reduced in the near future, by roughly a 1 ppb per year decrease, leading to Attainment for the Allegan site.

A flexibility provided by EPA in the Tsirigotis March 2018 Memo was to determine a state's share of the ozone in excess of the standard for the downwind monitor to determine the amount of ozone reduction they are modelled to be responsible for.  In the EPA modelling, the sum of contributions from all upwind states to the Allegan site is 42.90 ppb, and the Oklahoma contribution is 1.31 ppb, which is 3%.  We believe that our weight-of-evidence approach (below) is sufficient to demonstrate trends that will bring the Allegan County site into attainment by 2023.  However, even if that analysis was rejected, the relatively small contribution from Oklahoma (3% of total upwind state contributions) combined with the distance between Oklahoma sources and the receptor, warrants a focus on nearby states with greater proportional contributions as the most prudent approach to addressing interstate transport of ozone precursors.

J.A. 0175

## 5.0 Weight of evidence

Due to the emission reductions required by rules like CSAPR, the 2016 CSAPR Update, and the regional haze requirements, the NOx emissions from electric generation in Oklahoma has dropped significantly during the ozone season in the last seven years. Oklahoma EGU Acid Rain Ozone Season Emissions are listed below:

| Oklahoma EGU Acid Rain Ozone Season Emissions | |
|---|---|
| Year | NOx Emissions TPY |
| 2011 | 38,285 |
| 2012 | 31,242 |
| 2013 | 23,462 |
| 2014 | 16,230 |
| 2015 | 12,997 |
| 2016 | 12,163 |
| 2017 | 10,435 |

The Southwest Power Pool (SPP) footprint changed in 2015 from part or all of 8 mostly central and southern states to 13 states, including Montana, North and South Dakota, and Wyoming. The SPP runs a day-ahead market to provide the lowest cost electricity possible. This means that in the summertime when the southern states are in need of additional generation, the northern states can supply it, reducing emissions in the southern states on high electric demand days.

Electric generation in the state of Oklahoma in the last 8 years has been very dynamic, with the changes in the SPP, building of additional windfarms, and electric utilities installing solar generation facilities having all led to NOx reductions for the state.

The low-cost emission reductions have been obtained from the electric generation sector, and any additional reductions would require more costly emission controls.

J.A. 0176

Due to time and resource constraints, the modelling EPA performed for the states to use for Good Neighbor SIPs, used a 2011 base year (performing a 12 year projection to 2023), and therefore the Maintenance Monitor calculations were based on the Maximum design value for years 2009 through 2013. The value for the Allegan County monitor was 86 ppb (4 ppb higher than any other Michigan monitor). If the modelling were performed using a 2016 base year (performing a 7 year projection), the Maintenance monitor design value would have been 75 ppb. Assuming a constant rate of reduction, 86 ppb minus 71.7 ppb (future year modelled value) equals a 14.3 ppb difference. 14.3 divided by 12 (years) equals a 1.1917 ppb reduction per year from EPA's modeling. Applying the 1.1917 ppb per year reduction to the 2016 Allegan County Maximum design value of 75 ppb, results in a 66.66 ppb Design Value in the seventh year (2023) , easily demonstrating attainment.

Oklahoma anthropogenic NOx and VOC data provided as supporting data for the previously mentioned Tsirigotis October 2018 Memo demonstrate a substantial reduction of NOx and VOC from 2011 to 2023. The reductions for NOx are from 405,000 to 235,000 tpy and VOC are from 414,000 to 295,000 tpy. These reductions should result in considerable ozone reductions.

## 6.0 Conclusions

DEQ has control measures in place to address ozone precursor emissions and these measures have resulted in significant decreases in 8-hour ozone design values in Oklahoma. The average reduction in 8-hour ozone design values for the State of Oklahoma monitoring sites is 0.79 ppb per year for the last 15 years (2004 – 2017). Additional NOx controls would not be cost effective.

Also, DEQ has a robust, SIP-approved NSR permitting program and therefore has met the CAA infrastructure requirements relating to PSD. The DEQ has also determined that Oklahoma meets the

J.A. 0177

visibility transport provisions for the 2015 ozone NAAQS, as the state is not contributing significantly to nonattainment or maintenance issues in any other state.

In conclusion, this SIP revision demonstrates that Oklahoma meets the interstate transport requirements of CAA section 110(a)(2)(D)(i)(I) as well as the requirements of section 110(a)(2)(D)(i)(II) for PSD and visibility protection, and the interstate pollution abatement and international air pollution requirements of section 110(a)(2)(D)(ii) without further reductions.

# Summary of Comments and Responses

## Oklahoma's I-SIP Submittal for the Oklahoma Demonstration of Compliance with the Good Neighbor Requirements of Clean Air Act Section 110(a)(2)(D)(i)(I) for the 2015 Ozone National Ambient Air Quality Standard

DEQ received no request for a public hearing during the notice period, therefore, as stated in the public notice, a hearing was not held. One set of comments was received on September 17, 2018 from Guy Donaldson, Associate Director for Air, Multimedia Division, EPA Region 6. EPA's comments were limited to the "Good Neighbor" transport portion of the SIP submittal and all page numbers below are references thereof.

1. **COMMENT:**
**Section 4.5 New Information and Analytical Approaches**
EPA suggests factoring in information from the EPA memo of August 31, 2018, "Analysis of Contribution Thresholds for use in Clean Air Act Section 110(a)(2)(D)(i)(I)Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards."

**RESPONSE:** We have added a reference to the memo on page 9.

2. **COMMENT:**
**Section 4.7 EPA Modeling Data**
EPA suggests an evaluation of the collective contribution in the Dallas/Ft. Worth (DFW) and Allegan, Michigan areas. Also, EPA is interested in Oklahoma's recommendations on whether different contribution thresholds are appropriate based on regional differences in the nature or extent of the transport problem.

**RESPONSE:** The first sentence of this comment is addressed on pages 12 and 13. As for the second sentence in this comment, Oklahoma as not analyzed the regional differences in the nature or extent of the transport problem, so for now, we have no recommendation on whether different contribution thresholds are appropriate.

3. **COMMENT:**
**Section 4.7 EPA Modeling Data**
It would be helpful to add additional discussion about the differences between the EPA and TCEQ's modeling results and why the two modeling approaches reach different conclusions regarding whether monitors in DFW will be in attainment in 2023 and whether the DFW area monitors should be considered maintenance receptors. This discussion should also include evaluation of the difference between the EPA and TCEQ's maintenance receptor methodology calculations and the ozone conduciveness of the 2011 vs. 2012 period.

**RESPONSE:** Most of page 12, and the first paragraph of page 13 was added to address these comments.

J.A. 0179

**4.  COMMENT:**
**Section 4.7 EPA Modeling Data**
As weight of evidence in support of Oklahoma's conclusion that the DFW monitors will be in attainment and should not be considered maintenance receptors, EPA also suggests evaluation of recent ozone levels coupled with monitoring trends and modeling analyses for the DFW area. When considering recent monitoring data, please assess whether the recent period was conducive to ozone formation. The TCEQ monitoring analyses indicate that DFW 8-hour ozone monitoring values have been dropping at a rate of over 1 ppb/year largely due to mobile fleet turnover which is also supported by past TCEQ modeling for future years 2017 and 2018. Much of this information can be found in recent TCEQ Attainment Demonstration SIP submittal materials for the DFW area, which also include conceptual model and analyses of high ozone events in DFW.

 **RESPONSE:**  We provide a link to the Texas Good Neighbor SIP data and documents on page 6.  We address the annual decrease in ozone on page 12.

**5.  COMMENT:**
**Section 4.7 EPA Modeling Data**
EPA notes the TCEQ modeling which Oklahoma is relying upon for its SIP has Allegan projected to be a nonattainment receptor in 2023 and the EPA's modeling has Allegan projected to be a maintenance receptor. Oklahoma may want to consider recent DV trends at Allegan (2015-2017 is 73 ppb) and any information on ozone formation and DV trends due to fleet turnover, etc. that could support a conclusion that the Allegan monitor will be in attainment in 2023 and should not be considered a maintenance receptor.

**RESPONSE:**  We address this on pages 12 and 13.

**6.  COMMENT:**
**Section 4.7 EPA Modeling Data**
Regarding international contributions, EPA suggests that a conclusion that the monitor will not have attainment or maintenance issues in 2023 will require a more fulsome discussion with respect to the relative contributions of anthropogenic international emissions and upwind domestic anthropogenic emissions, and such discussion should address why it is technically and legally supportable to "subtract I00%" of anthropogenic and non-anthropogenic contributions from Canada and Mexico as well as 2% of the initial and boundary contribution.

**RESPONSE:**  On page 12 we used other arguments to substantiate our case that the Allegan county site will gain attainment by 2023.

**7.  COMMENT:**
**Section 4.7 EPA Modeling Data**
The proposed SIP revision indicates that reductions of nitrogen oxide emissions from Oklahoma electric generators to comply with the 2016 Cross-State Air Pollution Rule Update should be enough to address any Oklahoma obligation to reduce emissions that interfere with maintenance of the 2015 ozone NAAQS at the Allegan receptor. The EPA did estimate these

CSAPR emission reductions and take them into account in the 2023 EPA modeling. If there are additional reductions in NOx and/or VOC emissions at Oklahoma EGUs or other industry sectors that have not been included in the EPA's 2023 modeling, please provide details on the sources and reason for additional reductions, amount of additional reduction, some relative comparison to total emissions for their industry sector(s) in Oklahoma and how these additional reductions might meet any transport obligations. EPA understands that Oklahoma's EGU sector may have recently switched to a market based dispatch system and it may help to explore if this will result in changes in NOx emissions in the future compared to the EPA's projections.

**RESPONSE:** These comments are addressed on page 14.

**8.  COMMENT:**
**Section 4.7 EPA Modeling Data**
Finally, EPA notes that the EPA's analysis does indicate impacts from Oklahoma emissions on DFW and Allegan monitors. Because of these potential impacts, Oklahoma may wish to consider proceeding to step 3 of the transport framework and considering whether there are reasonable controls that might be implemented to assure the state meets the Clean Air Act's transport requirements.

**RESPONSE:** Oklahoma believes that the 2016 CSAPR Update is the only reasonable control warranted based on Oklahoma's limited contributions to the DFW and Allegan County monitors.

J.A. 0181

# Technical Support Document (TSD)

# Preparation of Emissions Inventories for the 2016v1 North American Emissions Modeling Platform

**March 2021**

**Contacts:**
Alison Eyth, Jeff Vukovich, Caroline Farkas

U.S. Environmental Protection Agency
Office of Air Quality Planning and Standards
Air Quality Assessment Division
Emissions Inventory and Analysis Group
Research Triangle Park, North Carolina

# TABLE OF CONTENTS

LIST OF TABLES..................................................................................................................IV

LIST OF FIGURES...............................................................................................................VII

LIST OF APPENDICES.......................................................................................................VIII

ACRONYMS...........................................................................................................................IX

1     INTRODUCTION ............................................................................................................12

2     EMISSIONS INVENTORIES AND APPROACHES........................................................15

    2.1   2016 POINT SOURCES (PTEGU, PT_OILGAS, PTNONIPM, AIRPORTS) ...............................19

       2.1.1   EGU sector (ptegu) ...............................................................................................21

       2.1.2   Point source oil and gas sector (pt_oilgas)..........................................................22

       2.1.3   Non-IPM sector (ptnonipm) .................................................................................25

       2.1.4   Aircraft and ground support equipment (airports) ..............................................28

    2.2   2016 NONPOINT SOURCES (AFDUST, AG, NP_OILGAS, RWC, NONPT) ...............................29

       2.2.1   Area fugitive dust sector (afdust) .........................................................................29

       2.2.2   Agriculture Sector (ag).........................................................................................36

       2.2.2.1   Livestock Waste Emissions..................................................................................37

       2.2.2.2   Fertilizer Emissions..............................................................................................38

       2.2.3   Nonpoint Oil and Gas Sector (np_oilgas) ............................................................41

       2.2.4   Residential Wood Combustion (rwc).....................................................................43

       2.2.5   Nonpt (nonpt) .......................................................................................................44

    2.3   2016 ONROAD MOBILE SOURCES (ONROAD) .....................................................................48

    2.4   2016 NONROAD MOBILE SOURCES (CMV, RAIL, NONROAD) ............................................61

       2.4.1   Category 1, Category 2 Commercial Marine Vessels (cmv_c1c2).........................61

       2.4.2   Category 3 Commercial Marine Vessels (cmv_c3) ...............................................64

       2.4.3   Rail Sources (rail) .................................................................................................68

       2.4.4   Nonroad Mobile Equipment Sources (nonroad) ...................................................77

    2.5   2016 FIRES (PTFIRE, PTAGFIRE) ......................................................................................83

       2.5.1   Wild and Prescribed Fires (ptfire) ......................................................................83

       2.5.2   Point source Agriculture Fires (ptagfire) ............................................................90

    2.6   2016 BIOGENIC SOURCES (BEIS) ......................................................................................93

    2.7   SOURCES OUTSIDE OF THE UNITED STATES.........................................................................95

       2.7.1   Point Sources in Canada and Mexico (othpt) ......................................................95

       2.7.2   Fugitive Dust Sources in Canada (othafdust, othptdust) .....................................95

       2.7.3   Nonpoint and Nonroad Sources in Canada and Mexico (othar)..........................96

       2.7.4   Onroad Sources in Canada and Mexico (onroad_can, onroad_mex).................96

       2.7.5   Fires in Canada and Mexico (ptfire_othna) ........................................................96

       2.7.6   Ocean Chlorine ....................................................................................................96

3     EMISSIONS MODELING ...............................................................................................97

    3.1   EMISSIONS MODELING OVERVIEW .......................................................................................97

    3.2   CHEMICAL SPECIATION .....................................................................................................101

       3.2.1   VOC speciation ...................................................................................................104

       3.2.1.1   County specific profile combinations .................................................................107

       3.2.1.2   Additional sector specific considerations for integrating HAP emissions from inventories into speciation ...............108

       3.2.1.3   Oil and gas related speciation profiles ..............................................................111

       3.2.1.4   Mobile source related VOC speciation profiles .................................................112

       3.2.2   PM speciation ......................................................................................................117

       3.2.2.1   Mobile source related PM2.5 speciation profiles...............................................118

       3.2.3   NOₓ speciation ...................................................................................................120

       3.2.4   Creation of Sulfuric Acid Vapor (SULF)............................................................120

    3.3   TEMPORAL ALLOCATION ...................................................................................................122

       3.3.1   Use of FF10 format for finer than annual emissions ..........................................123

       3.3.2   Electric Generating Utility temporal allocation (ptegu) ....................................124

       3.3.2.1   Base year temporal allocation of EGUs .............................................................124

3.3.2.2    Future year temporal allocation of EGUs ...............................................128
3.3.3    Airport Temporal allocation (airports) ........................................................134
3.3.4    Residential Wood Combustion Temporal allocation (rwc) .............................136
3.3.5    Agricultural Ammonia Temporal Profiles (ag) ............................................140
3.3.6    Oil and gas temporal allocation (np_oilgas) ...............................................141
3.3.7    Onroad mobile temporal allocation (onroad) ..............................................141
3.3.8    Nonroad mobile temporal allocation(nonroad) ...........................................146
3.3.9    Additional sector specific details (afdust, beis, cmv, rail, nonpt, ptnonipm, ptfire) .........147
3.4    SPATIAL ALLOCATION .........................................................................................149
3.4.1    Spatial Surrogates for U.S. emissions ........................................................149
3.4.2    Allocation method for airport-related sources in the U.S. ...........................155
3.4.3    Surrogates for Canada and Mexico emission inventories .............................155
3.5    PREPARATION OF EMISSIONS FOR THE CAMX MODEL ..........................................159
3.5.1    Development of CAMx Emissions for Standard CAMx Runs .........................159
3.5.2    Development of CAMx Emissions for Source Apportionment CAMx Runs .....161

**4    DEVELOPMENT OF FUTURE YEAR EMISSIONS ..........................165**

4.1    EGU POINT SOURCE PROJECTIONS (PTEGU) ........................................................169
4.2    NON-EGU POINT AND NONPOINT SECTOR PROJECTIONS .......................................172
4.2.1    Background on the Control Strategy Tool (CoST) .......................................173
4.2.2    CoST Plant CLOSURE Packet (ptnonipm, pt_oilgas) ...............................177
4.2.3    CoST PROJECTION Packets (afdust, ag, cmv, rail, nonpt, np_oilgas, ptnonipm, pt_oilgas, rwc) ...177
4.2.3.1    Fugitive dust growth (afdust) ...................................................................178
4.2.3.2    Livestock population growth (ag) .............................................................179
4.2.3.3    Category 1, Category 2 Commercial Marine Vessels (cmv_c1c2) ..............179
4.2.3.4    Category 3 Commercial Marine Vessels (cmv_c3) ...................................180
4.2.3.5    Oil and Gas Sources (pt_oilgas, np_oilgas) ............................................182
4.2.3.6    Non-EGU point sources (ptnonipm) .........................................................184
4.2.3.7    Nonpoint Sources (nonpt) ........................................................................186
4.2.3.8    Airport sources (airports) ........................................................................187
4.2.4    CoST CONTROL Packets (nonpt, np_oilgas, ptnonipm, pt_oilgas) ............187
4.2.4.1    Residential Wood Combustion (rwc) ........................................................189
4.2.4.2    Oil and Gas NSPS (np_oilgas, pt_oilgas) ...............................................191
4.2.4.3    RICE NSPS (nonpt, ptnonipm, np_oilgas, pt_oilgas) ..............................194
4.2.4.4    Fuel Sulfur Rules (nonpt, ptnonipm) .......................................................197
4.2.4.5    Natural Gas Turbines NOₓ NSPS (ptnonipm, pt_oilgas) .........................198
4.2.4.6    Process Heaters NOₓ NSPS (ptnonipm, pt_oilgas) ..................................200
4.2.4.7    CISWI (ptnonipm) ....................................................................................203
4.2.4.8    Petroleum Refineries NSPS Subpart JA (ptnonipm) .................................204
4.2.4.9    Ozone Transport Commission Rules (nonpt) ............................................204
4.2.4.10    State-Specific Controls (ptnonipm) .........................................................205
4.3    PROJECTIONS COMPUTED OUTSIDE OF COST .........................................................206
4.3.1    Nonroad Mobile Equipment Sources (nonroad) .........................................206
4.3.2    Onroad Mobile Sources (onroad) ..............................................................207
4.3.3    Locomotives (rail) ...................................................................................209
4.3.1    Sources Added in the 2021fi Case ............................................................210
4.3.2    Sources Outside of the United States (onroad_can, onroad_mex, othpt, ptfire_othna, othar, othafdust, othptdust) ...211
4.3.2.1    Canadian fugitive dust sources (othafdust, othptdust) .............................211
4.3.2.2    Point Sources in Canada and Mexico (othpt) ...........................................212
4.3.2.3    Nonpoint sources in Canada and Mexico (othar) ....................................213
4.3.2.1    Onroad sources in Canada and Mexico (onroad_can, onroad_mex) ..........214

**5    EMISSION SUMMARIES ...............................................................215**

**6    REFERENCES ...............................................................................226**

J.A. 0184

# List of Tables

Table 2-1.  Platform sectors for the 2016 emissions modeling case ................................................................ 16
Table 2-2.  Point source oil and gas sector NAICS Codes ........................................................................... 22
Table 2-3. 2014NEIv2-to-2016 projection factors for pt_oilgas sector for 2016v1 inventory .................... 23
Table 2-4. 2016fh pt_oilgas national emissions (excluding offshore) before and after 2014-to-2016
    projections (tons/year) ....................................................................................................................... 24
Table 2-5. Pennsylvania emissions changes for natural gas transmission sources (tons/year). ................ 24
Table 2-6. SCCs for Census-based growth from 2014 to 2016 .................................................................. 25
Table 2-7. 2016v1 platform SCCs for the airports sector ........................................................................... 28
Table 2-8. Afdust sector SCCs ................................................................................................................... 29
Table 2-9.  Total impact of fugitive dust adjustments to unadjusted 2016 v1 inventory ........................... 33
Table 2-10.  2016v1 platform SCCs for the ag sector ................................................................................ 36
Table 2-11.  National back-projection factors for livestock: 2017 to 2016 ............................................... 37
Table 2-12.  Source of input variables for EPIC ....................................................................................... 40
Table 2-13. 2014NEIv2-to-2016 oil and gas projection factors for CO and OK. ..................................... 42
Table 2-14. 2016 v1 platform SCCs for RWC sector ................................................................................ 43
Table 2-15. Projection factors for RWC by SCC ...................................................................................... 44
Table 2-16. 2016v1 platform SCCs for Census-based growth .................................................................. 46
Table 2-17. MOVES vehicle (source) types .............................................................................................. 48
Table 2-18. Submitted data used to prepare onroad activity data ............................................................. 49
Table 2-19. Factors applied to project VMT from 2014 to 2016 to prepare default activity data ............ 50
Table 2-20. Older Vehicle Adjustments Showing the Fraction of IHS Vehicle Populations to Retain for
    2016v1 and 2017 NEI ....................................................................................................................... 58
Table 2-21. 2016v1 platform SCCs for cmv_c1c2 sector ......................................................................... 61
Table 2-22. Vessel groups in the cmv_c1c2 sector .................................................................................... 63
Table 2-23. 2016v1 platform SCCs for cmv_c3 sector ............................................................................. 65
Table 2-24. 2017 to 2016 projection factors for C3 CMV ........................................................................ 68
Table 2-25. 2016v1 SCCs for the Rail Sector ........................................................................................... 69
Table 2-26. Class I Railroad Reported Locomotive Fuel Use Statistics for 2016 .................................... 69
Table 2-27. 2016 Line-haul Locomotive Emission Factors by Tier, AAR Fleet Mix (grams/gal) ................ 71
Table 2-28. Surface Transportation Board R-1 Fuel Use Data – 2016 ..................................................... 72
Table 2-29. 2016 Yard Switcher Emission Factors by Tier, AAR Fleet Mix (grams/gal)[4] ................... 72
Table 2-30. Expenditures and fuel use for commuter rail ......................................................................... 75
Table 2-31. Submitted nonroad input tables by agency ............................................................................ 81
Table 2-32. Alaska counties/census areas for which nonroad equipment sector-specific emissions are
    removed in 2016v1 ............................................................................................................................ 82
Table 2-33. SCCs included in the ptfire sector for the 2016v1 inventory ................................................. 83
Table 2-34. National fire information databases used in 2016v1 ptfire inventory .................................... 84
Table 2-35. List of S/L/T agencies that submitted fire data for 2016v1 with types and formats. ............. 86
Table 2-36. Brief description of fire information submitted for 2016v1 inventory use. ............................ 86
Table 2-37. SCCs included in the ptagfire sector for the 2016v1 inventory ............................................. 90
Table 2-38. Assumed field size of agricultural fires per state(acres) ....................................................... 92
Table 2-39. Hourly Meteorological variables required by BEIS 3.61 ...................................................... 94
Table 3-1.  Key emissions modeling steps by sector .................................................................................. 98
Table 3-2.  Descriptions of the platform grids ......................................................................................... 100
Table 3-3. Emission model species produced for CB6 for CMAQ. ......................................................... 102
Table 3-4. Integration status of naphthalene, benzene, acetaldehyde, formaldehyde and methanol (NBAFM)
    for each platform sector .................................................................................................................. 106
Table 3-5. Ethanol percentages by volume by Canadian province .......................................................... 108

iv

J.A. 0185

Table 3-6.  MOVES integrated species in M-profiles ............................................................. 109
Table 3-7.  Basin/Region-specific profiles for oil and gas ...................................................... 111
Table 3-8.  TOG MOVES-SMOKE Speciation for nonroad emissions in MOVES2014a used for the 2016
        Platform ......................................................................................................... 112
Table 3-9.  Select mobile-related VOC profiles 2016 .............................................................. 113
Table 3-10.  Onroad M-profiles .............................................................................................. 114
Table 3-11.  MOVES process IDs ............................................................................................ 115
Table 3-12.  MOVES Fuel subtype IDs .................................................................................... 116
Table 3-13.  MOVES regclass IDs ........................................................................................... 116
Table 3-14.  SPECIATE4.5 brake and tire profiles compared to those used in the 2011v6.3 Platform .......119
Table 3-15.  Nonroad PM2.5 profiles ....................................................................................... 120
Table 3-16.  NO$_X$ speciation profiles ...................................................................................... 120
Table 3-17.  Sulfate split factor computation ........................................................................... 121
Table 3-18.  SO$_2$ speciation profiles ....................................................................................... 121
Table 3-19.  Temporal settings used for the platform sectors in SMOKE .................................. 122
Table 3-20.  U.S. Surrogates available for the 2016v1 modeling platforms ............................... 150
Table 3-21.  Off-Network Mobile Source Surrogates ............................................................... 152
Table 3-22.  Spatial Surrogates for Oil and Gas Sources .......................................................... 152
Table 3-23. Selected 2016 CAP emissions by sector for U.S. Surrogates (short tons in 12US1)..............153
Table 3-24.  Canadian Spatial Surrogates ............................................................................... 156
Table 3-25. CAPs Allocated to Mexican and Canadian Spatial Surrogates (short tons in 36US3) .............157
Table 3-26. Emission model species mappings for CMAQ and CAMx ...................................... 160
Table 3-27. State tags for 2023fh1, 2028fh1 USSA modeling ................................................. 162
Table 4-1.  Overview of projection methods for the 2023 and 2028 regional cases ................... 165
Table 4-2.  EGU sector NOx emissions by State for the 2023 and 2028 regional cases .............. 171
Table 4-3. Subset of CoST Packet Matching Hierarchy ........................................................... 174
Table 4-4. Summary of non-EGU stationary projections subsections ........................................ 175
Table 4-5. Reductions from all facility/unit/stack-level closures in 2016v1 ............................... 177
Table 4-6. Increase in total adfust PM$_{2.5}$ emissions from projections in 2016v1 ...................... 178
Table 4-7. National projection factors for livestock: 2016 to 2023 and 2028 ........................... 179
Table 4-8. National projection factors for cmv_c1c2 .............................................................. 180
Table 4-9. California projection factors for cmv_c1c2 ............................................................. 180
Table 4-10. 2016-to-2023 and 2016-2028 CMV C3 projection factors outside of California ...................181
Table 4-11. 2016-to-2023 and 2016-2028 CMV C3 projection factors for California .................. 181
Table 4-12.  Year 2014-2017 high-level summary of national oil and gas exploration activity................184
Table 4-13. EIA's 2019 Annual Energy Outlook (AEO) tables used to project industrial sources ..............185
Table 4-14. Assumed retirement rates and new source emission factor ratios for NSPS rules..................188
Table 4-15. Projection factors for RWC ................................................................................... 190
Table 4-16. Non-point (np_oilgas) SCCs in 2016v1 modeling platform where Oil and Gas NSPS controls
        applied ............................................................................................................ 191
Table 4-17. Emissions reductions for np_oilgas sector due to application of Oil and Gas NSPS ................193
Table 4-18. Point source SCCs in pt_oilgas sector where Oil and Gas NSPS controls were applied. ..........193
Table 4-19. VOC reductions (tons/year) for the pt_oilgas sector after application of the Oil and Gas NSPS
        CONTROL packet for both future years 2023 and 2028. ........................................... 194
Table 4-20. SCCs and Engine Type in 2016v1 modeling platform where RICE NSPS controls applied for
        nonpt and ptnonipm sectors.............................................................................. 194
Table 4-21. Non-point Oil and Gas SCCs in 2016v1 modeling platform where RICE NSPS controls applied
        .......................................................................................................................... 195
Table 4-22. Nonpoint Emissions reductions after the application of the RICE NSPS.............................. 196
Table 4-23. Ptnonipm Emissions reductions after the application of the RICE NSPS ............................. 196

J.A. 0186

Table 4-24. Oil and Gas Emissions reductions for np_oilgas sector due to application of RICE NSPS ....... 196
Table 4-25. Point source SCCs in pt_oilgas sector where RICE NSPS controls applied. ............................ 196
Table 4-26. Emissions reductions (tons/year) in pt_oilgas sector after the application of the RICE NSPS
    CONTROL packet for future years 2023 and 2028. ................................................................... 197
Table 4-27. Summary of fuel sulfur rule impacts on nonpoint SO2 emissions for 2023 and 2028 ............... 197
Table 4-28. Summary of fuel sulfur rule impacts on ptnonipm SO2 emissions for 2023 and 2028 .............. 198
Table 4-29. Stationary gas turbines NSPS analysis and resulting emission rates used to compute controls . 198
Table 4-30. Ptnonipm SCCs in 2016v1 modeling platform where Natural Gas Turbines NSPS controls
    applied ................................................................................................................................... 199
Table 4-31. Ptnonipm emissions reductions after the application of the Natural Gas Turbines NSPS ......... 199
Table 4-32. Point source SCCs in pt_oilgas sector where Natural Gas Turbines NSPS control applied. ..... 200
Table 4-33. Emissions reductions (tons/year) for pt_oilgas after the application of the Natural Gas Turbines
    NSPS CONTROL packet for future years 2023 and 2028. .................................................... 200
Table 4-34. Process Heaters NSPS analysis and 2016v1 new emission rates used to estimate controls ....... 201
Table 4-35. Ptnonipm SCCs in 2016v1 modeling platform where Process Heaters NSPS controls applied. 201
Table 4-36. Ptnonipm emissions reductions after the application of the Process Heaters NSPS ................. 202
Table 4-37. Point source SCCs in pt_oilgas sector where Process Heaters NSPS controls were applied ..... 202
Table 4-38. NOx emissions reductions (tons/year) in pt_oilgas sector after the application of the Process
    Heaters NSPS CONTROL packet for futures years 2023 and 2028. ..................................... 203
Table 4-39. Summary of CISWI rule impacts on ptnonipm emissions for 2023 and 2028 ......................... 203
Table 4-40. Summary of NSPS Subpart JA rule impacts on ptnonipm emissions for 2023 and 2028 .......... 204
Table 4-41. Factors used to Project 2016 VMT to 2023 and 2028 ........................................................... 208
Table 4-42. Class I Line-haul Fuel Projections based on 2018 AEO Data ................................................ 209
Table 4-43. Class I Line-haul Historic and Future Year Projected Emissions ............................................. 210
Table 4-44. AEO growth rates for rail sub-groups ................................................................................... 210
Table 4-45. Sources Added in the 2021fi Case ....................................................................................... 211
Table 5-1. National by-sector CAP emissions summaries for the 2016fh case, 12US1 grid (tons/yr) .......... 216
Table 5-2. National by-sector CAP emissions summaries for the 2023fh1 case, 12US1 grid (tons/yr) ........ 217
Table 5-3. National by-sector CAP emissions summaries for the 2028fh1 case, 12US1 grid (tons/yr) ........ 218
Table 5-4. National by-sector CAP emissions summaries for the 2016fh case, 36US3 grid (tons/yr) .......... 219
Table 5-5. National by-sector CAP emissions summaries for the 2023fh1 case, 36US3 grid (tons/yr) ........ 220
Table 5-6. National by-sector CAP emissions summaries for the 2028fh1 case, 36US3 grid (tons/yr) ........ 221
Table 5-7. National by-sector CAP emissions summaries for the 2016fi case, 12US1 grid (tons/yr) ........... 222
Table 5-8. National by-sector CAP emissions summaries for the 2021fi case, 12US1 grid (tons/yr) ........... 223
Table 5-9. National by-sector Ozone Season NOx emissions summaries 12US1 grid (tons/o.s.) ................. 224
Table 5-10. National by-sector Ozone Season VOC emissions summaries 12US1 grid (tons/o.s.) ............. 225

J.A. 0187

# List of Figures

Figure 2-1.  Impact of adjustments to fugitive dust emissions due to transport fraction, precipitation, and cumulative ................................................................................................................................. 35

Figure 2-2. "Bidi" modeling system used to compute 2016 Fertilizer Application emissions ...................... 39

Figure 2-3. Representative Counties in 2016v1 ............................................................................................ 60

Figure 2-4. 2017NEI/2016 platform geographical extent (solid) and U.S. ECA (dashed) ............................ 62

Figure 2-5. 2016 US Railroad Traffic Density in Millions of Gross Tons per Route Mile (MGT)................. 70

Figure 2-6. Class I Railroads in the United States[5] ....................................................................................... 70

Figure 2-7. 2016-2017 Active Rail Yard Locations in the United States ....................................................... 73

Figure 2-8. Class II and III Railroads in the United States[5] .......................................................................... 74

Figure 2-9. Amtrak Routes with Diesel-powered Passenger Trains ............................................................. 76

Figure 2-10. Processing flow for fire emission estimates in the 2016v1 inventory ...................................... 88

Figure 2-11. Default fire type assignment by state and month in cases where a satellite detect is only source of fire information. ...................................................................................................................... 89

Figure 2-12.  Blue Sky Modeling Framework ................................................................................................ 89

Figure 2-13. Normbeis3 data flows .............................................................................................................. 94

Figure 2-14. Tmpbeis3 data flow diagram. ................................................................................................... 95

Figure 3-1. Air quality modeling domains .................................................................................................. 100

Figure 3-2. Process of integrating NBAFM with VOC for use in VOC Speciation ...................................... 106

Figure 3-3.  Profiles composited for the new PM gas combustion related sources .................................... 117

Figure 3-4.  Comparison of PM profiles used for Natural gas combustion related sources ........................ 118

Figure 3-5.  Eliminating unmeasured spikes in CEMS data ........................................................................ 124

Figure 3-6.  Temporal Profile Input Unit Counts by Fuel and Peaking Unit Classification ......................... 126

Figure 3-7.  Example Daily Temporal Profiles for the LADCO Region and the Gas Fuel Type ................. 127

Figure 3-8.  Example Diurnal Temporal Profiles for the MANE-VU Region and the Coal Fuel Type ........ 127

Figure 3-9. Non-CEMS EGU Temporal Profile Application Counts ............................................................. 128

Figure 3-10. Future Year Emissions Follow the Pattern of Base Year Emissions ....................................... 131

Figure 3-11. Excess Emissions Apportioned to Hours Less than the Historic Maximum ............................ 132

Figure 3-12. Regional Profile Applied due to not being able to Adjust below Historic Maximum ............... 133

Figure 3-13. Regional Profile Applied, but Exceeds Historic Maximum in Some Hours ............................. 133

Figure 3-14.  Diurnal Profile for all Airport SCCs ....................................................................................... 134

Figure 3-15.  Weekly profile for all Airport SCCs ........................................................................................ 135

Figure 3-16.  Monthly Profile for all Airport SCCs ...................................................................................... 135

Figure 3-17.  Alaska Seaplane Profile ......................................................................................................... 136

Figure 3-18.  Example of RWC temporal allocation in 2007 using a 50 versus 60 ˚F threshold ................ 137

Figure 3-19.  RWC diurnal temporal profile ............................................................................................... 138

Figure 3-20.  Data used to produce a diurnal profile for OHH, based on heat load (BTU/hr) .................... 139

Figure 3-21.  Day-of-week temporal profiles for OHH and Recreational RWC ........................................... 139

Figure 3-22.  Annual-to-month temporal profiles for OHH and recreational RWC .................................... 140

Figure 3-23.  Example of animal $NH_3$ emissions temporal allocation approach, summed to daily emissions ...................................................................................................................................................... 141

Figure 3-24.  Example of temporal variability of $NO_X$ emissions ............................................................. 142

Figure 3-25.  Sample onroad diurnal profiles for Fulton County, GA ......................................................... 143

Figure 3-26.  Methods to Populate Onroad Speeds and Temporal Profiles by Road Type ......................... 144

Figure 3-27.  Regions for computing Region Average Speeds and Temporal Profiles ................................ 144

Figure 3-28.  Example of Temporal Profiles for Combination Trucks ......................................................... 145

Figure 3-29.  Example Nonroad Day-of-week Temporal Profiles ............................................................... 146

Figure 3-30.  Example Nonroad Diurnal Temporal Profiles ........................................................................ 147

Figure 3-31.  Agricultural burning diurnal temporal profile ...................................................................... 148

Figure 3-32.  Prescribed and Wildfire diurnal temporal profiles ................................................... 149
Figure 4-1.  EIA Oil and Gas Supply Regions as of AEO2019 .................................................... 183

# List of Appendices

**Appendix A:** CB6 Assignment for New Species
**Appendix B:** Profiles (other than onroad) that are new or revised in SPECIATE4.5 that were used in the 2014 v7.2 Platform
**Appendix C:** Mapping of Fuel Distribution SCCs to BTP, BPS and RBT

J.A. 0189

# Acronyms

| | |
|---|---|
| **AADT** | Annual average daily traffic |
| **AE6** | CMAQ Aerosol Module, version 6, introduced in CMAQ v5.0 |
| **AEO** | Annual Energy Outlook |
| **AERMOD** | American Meteorological Society/Environmental Protection Agency Regulatory Model |
| **AIS** | Automated Identification System |
| **APU** | Auxiliary power unit |
| **BEIS** | Biogenic Emissions Inventory System |
| **BELD** | Biogenic Emissions Land use Database |
| **BenMAP** | Benefits Mapping and Analysis Program |
| **BPS** | Bulk Plant Storage |
| **BTP** | Bulk Terminal (Plant) to Pump |
| **C1C2** | Category 1 and 2 commercial marine vessels |
| **C3** | Category 3 (commercial marine vessels) |
| **CAMD** | EPA's Clean Air Markets Division |
| **CAM$_X$** | Comprehensive Air Quality Model with Extensions |
| **CAP** | Criteria Air Pollutant |
| **CARB** | California Air Resources Board |
| **CB05** | Carbon Bond 2005 chemical mechanism |
| **CB6** | Version 6 of the Carbon Bond mechanism |
| **CBM** | Coal-bed methane |
| **CDB** | County database (input to MOVES model) |
| **CEMS** | Continuous Emissions Monitoring System |
| **CISWI** | Commercial and Industrial Solid Waste Incinerators |
| **CMAQ** | Community Multiscale Air Quality |
| **CMV** | Commercial Marine Vessel |
| **CNG** | Compressed natural gas |
| **CO** | Carbon monoxide |
| **CONUS** | Continental United States |
| **CoST** | Control Strategy Tool |
| **CRC** | Coordinating Research Council |
| **CSAPR** | Cross-State Air Pollution Rule |
| **E0, E10, E85** | 0%, 10% and 85% Ethanol blend gasoline, respectively |
| **ECA** | Emissions Control Area |
| **ECCC** | Environment and Climate Change Canada |
| **EF** | Emission Factor |
| **EGU** | Electric Generating Units |
| **EIA** | Energy Information Administration |
| **EIS** | Emissions Inventory System |
| **EPA** | Environmental Protection Agency |
| **EMFAC** | EMission FACtor (California's onroad mobile model) |
| **EPIC** | Environmental Policy Integrated Climate modeling system |
| **FAA** | Federal Aviation Administration |
| **FCCS** | Fuel Characteristic Classification System |
| **FEST-C** | Fertilizer Emission Scenario Tool for CMAQ |
| **FF10** | Flat File 2010 |
| **FINN** | Fire Inventory from the National Center for Atmospheric Research |
| **FIPS** | Federal Information Processing Standards |

J.A. 0190

| | |
|---|---|
| **FHWA** | Federal Highway Administration |
| **HAP** | Hazardous Air Pollutant |
| **HMS** | Hazard Mapping System |
| **HPMS** | Highway Performance Monitoring System |
| **ICI** | Industrial/Commercial/Institutional (boilers and process heaters) |
| **I/M** | Inspection and Maintenance |
| **IMO** | International Marine Organization |
| **IPM** | Integrated Planning Model |
| **LADCO** | Lake Michigan Air Directors Consortium |
| **LDV** | Light-Duty Vehicle |
| **LPG** | Liquified Petroleum Gas |
| **MACT** | Maximum Achievable Control Technology |
| **MARAMA** | Mid-Atlantic Regional Air Management Association |
| **MATS** | Mercury and Air Toxics Standards |
| **MCIP** | Meteorology-Chemistry Interface Processor |
| **MMS** | Minerals Management Service (now known as the Bureau of Energy Management, Regulation and Enforcement (BOEMRE) |
| **MOVES** | Motor Vehicle Emissions Simulator |
| **MSA** | Metropolitan Statistical Area |
| **MTBE** | Methyl tert-butyl ether |
| **MWC** | Municipal waste combustor |
| **MY** | Model year |
| **NAAQS** | National Ambient Air Quality Standards |
| **NAICS** | North American Industry Classification System |
| **NBAFM** | Naphthalene, Benzene, Acetaldehyde, Formaldehyde and Methanol |
| **NCAR** | National Center for Atmospheric Research |
| **NEEDS** | National Electric Energy Database System |
| **NEI** | National Emission Inventory |
| **NESCAUM** | Northeast States for Coordinated Air Use Management |
| **NH$_3$** | Ammonia |
| **NLCD** | National Land Cover Database |
| **NOAA** | National Oceanic and Atmospheric Administration |
| **NONROAD** | OTAQ's model for estimation of nonroad mobile emissions |
| **NO$_x$** | Nitrogen oxides |
| **NSPS** | New Source Performance Standards |
| **OHH** | Outdoor Hydronic Heater |
| **OTAQ** | EPA's Office of Transportation and Air Quality |
| **ORIS** | Office of Regulatory Information System |
| **ORD** | EPA's Office of Research and Development |
| **OSAT** | Ozone Source Apportionment Technology |
| **PFC** | Portable Fuel Container |
| **PM$_{2.5}$** | Particulate matter less than or equal to 2.5 microns |
| **PM$_{10}$** | Particulate matter less than or equal to 10 microns |
| **ppm** | arts per million |
| **ppmv** | Parts per million by volume |
| **PSAT** | Particulate Matter Source Apportionment Technology |
| **RACT** | Reasonably Available Control Technology |
| **RBT** | Refinery to Bulk Terminal |
| **RIA** | Regulatory Impact Analysis |
| **RICE** | Reciprocating Internal Combustion Engine |

| | |
|---|---|
| **RWC** | Residential Wood Combustion |
| **RPD** | Rate-per-vehicle (emission mode used in SMOKE-MOVES) |
| **RPH** | Rate-per-hour (emission mode used in SMOKE-MOVES) |
| **RPP** | Rate-per-profile (emission mode used in SMOKE-MOVES) |
| **RPV** | Rate-per-vehicle (emission mode used in SMOKE-MOVES) |
| **RVP** | Reid Vapor Pressure |
| **SCC** | Source Classification Code |
| **SMARTFIRE2** | Satellite Mapping Automated Reanalysis Tool for Fire Incident Reconciliation version 2 |
| **SMOKE** | Sparse Matrix Operator Kernel Emissions |
| **SO₂** | Sulfur dioxide |
| **SOA** | Secondary Organic Aerosol |
| **SIP** | State Implementation Plan |
| **SPDPRO** | Hourly Speed Profiles for weekday versus weekend |
| **S/L/T** | state, local, and tribal |
| **TAF** | Terminal Area Forecast |
| **TCEQ** | Texas Commission on Environmental Quality |
| **TOG** | Total Organic Gas |
| **TSD** | Technical support document |
| **USDA** | United States Department of Agriculture |
| **VIIRS** | Visible Infrared Imaging Radiometer Suite |
| **VOC** | Volatile organic compounds |
| **VMT** | Vehicle miles traveled |
| **VPOP** | Vehicle Population |
| **WRAP** | Western Regional Air Partnership |
| **WRF** | Weather Research and Forecasting Model |
| **2014NEIv2** | 2014 National Emissions Inventory (NEI), version 2 |

J.A. 0192

# 1   Introduction

The U.S. Environmental Protection Agency (EPA), working in conjunction with the National Emissions Inventory Collaborative, developed an air quality modeling platform for criteria air pollutants to represent the years of 2016, 2023 and 2028.  The starting point for the 2016 inventory was the 2014 National Emissions Inventory (NEI), version 2 (2014NEIv2), although many inventory sectors were updated to represent the year 2016 through the incorporation of 2016-specific state and local data along with nationally-applied adjustment methods.  The year 2023 and year 2028 inventories were developed starting with the 2016 inventory using sector-specific methods as described below.  The inventories support several applications, including modeling in support of the Revised Cross State Air Pollution Rule (CSAPR) Update for the 2008 Ozone National Ambient Air Quality Standards (NAAQS).

The air quality modeling platform consists of all the emissions inventories and ancillary data files used for emissions modeling, as well as the meteorological, initial condition, and boundary condition files needed to run the air quality model.  This document focuses on the emissions modeling data and techniques including the emission inventories, the ancillary data files, and the approaches used to transform inventories for use in air quality modeling.

The National Emissions Inventory Collaborative is a partnership between state emissions inventory staff, multi-jurisdictional organizations (MJOs), federal land managers (FLMs), EPA, and others to develop a North American air pollution emissions modeling platform with a base year of 2016 for use in air quality planning. The Collaborative planned for three versions of the 2016 platform: alpha, beta, and Version 1.0. This numbering format for this platform is different from previous EPA platforms which had the first number based on the version of the NEI, and the second number as a platform iteration for that NEI year (e.g., 7.3 where 7 represents 2014 NEI-based platforms, and 3 means the third iteration of the platform). For the emissions modeling documented in this technical support document (TSD), the emissions values for most sectors are the same as those in the Inventory Collaborative 2016v1 Emissions Modeling Platform, available from http://views.cira.colostate.edu/wiki/wiki/10202.  In the file packages for this platform, the platform may sometimes be known as the 2016v7.3 platform. The specification sheets posted on the 2016v1 platform release page on the Wiki provide many details regarding the inventories and emissions modeling techniques in addition to those addressed in this TSD.

Some updates were made to the 2016v1 platform after the fall 2019 release that were included in the Revised CSAPR Update modeling, including some minor revisions to commercial marine vessel (CMV) emissions, and electric generating unit (EGU) emissions developed in January 2020.  Updates to 2016v1 to correct airport emissions and 2016 EGU processing made in June and July of 2020 were not included in the CSAPR Update modeling because the modeling was already complete by that time. The updated data and a description of them are available on the EPA FTP site ftp://newftp.epa.gov/air/emismod/2016/v1/postv1_updates/. If you cannot access the FTP site through the provided link, this link points to the same data: https://gaftp.epa.gov/Air/emismod/2016/v1/postv1_updates.

This 2016 emissions modeling platform includes all criteria air pollutants (CAPs) and precursors, and a group of hazardous air pollutants (HAPs).  The group of HAPs are those explicitly used by the chemical mechanism in the Community Multiscale Air Quality (CMAQ) model (Appel et al., 2018) for ozone/particulate matter (PM): chlorine (Cl), hydrogen chloride (HCl), benzene, acetaldehyde, formaldehyde, methanol, naphthalene.  The modeling domain includes the lower 48 states and parts of Canada and Mexico.  The modeling cases for this platform were developed for the Comprehensive Air

J.A. 0193

Quality Model with Extensions (CAMx). However, the emissions modeling process first prepares outputs in the format used by CMAQ, after which those emissions data are converted to the formats needed by CAMx.

The 2016 platform used in this study consists of a 2016 base case, a 2023 case, and a 2028 case with the abbreviations **2016fh_16j, 2023fh1_16j,** and **2028fh1_16j,** respectively. Additional cases that included source apportionment by state and in some cases inventory sector were also developed. This platform accounts for atmospheric chemistry and transport within a state-of-the-art photochemical grid model. In the case abbreviation 2016fh_16j, 2016 is the year represented by the emissions; the "f" represents the base year emissions modeling platform iteration, which here shows that it is 2014 NEI-based (whereas for 2011 NEI-based platforms, this letter was "e"); and the "h" stands for the eighth configuration of emissions modeled for a 2014-NEI based modeling platform. The cases named 2023fh1_16j and 2028fh1_16j are the same as the original 2023fh and 2028fh future year cases, except that they include EGU emissions that were developed in January 2020 and slightly updated commercial marine vessel emissions. The case **2016fi** was developed after some issues were identified with the 2016fh airport emissions inventory and with the processing of EGU emissions at specific units when multiple units in the NEI are mapped to multiple Continuous Emissions Modeling System (CEMS) units. The case **2021fi** was developed to provide a representation of emissions in 2021.

The 2016v1 emissions modeling platform includes point sources, nonpoint sources, commercial marine vessels (CMV), onroad and nonroad mobile sources, and fires for the U.S., Canada, and Mexico. Some platform categories use more disaggregated data than are made available in the NEI. For example, in the platform, onroad mobile source emissions are represented as hourly emissions by vehicle type, fuel type process and road type while the NEI emissions are aggregated to vehicle type/fuel type totals and annual temporal resolution. Temporal, spatial and other changes in emissions between the NEI and the emissions input into the platform are described primarily in the platform specification sheets, although a full NEI was not developed for the year 2016 because only point sources above a certain potential to emit must be submitted for years between the full triennial NEI years (e.g., 2014, 2017, 2020). Emissions from Canada and Mexico are used for the modeling platform but are not part of the NEI.

The primary emissions modeling tool used to create the air quality model-ready emissions was the Sparse Matrix Operator Kernel Emissions (SMOKE) modeling system (http://www.smoke-model.org/), version 4.7 (SMOKE 4.7) with some updates. Emissions files were created for a 36-km national grid and for a 12-km national grid, both of which include the contiguous states and parts of Canada and Mexico as shown in Figure 3-1.

The gridded meteorological model used to provide input data for the emissions modeling was developed using the Weather Research and Forecasting Model (WRF, https://ral.ucar.edu/solutions/products/weather-research-and-forecasting-model-wrf ) version 3.8, Advanced Research WRF core (Skamarock, et al., 2008). The WRF Model is a mesoscale numerical weather prediction system developed for both operational forecasting and atmospheric research applications. The WRF was run for 2016 over a domain covering the continental U.S. at a 12km resolution with 35 vertical layers. The run for this platform included high resolution sea surface temperature data from the Group for High Resolution Sea Surface Temperature (GHRSST) (see https://www.ghrsst.org/) and is given the EPA meteorological case label "16j." The full case name includes this abbreviation following the emissions portion of the case name to fully specify the name of the case as "2016fh_16j."

J.A. 0194

This document contains five sections and several appendices.  Section 2 describes the 2016 inventories input to SMOKE.  Section 3 describes the emissions modeling and the ancillary files used with the emission inventories.  Methods to develop future year emissions are described in Section 4. Data summaries are provided in Section 5.  Section 6 provides references.  The Appendices provide additional details about specific technical methods or data.

J.A. 0195

\*     \*     \*

platform. The reduction in total number of active wells resulted in NOX and VOC emissions being reduced by about 14,000 tons and 48,000 tons, respectively, in 2016v1 when compared to 2016beta emissions.

## *Nonpoint Oil and Gas Alternative Datasets*

Some states provided, or recommended use of, a separate emissions inventory for use in 2016v1 platform instead of emissions derived from the EPA Oil and Gas Tool. For example, the California Air Resources Board (CARB) developed their own np_oilgas emissions inventory for 2016 for California that were used for the 2016v1 platform.

In Pennsylvania for the 2016v1 modeling platform, the emissions associated with unconventional wells for year 2016 were supplied by the Pennsylvania Department of Environmental Protection (PA DEP). The Oil and Gas Tool was used to produce the conventional well emissions for 2016. Together these unconventional and conventional well emissions represent the total non-point oil and gas emissions for Pennsylvania. The resulting NOX emissions for Pennsylvania were increased by about 16,000 tons in 2016v1 when compared to the 2016beta emissions.   The VOC emissions were reduced by about 56,000 tons in 2016v1 due to these emissions changes in Pennsylvania.

Colorado Department of Public Health and Environment (CDPHE) requested that the 2014NEIv2 be projected to 2016 instead of using data from the EPA Oil and Gas Tool. For Colorado projections were applied to CO, NOX, PM, and SO2, but not VOC.  VOC emissions for year 2016 were assumed to equal year 2014 levels for Colorado.  Projection factors for Colorado are listed in Table 2-13 and are based on historical production trends.

Oklahoma Department of Environmental Quality requested that np_oilgas emissions from 2014NEIv2 be projected to 2016 for all source except lateral compressors. Projection factors for Oklahoma np_oilgas production, based on historical production data, are listed in Table 2-13. For lateral compressor emissions in Oklahoma, the EPA Oil and Gas Tool inventory for 2016 was used, except with a 72% cut applied to all emissions. Exploration np_oilgas emissions in Oklahoma are based on the EPA Oil and Gas Tool inventory for 2016, without modification.

**Table 2-13. 2014NEIv2-to-2016 oil and gas projection factors for CO and OK.**

| State/region | Emissions type | Factor | Pollutant(s) |
|---|---|---|---|
| Colorado | Oil | +22.0% | CO, NOX, SO2 |
| Colorado | Natural Gas | +3.5% | CO, NOX, PM, SO2 |
| Colorado | Combination Oil + NG | +12.8% | CO, NOX, PM, SO2 |
| Oklahoma | Oil Production | +6.9% | All |
| Oklahoma | Natural Gas Production | +5.9% | All |
| Oklahoma | Combination Oil + NG Production | +6.4% | All |
| Oklahoma | Coal Bed Methane Production | -30.0% | All |

J.A. 0197

\*     \*     \*